**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OFMASSACHUSETTS**

| | | |
|---|---|---|
| **LEXINGTON LUMINANCE LLC** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **No.  1:12-cv-11554-WGY** |
| | § | |
| **FEIT ELECTRIC COMPANY, INC.** | § | **JURY DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

### JOINT FED. R. CIV. P. RULE 26(f) SCHEDULING REPORT

Plaintiff Lexington Luminance LLC ("Lexington" or "Plaintiff") and DefendantFeit Electric Company, Inc. ("Feit" or "Defendant")conferred on November 16, 2012 concerning discovery and scheduling matters and hereby submit this Rule 26(f) Joint Scheduling Report.

### PROPOSED DISCOVERY MATTERS

1.      Phased Discovery:  The parties do not request that discovery be conducted in phases or any other limitation on discovery.

2.      Scope of Discovery:  Subjects on which discovery will be needed include: (a) Lexington's claim of infringement of U.S. Patent No. 6,936,851 ("the '851 patent"); (b) the amount and nature of damages to which Lexington may be entitled; (c) Feit's defense (and counterclaim for declaratory judgment) that the '851 patent is not infringed; (d) Feit's defense (and counterclaim for declaratory judgment) that the '851 patent is invalid; (e) Feit's affirmative defenses; and (f) facts relevant to whether this is an "exceptional case" under 35 U.S.C. § 285 such that the prevailing party may be awarded reasonable attorneys' fees.Lexington seeks discovery on all of Defendant's LED lighting products.  Feit reserves all objections to the scope of Lexington's discovery with regards to non-accused LED lighting products.

3.      Limitations on Discovery:  Rule 26.1(c) of the Local Rules of the United States District Court for the District of Massachusetts shall control the limitations on discovery.

4.      Service of Documents:  The parties agree that communications between and among them, including correspondence, notifications required by any protective order, and service of documents filed under seal, will occur by email, and that service by email shall be treated as service by hand such that three extra days shall not be added for purposes of determining the due date for a response.

5.      Electronically Stored Information (ESI):  The parties shall confer and cooperate with each other to set reasonable limits on the amount of ESI to be produced.

6.      Confidentiality:  The parties are currently negotiating the terms of a Protective Order. The Court shall decide whether to authorize filings under seal at the parties' requests, as issues arise.

## PROPOSED SCHEDULE

7.     The parties request the following schedule:

| | | |
|---|---|---|
| a. | Plaintiff's Preliminary Infringement Disclosures | 11/21/12 |
| b. | Rule 26 Disclosures | 11/21/12 |
| c. | Defendant's Preliminary Invalidity and Non-Infringement Disclosures | 1/18/13 |
| d. | Identification of Claim Terms to be Construed | 3/4/13 |
| e. | Exchange of Claim Construction Briefs and Evidence | 3/25/13 |
| f. | Exchange of Claim Construction Reply Briefs | 4/8/13 |
| g. | Joint Claim Construction and Prehearing Statement | 4/22/13 |
| h. | Deadline for adding parties or to amend the pleadings | 2/28/13 |
| i. | Amendment/Supplementation of Plaintiff's Infringement Disclosures and Defendant's Invalidity and Non-Infringement Disclosures | 4/5/13 |
| j. | Exchange of Tutorials | 4/29/13 |
| k. | Markman (Claim Construction) Hearing | After 4/29/13 at the Court's convenience |
| l. | Fact Discovery Cut-Off Date | 7/5/13 |
| m. | Initial Expert Reports Due | 7/12/13 |
| n. | Rebuttal Expert Reports Due | 8/12/13 |
| o. | Expert Discovery Cut-Off Date | 9/2/13 |
| p. | Final Motion Cut-Off Date | 9/16/13 |
| q. | ADR Completion | 5/3/13 |
| r. | Final Pre-Trial Conference | December 2013 |
| s. | Trial | January 2014 |

## TRIAL BY MAGISTRATE

8.      The parties decline to consent to trial by a magistrate judge.

## CERTIFICATIONS PURSUANT TO L.R. 16.1(D)(3)

9.      The parties will separately file the certifications required by Local Rule

16.1(D)(3) on or before the date of the initial scheduling conference.

DATED: November 16, 2012                Respectfully submitted,

                                        **LEXINGTON LUMINANCE LLC**,
                                        By its attorneys,

                                        /s/*Robert D. Katz*
                                        David S. Godkin  (BBO#196530)
                                        Anne Marie Longobucco (BBO#649299)
                                        BIRNBAUM &GODKIN LLP
                                        280 Summer Street
                                        Boston, MA 02210
                                        617-307-6100
                                        godkin@birnbaumgodkin.com
                                        longobucco@birnbaumgodkin.com

                                        Robert D. Katz (TX# 24057936)
                                        KATZ PLLC
                                        6060 N. Central Expressway, Suite 570
                                        Dallas, TX 75206
                                        214-865-8000
                                        rkatz@katzlawpllc.com

                                        **FEIT ELECTRIC COMPANY, INC.**,
                                        By its attorneys,

                                        /s/*U. Gwyn Williams*
                                        U. Gwyn Williams (BBO #565818)
                                        LATHAM &WATKINS LLP
                                        John Hancock Tower, 20th Floor
                                        200 Clarendon Street
                                        Boston, MA 02116
                                        Telephone: (617) 880-4512
                                        Fax: (617) 948-6001
                                        gwyn.williams@lw.com

Lawrence J. Gotts VA# 25337
LATHAM &WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
larry.gotts@lw.com

Ryan Owens CA# 269370
LATHAM &WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Fax: (714) 755-8290
ryan.owens@lw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/*Robert D. Katz*
Robert D. Katz