# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LEXINGTON LUMINANCE LLC          §
                                 §
    *Plaintiff,*              §
                                 §
v.                               §    No.  1:12-cv-11554-WGY
                                 §
FEIT ELECTRIC COMPANY, INC.      §    JURY DEMANDED
                                 §
    *Defendant.*             §
                                 §

## DECLARATION OF ROBERT D. KATZ IN SUPPORT OF
## OPENING MARKMAN BRIEF OF LEXINGTON LUMINANCE LLC

I, Robert D. Katz, declare as follows:

1.    I am an attorney with the law firm of Katz PLLC, and counsel for Plaintiff Lexington Luminance LLC in the above-captioned case.

2.    I submit this declaration for the purpose of providing a copy of U.S. Patent No. ("the '851 Patent"), copies of excerpts from various dictionaries, and copies of various publications and patents relating to the technology involved with the disputed claim terms.

3.    Attached hereto as Exhibit 1 is a true and accurate copy of the '851 Patent.

4.    Attached hereto as Exhibit A is a true and accurate copy of excerpts from various references pertaining to the term "etched trenches".

5.    Attached hereto as Exhibit B is a true and accurate copy of excerpts from various references pertaining to the term "prescribed".

6.    Attached hereto as Exhibit C is a true and accurate copy of excerpts from various references pertaining to the term "layer".

7.      Attached hereto as <u>Exhibit D</u> is a true and accurate copy of excerpts from various references pertaining to the term "microfacets".

8.      Attached hereto as <u>Exhibit E</u> is a true and accurate copy of excerpts from various references pertaining to the term "sloped etching profile with a smooth rotation of microfacets".

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  March 25, 2013

_____
Robert D. Katz