# EXHIBIT A

**References relating to the term "etched trenches"**

Journal of the Korean Physical Society, Vol. 52, No. 6, June 2008, pp. 1895∼1899

# Growth and Evaluation of GaN Grown on Patterned Sapphire Substrates

Dong-Hun KANG, Eun-Su JANG, Heon SONG, Dong-Wook KIM,
Jin-Soo KIM, In-Hwan LEE, Santhakumar KANNAPPAN and Cheul-Ro LEE*

*School of Advanced Materials Engineering, Engineering College,
Research Center for Advanced Materials Development, Chonbuk National University, Chonju 664-14*

(Received 29 November 2007)

We report the microstructure and the optical properties of gallium nitride (GaN) epilayers grown on a lens-shaped patterned sapphire substrate (PSS) by using metalorganic chemical vapor deposition (MOCVD) for various growth times. The lens shaped pattern was used to reduce the threading dislocation density and to improve the optical emission efficiency. The scanning electron microscope (SEM) image shows a flat and smooth surface for the GaN grown on the PSS for 80 min, which could be achieved by lateral growth from the trench region. From the double crystal X-ray diffraction (DCXRD) spectra, the full width at half maximum (FWHM) value was found to decrease with increasing growth time. The FWHM of the sample grown for 80 min was 473.5 arc sec. This indicates that there is an improvement in the crystalline quality of the GaN grown on the PSS as the growth time increases. From the Raman spectra, the shift of the A1(LO) and $E2^{high}$ phonon mode frequencies towards a higher wavenumber was observed for GaN grown on PSS as compared to GaN grown on an unpatterned sapphire substrate (UPSS). The high Raman peak intensity of the GaN epilayers using the patterned substrate with a low FWHM indicates that there is an improvement in the quality of the GaN compared to the layer grown on an unpatterned substrate. From the photoluminescence (PL) spectra, an increase in the band edge emission intensity and a decrease in the defect related yellow luminescence were observed for GaN on the PSS as the growth time increased. From the PL spectra, the FWHM was 82.2 meV at a peak position of 363.9 nm for the sample grown for 80 min. It is clearly seen that threading dislocations can be reduced by lateral growth, thereby improving the light emission efficiency by internal light reflection on the lens surface for the GaN grown on the PSS.

PACS numbers: 81.05.Ea, 81.15.Gh, 78.66.Fd
Keywords: GaN, Patterned sapphire substrate, MOCVD, Threading dislocation, Optical emission, Lateral growth

## I. INTRODUCTION

III-nitride compound semiconductors like GaN and its ternary alloys have a wide and direct bandgap ranging from 0.7 eV for InN to 6.2 eV for AlN [1]. They are currently the most promising materials for optoelectronic devices such as light emitting diodes (LEDs) and laser diodes (LDs) operating in the red to ultraviolet wavelength region [2,3]. These devices have been extensively used in various applications, such as outdoor full-color display, back light units in liquid crystal displays and solid-state lightning and show great potential to replace fluorescent lamps [4,5]. Recently, the development of the III-nitride semiconductor technology reached optimum efficiency for LEDs in the blue and the blue-green spectral regions. Although blue and green LEDs are commercially available, further improvement is still required for high-power ultraviolet (UV) GaN-based LEDs. Currently, UV-LEDs are used as pumping sources for developing white LEDs to solve the problem of their low color-rendering index. Therefore, the fabrication of high-light output power UV LEDs is an important issue. Generally, GaN-based LEDs are grown on planar sapphire substrates with a low temperature GaN or AlN buffer layer [6]. The large difference in the lattice mismatch and the thermal expansion coefficient between GaN and the sapphire substrate lead to many defects, such as threading dislocations (TD) in the epitaxial GaN film. These are the major causes of the high TD density, on the order of $10^9 - 10^{12}$ cm$^{-2}$, during the growth of the GaN epilayers. This high TD density influences the device characteristics, such as the quantum efficiency of radiative recombination.

In order to reduce the TD density, lateral overgrowth techniques such as epitaxial lateral overgrowth (ELOG) or pendeoepitaxy (PE) have been introduced [7,8]. In the ELOG method, a GaN epilayer is first grown with

---

*E-mail: crlee7@chonbuk.ac.kr;
Tel: +82-63-270-2304; Fax: +82-63-270-2305



Fig. 1. Schematic diagram of GaN on PSS. The SEM micrograph shows the patterned sapphire substrate after dry etching.

a thickness of a few micrometers, $SiO_2$ masks are subsequently introduced and then further epilayers are grown. Although the dislocation densities of the GaN layers grown above the $SiO_2$ mask are decreased, these techniques still have some disadvantages. The interruption during the growth process is a drawback for commercial application and there is a high possibility of contamination. Recently, GaN layers grown on a patterned sapphire substrate (PSS) were successfully developed to fabricate high quality-optical devices with a lower TD density [9,10].

