# EXHIBIT B

**References relating to the term "prescribed"**

# Webster's New World™ College Dictionary

Fourth Edition

# WEBSTER'S NEW WORLD™

# COLLEGE DICTIONARY

Fourth Edition

Michael Agnes
EDITOR IN CHIEF

David B. Guralnik
EDITOR IN CHIEF EMERITUS



Webster's New World™ College Dictionary, Fourth Edition
Copyright © 2001, 2000, 1999 by IDG Books Worldwide, Inc.

This edition is a major revision of *Webster's New World™ College Dictionary,*
Third Edition, copyright © 1997, 1996, 1994, 1991, 1988 by IDG Books Worldwide, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

IDG Books Worldwide, Inc.
An International Data Group Company
919 E. Hillsdale Blvd., Suite 400
Foster City, CA 94404

A Webster's New World™ Book

WEBSTER'S NEW WORLD is a trademark of IDG Books Worldwide, Inc.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, OH 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Michael Agnes, editor in chief. — 4th ed.
    p. cm.
    ISBN 0-02-863118-8 (thumb-indexed). — ISBN 0-02-863119-6 (plain).
— ISBN 0-02-863120-X (leatherkraft). — ISBN 0-02-863471-3 (deluxe).
1. English language—Dictionaries.   I. Agnes, Michael.

PE1628.W5629  2000
423—dc21                                            99-045223


Manufactured in the United States of America
1 2 3 4 5 6 7 8 9 10     00 01 02 03 04

LL(Ec) *praescientia* < L *praescire*, to know beforehand: see PRE- & SCIENCE] apparent knowledge of things before they happen or come into being; foreknowledge —**pres′·cient** *adj.* —**pres′·cient·ly** *adv.*

**pre·scind** (prē sind′, pri-) *vt.* [L *praescindere*, to cut off in front < *prae-*, before (see PRE-) + *scindere*, to cut] to detach, abstract, or isolate (a meaning, one's mind, etc.) —*vi.* to detach or isolate oneself; withdraw one's attention (*from*)

**Pres·cott** (pres′kət), **William Hick·ling** (hik′liŋ) 1796-1859; U.S. historian

**pre·scribe** (prē skrīb′, pri-) *vt.* --**scribed′**, --**scrib′·ing** [L *praescribere* < *prae-*, before + *scribere*, to write: see PRE- & SCRIBE] **1** to set down as a rule or direction; order; ordain; direct **2** to order or advise as a medicine or treatment: said of physicians, etc. **3** *Law* to invalidate or outlaw by negative prescription —*vi.* **1** to set down or impose rules; dictate **2** to give medical advice or prescriptions **3** *Law a)* to claim a right or title through long use or possession *b)* to become invalidated or outlawed by negative prescription —**pre·scrib′er** *n.*

**pre·script** (prē skript′; *also, and for n. always,* prē′skript′) *adj.* [L *praescriptus*, pp. of *praescribere*: see prec.] that is prescribed —*n.* [L *praescriptum* < *praescriptus*] something prescribed; direction; rule

**pre·scrip·ti·ble** (prē skrip′tə bəl, pri-) *adj.* **1** that can be effectively prescribed for [a *prescriptible* illness] **2** acquired or acquirable by PRESCRIPTION (sense 5)

**pre·scrip·tion** (prē skrip′shən, pri-) *n.* [ME *prescripcion* < L *praescriptio*] **1** the act of prescribing **2** something prescribed; order; direction; prescript **3** *a)* a doctor's written direction for the preparation and use of medicine, the grinding of lenses for eyeglasses, etc. *b)* a medicine so prescribed **4** *a)* a long-established, authoritative custom *b)* a claim based on this **5** *Law a)* the acquirement of the title or right to something through its continued use or possession from time immemorial or over a long period *b)* a right or title so acquired —*adj.* made according to, or purchasable only with, a doctor's prescription [*prescription* lenses; a *prescription* drug]

**pre·scrip·tive** (prē skrip′tiv, pri-) *adj.* [LL *praescriptivus*] **1** that prescribes **2** based on legal prescription **3** prescribed by custom or long use —**pre·scrip′tive·ly** *adv.*

**pre·se·lect** (prē′sə lekt′) *vt.* to select in advance

**pre·sell** (prē sel′) *vt.* --**sold′**, --**sell′·ing** to sell (something or the rights to something) before the thing exists in finished form [to *presell* condo units in order to finance their construction]