The improvement of the emission efficiency is also one of the advantages of using PSS techniques. The refractive index of the nitride film is higher than that of the sapphire substrate. Therefore, most of the light emitted from the active layer propagates through the nitride film. Due to the effect of the optical reflection from the patterned sapphire substrate, an enhancement of the external quantum efficiency in LEDs can be achieved [11, 12]. Chang et al. also reported the enhancement of the electroluminescence (EL) intensity from LEDs grown on a PSS [13].

In this work, we grew high quality GaN epilayers by using lens-shaped PSS. This technique allowed the threading dislocation density to be decreased and the optical emission efficiency to be improved by internal reflection. The growth behaviors and the structural and the optical characteristics of GaN grown on a PSS were discussed.

## II. EXPERIMENTAL PROCEDURES

The GaN (0002) epilayers were deposited on a c-plane patterned sapphire substrate by using low- pressure metal-organic chemical vapor deposition (MOCVD) in a horizontal quartz reactor. The lens- shaped PSS was fabricated by dry etching. Prior to growth, this patterned sapphire substrate was etched with a $H_2SO_4:H_2O_2$ (2:1) solution for 10 min at 130 °C to obtain a clean and oxide-free surface. After cleaning, the patterned sapphire substrate was heated to 1040 °C under a $H_2$ ambient for 5 min and etched thermally. The group-III precursors used for the growth of the GaN layers were trimethyl-gallium (TMGa) for gallium and ammonia ($NH_3$) for nitrogen.



Fig. 2. SEM micrographs of the GaN on the PSS for growth times of (a) 10 min, (b) 40 min and (c) 80 min.

Hydrogen was used as the carrier gas. First, a 150-nm-thick GaN buffer layer was deposited on the PSS at 560 °C for 2 min to minimize the surface roughness and the dislocation density. Subsequently, GaN epilayers were deposited at 1040 °C under an ambient pressure of 100 Torr. During the growth of the GaN epilayers, the flow rate of TMGa and $NH_3$ were 3.0 standard cubic centimeter per minute (sccm) and 1.5 standard liters per minute (slm), respectively. Samples were prepared for various growth times ranging from 10 to 80 min.

In this research, the surface morphology and structural characteristic of the GaN epilayers grown on PSS were studied using scanning electron microscopy (SEM), atomic force microscopy (AFM) and double crystal X-ray diffraction (DCXRD). The VU- polarized (where V means that the electric vector of the incident light is perpendicular to the plane of incidence and U indicates that the scattered light is unpolarized) Raman spectra of the samples with GaN grown on sapphire were carried out from 500 to 780 $cm^{-1}$. Photoluminescence (PL) was used to investigate the optical properties of the GaN on PSS at room temperature by using a 325-nm He-Cd lasers as the excitation source.

## III. RESULTS AND DISCUSSIONS

A schematic diagram of GaN on PSS is shown in Figure 1. The SEM micrograph of the PSS after inductively coupled plasma (ICP) dry etching is also given in Figure 1. The patterned sapphire substrate had a smooth lens-shaped array on the surface. The lens height and the diameter of the patterned sapphire are 1.5 and 5.8

Growth and Evaluation of GaN Grown on Patterned··· – Dong-Hun KANG et al.  -1897-



Fig. 3. AFM images of GaN on PSS:(a) surface of the GaN in the trench region and (b) GaN in the lens region.



Fig. 4. DCXRD spectra of GaN on PSS for growth times of (a) 10 min, (b) 40 min and (c) 80 min.



Fig. 5. DCXRD spectra of GaN (0002) grown on (a) unpatterned and (b) patterned sapphire substrates.

$\mu$m, respectively. The distance between each lens is 3.7 $\mu$m. We consider that the threading dislocation may be decreased by lateral growth on a patterned substrate and that internal reflection on the surface due to its lens shape could improve the light emission.

Figure 2 shows cross-sectional SEM micrographs of GaN on the PSS at various growth times (a) 10 min, (b) 40 min and (c) 80 min. A SEM planar view of GaN on the PSS is also given in the inset. It can be seen that the GaN on the PSS shows a hexagonal growth behavior with a (0001) top facet. Many vertical dislocations with a line along the [0001] facet in exist. They originate from the interface between the GaN and the sapphire and migrate through the layers with few mutual interactions. In the early stage of the growth, the GaN layer grew as separate islands in the lens and trench regions. Fast vertical growth was observed in the GaN on the PSS as compared with the lateral growth of the GaN on the conventional sapphire substrate. As the growth time was increased, the GaN layer in the trench region grew laterally and covered the GaN lens region after 80 min of growth. In this process, the TD bends towards the GaN hexagonal pyramid. Full coalescence takes place, minimizing the TD and leading to a smooth and flat surface.