**pres·ence** (prez′əns) *n.* [OFr < L *praesentia* < *praesens:* see PRESENT, *adj.*] **1** the fact or condition of being present; existence, occurrence, or attendance at some place or in some thing **2** immediate surroundings, or vicinity within close view, of a person [admitted to his *presence*] **3** a person or thing that is present, esp. a person of high station or imposing appearance **4** *a)* a person's bearing, personality, or appearance *b)* impressive bearing, personality, etc. characterized by poise, confidence, etc., often specif. that of a performer before an audience (**stage presence**) **5** an influence or a supernatural or divine spirit felt to be present **6** the quality of sound reproduction with reference to the degree of the apparent reality of the sound **7** [Archaic] people present; an assemblage **8** [Obs.] PRESENCE CHAMBER

**presence chamber** the room in which a king or other person of rank or distinction formally receives guests

**presence of mind** ability to think clearly and act quickly and intelligently in an emergency

**pres·ent** (prez′ənt; *for v.* prē zent′, pri-) *adj.* [OFr < L *praesens*, prp. of *praeesse*, to be present < *prae-*, before (see PRE-) + *esse*, to be (see ESSENCE)] **1** *a)* being at the specified or understood place; at hand; in attendance *b)* existing (*in* a particular thing) [nitrogen is *present* in the air] **2** of or at this time; existing or happening now; in progress **3** now being discussed, considered, written, read, etc. [the *present* writer] **4** [Archaic] readily available, effective, etc. **5** [Obs.] *a)* self-possessed; collected *b)* paying attention **6** *Gram.* indicating action as now taking place (Ex.: she *goes*) or state as now existing (Ex.: the plums *are* ripe), action that is habitual (Ex.: he *speaks* with an accent), or action that is always the same (Ex.: the clock *strikes* twelve at noon): see also HISTORICAL PRESENT —*n.* **1** the present time **2** [Obs.] the present occasion **3** [*pl.*] *a)* the present words or writings *b) Law* this very document [know by these *presents*] **4** *Gram. a)* the present tense *b)* a verb form in this tense **5** [OFr, in phr. *mettre en present à*, to put before (someone), present, offer, hence a gift] something presented, or given; gift —*vt.* **pre·sent′** [ME *presenten* < OFr *presenter* < L *praesentare*, to place before, lit., to make present < *praesens:* see the *adj.*] **1** to bring (a person) into the presence of, and introduce formally to, another or others **2** *a)* to honor (someone), esp. formally, *with* a gift, award, etc. [the mayor *presented* him with the keys to the city] *b)* to provide or confront (someone) *with* something [this *presents* us with a difficult problem] **3** *a)* to offer for viewing or notice; exhibit; display; show *b)* to offer (a show, exhibit, etc.) to the public **4** to offer for consideration [to *present* a plan, opportunity, etc.] **5** to give (a gift, donation, award, etc.) to a person, organization, etc. **6** to hand over, give, or send (a bill, credentials, etc.) to someone **7** to represent, depict, or interpret in the manner indicated **8** to point or aim (a weapon, etc.) **9** to nominate to an ecclesiastical benefice **10** *Law a)* to put before a legislature, court, etc. for consideration *b)* to bring a charge or indictment against —*vi.* **pre·sent′** to come before a physician (*with* a particular symptom, medical history, etc.) —**pre·sent′ arms** *Mil.* **1** to hold a rifle vertically in front of the body, with the muzzle up: a position of salute **2** *a)* this position *b)* the command to assume it

**SYN.**—**present** and **gift** both refer to something given as an expression of friendship, affection, esteem, etc., but **gift** more often suggests formal bestowal [Christmas *presents*, the painting was a *gift* to the museum]; **donation** applies to a gift of money, etc. for a philanthropic, charitable, or religious purpose, esp. as solicited in a public drive for funds [a *donation* to the orchestra fund]; **gratuity** applies to a gift of money, etc. for services rendered, such as a tip to a waiter See also GIVE

**pre·sent·a·ble** (prē zent′ə bəl, pri-) *adj.* [ML *praesentabilis*] capable of being presented; suitable for presentation 2 in proper or suitable attire, order, etc. for being seen, met, etc. by others —**pre·sent′·abil′·i·ty** *n.* or **pre·sent′·able·ness** —**pre·sent′·ably** *adv.*

**pres·en·ta·tion** (prez′ən tā′shən, prē′zən-) *n.* [ME < MFr *presentacion* < LL *praesentatio* < *praesentare:* see PRESENT, *vt.*] **1** a presenting or being presented **2** something that is presented, specif., *a)* a performance, as of a play *b)* a gift **3** *Commerce* SENTMENT **4** *Eccles. a)* the naming of a clergyman to a benefice; a request to the bishop to institute the clergyman named *b)* the position of the fetus in the uterus at the time of delivery, reference to the part presenting itself at the mouth of the uterus [an arm or breech *presentation*] **6** *Philos., Psychol.* an image present in the consciousness at a single moment as an actual sensation or a mental image *b)* anything known by sense perception rather than by description; percept —**pres′·en·ta′·tional** *adj.*