Figure 3 shows AFM scan images of a 2.5 × 2.5 $\mu$m$^2$ region of the GaN on a PSS surface for a growth time of 80 min. The surfaces grown in the trench and the lens regions are shown in Figures 3(a) and (b), respectively. In the trench region, the growth is vertical, as well as lateral towards the lens region. As seen from the well-defined steps and terraces, two-dimensional step-flow growth is dominant over the entire substrate under the GaN growth conditions. The overgrown region on the lens has parallel atomic steps without step terminations and with less threading dislocation pits. On the other hand, step terminations and TD pits are observed in the trench region, implying a higher TD density. This result is complementary to the result of Figure 2.

The structural characteristics of the GaN-on-PSS samples with respect to the growth time were analyzed by using DCXRD ($\omega$-scan) as shown in Figure 4. The GaN (0002) peak is observed clearly at 17.3°, which indicates that the GaN is highly oriented along the $c$-axis and has a single-crystalline character. The FWHM value of DCXRD decreased and the peak height of DCXRD increased as the time was increased. This indicates that the crystalline quality of the PSS GaN improves as the growth time increases. Imperfect coalescence during the lateral growth is thought to affect the crystalline quality. The narrow XRD peak observed in Figure 4(c) indicates that there is an improvement in the structural quality of the GaN on the lens-shaped PSS due to the reduction in the TD density.

Figure 5 shows the DCXRD spectra of GaN grown on the unpatterned and the patterned sapphire substrates. The FWHM of the (0002) peak for the unpatterned and the patterned sapphire substrates are 534.41 and 473.48 arcsec, respectively. The high XRD peak intensity of the GaN epilayers using the patterned substrate with a low FWHM indicates the improved quality of the GaN compared to the layer grown on the unpatterned substrate.



Fig. 6. Raman spectra of GaN grown on (a) unpatterned and (b) patterned sapphire substrates.



Fig. 7. PL spectra of GaN layer on PSS for growth times of (a) 10 min, (b) 40 min and (c) 80 min.

The XRD intensity of the GaN grown on the PSS was about two times as high as that of the GaN grown on the unpatterned sapphire substrate. The narrow XRD peak of the GaN grown on the PSS also suggests that there is a reduction of the TD density compared to the GaN grown on the unpatterned substrate.

Raman scattering provides information on the vibrational states of GaN, which are sensitive to microscopic disorder. The crystalline quality can be judged from the peak shapes and the selection rules. GaN normally crystallize in the hexagonal wurtzite structure (space group C6v4) with four atoms in the unit cell. At $k = 0$, group theory predicts the following eight sets of phonon modes: $2A1 + 2B1 + 2E1 + 2E2$ of which only one A1 mode, one E1 mode and two E2 modes are Raman active. One set of A1 and one set of E1 modes correspond to acoustic phonons while the B1 modes are silent [14]. Figure 6 shows the Raman spectra of GaN grown on the unpatterned sapphire substrate (UPSS) and the PSS, recorded at room temperature. The Lorentzian line shape was fitted to the Raman spectra and the parameters, such as the peak position and the FWHM, were obtained. Two Raman modes, $E2^{(high)}$ and A1 (LO), were observed at frequencies of 570.9 and 737.7 cm$^{-1}$, respectively, for GaN grown on the PSS, as shown in Figure 6(b). Two Raman modes, $E2^{(high)}$ and A1 (LO), were observed at frequencies of 569.5 and 736.1 cm$^{-1}$, respectively, for GaN grown on the UPSS, as shown in Figure 6(a). The A1(LO) and the $E2^{high}$ phonon mode frequencies shifted towards higher wavenumber from 569.5 cm$^{-1}$ to 570.9 and 736.1 to 737.7 cm$^{-1}$, respectively, for GaN on the PSS compared to GaN on the UPSS. The FWHMs of $E2^{(high)}$ and A1 (LO) of GaN grown on the PSS are 3.93 cm$^{-1}$ and 11.6 cm$^{-1}$, respectively, which are lower that those of GaN grown on the UPSS. The Raman intensity of the GaN grown on the PSS was about four times as high as that of the GaN grown on the unpatterned sapphire substrate. The high Raman peak intensity of the GaN epilayers using the patterned substrate with a low FWHM indicates that there is an improvement in the crystalline quality of the GaN when compared to the layer grown on the unpatterned substrate.