**pre·sen·ta·tion·ism** (-iz′əm) *n. Philos.* the epistemological theory that in perception the mind is directly aware of an external reality without any intervening medium: cf. REPRESENTATIONALISM

**pre·senta·tive** (prē zent′ə tiv, pri-) *adj.* **1** *Eccles.* designating a benefice to or for which a patron has the right of presentment **2** *Philos., Psychol.* known or capable of being known directly, as by sense perception

**present-day** (prez′ənt dā′) *adj.* of the present time

**pres·en·tee** (prez′ən tē′) *n.* [Anglo-Fr < OFr, pp. of *presenter*] **1** a person presented, as for institution to a benefice **2** a person to whom something is presented

**pre·senter** (prē zent′ər, pri-) *n.* **1** a person who presents a thing or someone **2** [Brit.] HOST[2] (*n.* 6)

**pre·sen·ti·ment** (prē zent′ə mənt, pri-) *n.* [MFr < *pressentir*, to have a presentiment of < L *praesentire:* see PRE- & SENTIMENT] a feeling that something, esp. of an unfortunate or evil nature, is about to take place; foreboding

**pres·ent·ism** (prez′ən tiz′əm) *n.* the application of contemporary perspectives in explaining past events rather than placing the events in their historical context —**pres′·ent·ist** *adj., n.*

**pres·ently** (prez′ənt lē) *adv.* **1** in a little while; soon **2** at present; now: a usage objected to by some **3** [Archaic] at once; instantly

**pre·sent·ment** (prē zent′mənt, pri-) *n.* [ME < OFr *presentement < presenter:* see PRESENT, *vt.*] the act of presenting; presentation, specif., *a)* an exhibition; thing presented to view *b) Commerce* producing of a note, bill of exchange, etc. for acceptance or payment at the proper time and place *c) Law* the notice taken or report made by a grand jury of an offense on the basis of their own knowledge and observations and without a bill of indictment *d) Philos.* PRESENTATION (sense 6)

**present participle** *Gram.* a participle used *a)* with auxiliaries to show present or continuing action or state of being (Ex.: growing in "he is growing") *b)* as an adjective (Ex.: *growing* in "a growing boy")

**present perfect 1** a tense indicating an action as completed or a state as having ended at the time of speaking but not at a definite time in the past **2** a verb form in this tense (Ex.: *have gone*)

**pres·er·va·tion** (prez′ər vā′shən) *n.* [ME < MFr < ML *praeservatio*] a preserving or being preserved

**pres·er·va·tion·ist** (-ist) *n.* a person who advocates taking measures to preserve something, as historic buildings, wildlife, lands, endangered species, etc.

**pre·serva·tive** (prē zurv′ə tiv, pri-) *adj.* [ME *preservatif < preservatif <* ML *praeservativus*] having the quality of preserving —*n.* anything that preserves; esp., a substance added to a thing to keep it from spoiling

**pre·serve** (prē zurv′, pri-) *vt.* --**served′**, --**serv′·ing** [ME *preserven <* MFr *preserver <* ML *praeservare*, to preserve, protect < observe beforehand < L *prae-*, PRE- + *servare:* see OBSERVE] **1** to keep from harm, damage, danger, evil, etc.; protect; save **2** to keep from spoiling or rotting **3** to prepare (food), as by canning, pickling, salting, etc., for future use **4** to keep up; carry on; retain **5** to maintain and protect (game, fish, etc.) in an area, as by regulated hunting or fishing —*vi.* **1** to preserve fruit, etc. **2** to maintain a game preserve —*n.* **1** [*usually pl.*] fruit prepared whole or in large pieces by cooking with sugar: cf. JAM[2] **2** a place where game, fish, etc. are preserved **3** any place or activity regarded as the special domain of some person or group **4** something that preserves or is preserved —**pre·serv′·able** *adj.* —**pre·serv′er** *n.*

**pre·set** (prē′set′; *for v., also* prē set′) *vt.* --**set′**, --**set′·ting** to set (something), esp. the controls of an automatic apparatus, beforehand —*n.* something which can be preset; specif., a control on a TV, for selecting a previously assigned frequency, communication

**pre·shrink** (prē shriŋk′) *vt.* --**shrank′** or --**shrunk′**, --**shrunk′·en**, --**shrink′·ing** to shrink by a special process of manufacture so as to minimize further shrinkage in laundering or dry cleaning —**pre′·shrunk′** *adj.*

**pre·side** (prē zīd′, pri-) *vi.* --**sid′ed**, --**sid′·ing** [Fr *présider < sidere*, to preside over, protect < *prae-*, PRE- + *sedere*, to sit] **1** to be in the position of authority in an assembly; serve as chairman **2** to have or exercise control or authority: usually with *over* **3** to perform as the featured instrumentalist —**pre·sid′er** *n.*