Figure 7 shows the PL spectra of the GaN epilayers grown on the PSS at room temperature for various growth times. The PL spectra of the GaN on the PSS are dominated by the band-edge emission at 365 nm. It is observed that the spectra exhibit significant increases in the peak intensity and decreases in the FWHM with increasing growth time. Such an enhancement in the PL intensity is due to the internal reflection on the lens surface and a decrease of the TD-induced non-radiative recombination centers. The defect-related yellow luminescence peak, which was observed at around 440 nm, is not seen in the sample grown for at 80 min. This result indicates that the crystalline quality is improved and that the TD density is reduced with increasing growth time. From the PL spectra, it is clearly seen that the crystalline and the optical qualities of the GaN layer grown on the PSS are improved as the growth time is increased.

## IV. SUMMARY

In summary, GaN epilayers were grown on a lens-shaped patterned sapphire substrate for various growth times. From the SEM images, GaN epilayers with a flat and smooth surface were observed to have been formed by lateral growth for a growth times above 80 min. The DCXRD results suggest that high-quality crystalline GaN is achieved with less threading dislocations. From the Raman spectra, narrow Raman phonon modes were observed with a high intensity and reduced FWHM for the GaN layers grown on the PSS compared to the GaN grown on the UPSS, which implies an enhancement of the

crystalline quality. In the PL spectra, the peak intensity was increased enormously for the GaN layers grown on the PSS compared to the GaN grown on the UPSS. Such an enhancement in the peak intensity was attributed to a reduction in the TD. The improvement in the optical properties is due not only to a decrease in the threading dislocation density but also to an enhancement of the light emission efficiency by internal light reflection using the lens-shaped PSS. Hence, by using the lens-shaped PSS for the growth of the GaN epilayer for a growth time 80 min, the threading dislocation density was reduced and the optical properties were improved.

## ACKNOWLEDGMENTS

This work was supported by a (grant No. R01-2006-000-10352-0) from the Basic Research Program of the Korea Science & Engineering Foundation and by the Post BK21 program of the Ministry of Education and Human Resources Development.

## REFERENCES

[1] S. J. Pearton, F. Ren, A. P. Zhang and K. P. Lee, Mater. Sci. Eng. R **30**, 55 (2000).
[2] E. F. Schubert, *Light-Emitting Diodes* (Cambridge University Press, New York, 2003).
[3] A. Zukauskas, M. S. Shur and R. Caska, *Introduction to Solid-State Lighting* (Wiley, New York, 2002).
[4] S. Nakamura, M. Senoh, S. Nagahama, N. Iwasa, T. Matsushita and T. Mukai, Appl. Phys. Lett. **76**, 22 (2000).
[5] D. Morita, M. Sano, M. Yamamoto, T. Murayama, S. Nagahama and T. Mukai, Jpn. J. Appl. Phys. **41**, L1314 (2002).
[6] S. Nakamura, Jpn. J. Appl. Phys. **30**, 1705 (1991).
[7] K. Hiramatsu, J. Phys. Condens. Matter. **13**, 6961 (2001).
[8] B. Beaumont, P. Vennegues and P. Gibart, Phys. Stat. Sol. (b). **227**, 1 (2001).
[9] K. Tadatomo, H. Okinawa, Y. Ohuchi, T. Tsunekawa, Y. Imada, M. Kato and T. Taguchi, Jpn. J. Appl. Phys. **40**, L583 (2001).
[10] Y. P. Hsu, S. J. Chang, Y. K. Su, J. K. Sheu, C. T. Lee, T. C. Wen, L. W. Wu, C. H. Kuo, C. S. Chang and S. C. Shei, J. Cryst. Growth. **261**, 466 (2004).
[11] Y. J. Lee, T. C. Hsu, H. C. Kuo, S. C. Wang, Y. L. Yang and S. N. Yen, Mat. Sci. and Eng. B **122**, 184 (2005).
[12] Z. H. Feng, Y. D. Qi, Z. D. Lu and Kei May Lau, J. Cryst Growth. **272**, 327 (2004).
[13] S. J. Chang, Y. C. Lin, Y. K. Su, C. S. Chang, T. C. Wen, S. C. Shei, J. C. Ke, C. W. Kuo, S. C. Chen and C. H. Liu, Solid-State Electron. **47**, 359 (2003).
[14] H. Siegle, G. Kaezmarezyk, L. Filippidis, A. P. Litvinchuk and A. Hoffmann, C. Thomsen, Phys. Rev. B **55**, 7000 (1997).