# EXHIBIT C

**References relating to the term "layer"**



# ILLUSTRATED
# OXFORD
# DICTIONARY



19TH-CENTURY NEOCLASSICAL BUILDING (THE CAPITOL, WASHINGTON, D.C.)

*dome*
*window*
*pilaster*
*window pediment*
*balustrade*
*tympanum*
*architrave*
*pediment*
*frieze*
*colonnade*
*entablature*
*socle*
*cornice*
*capital*
*niche*
*column*

# DK ILLUSTRATED OXFORD DICTIONARY



soundboard
bass bridge
hitch pins
metal frame
bass strings
long bridge
tenor strings
treble strings
hammers
tuning pins
88-note keyboard
PIANO
wrest plank

DK PUBLISHING, INC.
London • New York • Sydney • Moscow

OXFORD UNIVERSITY PRESS
New York • Oxford



Published, created, and produced in the United States and Great Britain in 1998 by
DORLING KINDERSLEY LIMITED and OXFORD UNIVERSITY PRESS, INC.

Lexicographic text copyright © 1998 Oxford University Press, adapted from
*The Oxford Dictionary and Thesaurus, American Edition* (1996), with updating and additions.

Images copyright © 1998 Dorling Kindersley Limited, London
Non-lexicographic text copyright © 1998 Dorling Kindersley Limited, London
Layout and design copyright © 1998 Dorling Kindersley Limited, London

All rights reserved. No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the permission of the copyright owner.

Library of Congress Cataloging-in-Publication Data
The DK illustrated Oxford dictionary
p.   cm.
ISBN  0-7894-3557-8
1. Picture dictionaries, English.   I. DK Publishing, Inc.
II. Title: DK illustrated Oxford dictionary.
III. Title: Oxford dictionary.
PE1629.D5   1998           98-3664
423'.1--DC21               CIP

2  4  6  8  10  9  7  5  3

Color reproduction by Colourpath, London, England
Printed in the United States by World Color, Versailles, Kentucky

———— OXFORD UNIVERSITY PRESS, INC. ————
198 Madison Avenue, New York, NY 10016
OXFORD  NEW YORK  ATHENS  AUCKLAND  BANGKOK  BOGOTA  BOMBAY  BUENOS AIRES  CALCUTTA  CAPE TOWN  DAR ES SALAAM
DELHI  FLORENCE  HONG KONG  ISTANBUL  KARACHI  KUALA LUMPUR  MADRAS  MADRID  MELBOURNE  MEXICO CITY
NAIROBI  PARIS  SINGAPORE  TAIPEI  TOKYO  TORONTO  and associated companies in  BERLIN  IBADAN

Oxford is a registered trademark of Oxford University Press
Visit us on the World Wide Web at www.oup-usa.org

———— DK PUBLISHING, INC. ————
95 Madison Avenue, New York, NY 10016
Visit us on the World Wide Web at www.dk.com

NOTE ON PROPRIETARY STATUS
This dictionary includes some words that have, or are asserted to have, proprietary status as trademarks or otherwise. Their inclusion does not imply that they have acquired for legal purposes a nonproprietary or general significance, nor any other judgment concerning their legal status. In cases where the editorial staff has some evidence that a word has proprietary status, this is indicated in the entry for that word by the word *Trademark* or *propr.* (proprietary) but no judgment concerning the legal status of such words is made or implied hereby.

**lawn**[1] /lawn/ n. a piece of grass kept mown and smooth in a yard, garden, park, etc.

**lawn**[2] /lawn/ n. a fine linen or cotton fabric used for clothes. □□ **lawn·y** adj.

**lawn mow·er** n. ▼ a machine for cutting the grass on a lawn.



LAWN MOWER: GAS-POWERED ROTARY LAWN MOWER

**lawn ten·nis** n. the usual form of tennis, played with a soft ball on outdoor grass or a hard court.

**law of av·er·ag·es** n. the principle that if one of two extremes occurs the other will also tend to so as to maintain the normal average.

**law of na·ture** n. = NATURAL LAW 2.

**law of suc·ces·sion** n. the law regulating inheritance.

**law·ren·ci·um** /lərénseeəm, law-/ n. Chem. an artificially made transuranic radioactive metallic element. ¶ Symb.: **Lw**.

**law·suit** /láwsoot/ n. the process or an instance of making a claim in a court of law.

**law·yer** /láwyər, lóyər/ n. a member of the legal profession. □□ **law·yer·ly** adj.

**lax** /laks/ adj. 1 lacking care, concern, or firmness. 2 loose, relaxed; not compact. □□ **lax·i·ty** n. **lax·ly** adv. **lax·ness** n.

**lax·a·tive** /láksətiv/ adj. & n. ● adj. tending to stimulate or facilitate evacuation of the bowels. ● n. a laxative medicine.

**lay**[1] /lay/ v. & n. ● v. (past and past part. **laid** /layd/) 1 tr. place on a surface, esp. horizontally or in the proper or specified place. 2 tr. put or bring into a certain or the required position or state (lay a carpet). 3 intr. dial. or erron. lie. ¶ This use, incorrect in standard English, is probably partly encouraged by confusion with lay as the past of lie, as in the dog lay on the floor which is correct; the dog is laying on the floor is not correct. 4 tr. make by laying (lay the foundations). 5 tr. (often absol.) (of a hen bird) produce (an egg). 6 tr. **a** cause to subside or lie flat. **b** deal with to remove (a ghost, fear, etc.). 7 tr. place or present for consideration (a case, proposal, etc.). 8 tr. set down as a basis or starting point. 9 tr. (usu. foll. by on) attribute or impute (blame, etc.). 10 tr. locate (a scene, etc.) in a certain place. 11 tr. prepare or make ready (a plan or a trap). 12 tr. prepare (a table) for a meal. 13 tr. place or arrange the material for (a fire). 14 tr. put down as a wager; stake. 15 tr. (foll. by with) coat and strew (a surface). 16 tr. sl. offens. have sexual intercourse with (esp. a woman). ● n. 1 the way, position, or direction in which something lies. 2 sl. offens. a partner (esp. female) in sexual intercourse. 3 the direction or amount of twist in rope strands. □ **in lay** (of a hen) laying eggs regularly. **lay about one** 1 hit out on all sides. 2 criticize indiscriminately. **lay aside** 1 put to one side. 2 cease to practice or consider. 3 save (money, etc.) for future needs. **lay at the door of** see DOOR. **lay bare** expose; reveal. **lay a charge** make an accusation. **lay claim to** claim as one's own. **lay down** 1 put on the ground. 2 relinquish; give up (an office). 3 formulate or insist on (a rule or principle). 4 pay or wager (money). 5 store (wine) in a cellar. 6 set down on paper. 7 sacrifice (one's life). 8 convert (land) into pasture. 9 record (esp. popular music). **lay down the law** see LAW. **lay hands on** 1 seize or attack. 2 place one's hands on or over, esp. in confirmation, ordination, or spiritual healing. **lay one's hands on** obtain; acquire; locate. **lay hold of** seize or grasp. **lay in** provide oneself with a stock of. **lay into** colloq. punish or scold severely. **lay it on thick** (or **with a trowel**) colloq. flatter or exaggerate grossly. **lay low** overthrow, kill, or humble. **lay off** 1 discharge (workers) temporarily because of a shortage of work. 2 colloq. desist. **lay on** 1 spread on (paint, etc.). 2 inflict (blows). 3 impose (a penalty, obligation, etc.). **lay open** 1 break the skin of. 2 (foll. by to) expose (to criticism, etc.). **lay out** 1 spread out. 2 expose to view. 3 prepare (a corpse) for burial. 4 colloq. knock unconscious. 5 prepare a layout. 6 expend (money). 7 refl. (foll. by to + infin.) take pains (to do something) (laid themselves out to help). **lay store by** see STORE. **lay to rest** bury in a grave. **lay up** 1 store; save. 2 put (a ship, etc.) out of service. **lay waste** see WASTE.

**lay**[2] /lay/ adj. 1 **a** nonclerical. **b** not ordained into the clergy. 2 **a** not professionally qualified, esp. in law or medicine. **b** of or done by such persons.

**lay**[3] /lay/ n. 1 a short lyric or narrative poem meant to be sung. 2 a song.

**lay**[4] past of LIE[1].

**lay·a·bout** /láyəbowt/ n. a habitual loafer or idler.

**lay-by** /láybī/ n. (pl. **lay-bys**) an area at the side of a canal or railroad where vehicles may stop.

**lay·er** /láyər/ n. & v. ● n. 1 a thickness of matter, esp. one of several, covering a surface. 2 a person or thing that lays. 3 a hen that lays eggs. 4 ▶ a shoot fastened down to take root while attached to the parent plant. ● v.tr. 1 **a** arrange in layers. **b** cut (hair) in layers. 2 propagate (a plant) as a layer. □□ **lay·ered** adj.

LAYER (runner, peg, roots)

**lay·ette** /layét/ n. a set of clothing, toilet articles, and bedclothes for a newborn child.

**lay fig·ure** /lay/ n. 1 a dummy or jointed figure of a human body used by artists for arranging drapery on, etc. 2 an unrealistic character in a novel, etc. 3 a person lacking in individuality.

**lay·man** /láymən/ n. (pl. **-men**; fem. **laywoman**, pl. **-women**) 1 any nonordained member of a church. 2 a person without professional or specialized knowledge in a particular subject.

**lay·off** /láyawf/ n. n. 1 a temporary discharge of workers. 2 a period when this is in force.

**lay of the land** n. (prec. by the) the current state of affairs.

**lay·out** /láyowt/ n. 1 the disposing or arrangement of a site, ground, etc. 2 the way in which plans, printed matter, etc., are arranged or set out. 3 something arranged or set out in a particular way. 4 the makeup of a book, newspaper, etc.

**lay·o·ver** /láyōvər/ n. a period of rest or waiting before a further stage in a journey, etc.; a stop over.

**lay·wom·an** see LAYMAN.

**laz·ar** /lázər, láy-/ n. archaic a poor and diseased person, esp. a leper.

**laz·a·ret·to** /lázərétō/ n. (also **laz·a·ret** /-rét/) (pl. **lazarettos** or **lazaret**) 1 a hospital for diseased people, esp. lepers. 2 a building or ship for quarantine. 3 the after part of a ship's hold, used for stores.

**laze** /layz/ v. & n. ● v. 1 intr. spend time lazily or idly. 2 tr. (often foll. by away) pass (time) in this way. ● n. a spell of lazing.

**la·zy** /láyzee/ adj. (**lazier, laziest**) 1 disinclined to work; doing little work. 2 of or inducing idleness. 3 (of a river, etc.) slow-moving. □□ **la·zi·ly** adv. **la·zi·ness** n.

**la·zy·bones** /láyzeebōnz/ n. (pl. same) colloq. a lazy person.

**lb.** abbr. a pound or pounds (weight).

**LC** abbr. (also **L.C.** or **l.c.**) 1 landing craft. 2 left center. 3 letter of credit. 4 (**LC** or **L.C.**) Library of Congress. 5 lowercase. 6 in the passage, etc., cited.

**LCD** abbr. 1 liquid crystal display. 2 lowest (or least) common denominator.

**LCM** abbr. lowest (or least) common multiple.

**Ld.** abbr. Lord.

**lea** /lee, láy/ n. poet. (also **ley**) a piece of meadow or pasture or arable land.

**leach** /leech/ v. 1 tr. make (a liquid) percolate through some material. 2 tr. subject (bark, ore, ash, or soil) to the action of percolating fluid. 3 tr. (often foll. by away, out) remove (soluble matter or metal) in this way.

**lead**[1] /leed/ v., n., & adj. ● v. (past and past part. **led** /led/) 1 tr. cause to go with one, esp. by guiding or showing the way or by going in front. 2 tr. **a** direct the actions or opinions of. **b** (often foll. by to, or to + infin.) guide by persuasion or example or argument (what led you to that conclusion?; was led to think you might be right). 3 tr. (also absol.) provide access to; bring to a certain position or destination (this door leads into a small room; the road leads to Atlanta; the path leads uphill). 4 tr. pass or go through (a life, etc., of a specified kind) (led a miserable existence). 5 tr. **a** have the first place in (lead the dance; leads the world in production). **b** (absol.) go first; be ahead in a race or game. **c** (absol.) be preeminent in some field. 6 tr. be in charge of (leads a team of researchers). 7 tr. **a** direct by example. **b** set (a fashion). **c** be the principal player of (a group of musicians). 8 tr. (also absol.) begin a round of play at cards with (a card) or a card of (a particular suit). 9 intr. (foll. by to) have as an end outcome; result in (what all this lead to?). 10 intr. (foll. by with) Boxing make an attack (with a particular hand or blow). 11 **a** intr. (foll. by with) (of a newspaper) use a particular item as the main story (led with the stock-market crash). **b** tr. (of a story) be the main feature of (a newspaper or part of it) (the governor's wedding will lead the front page). 12 tr. (foll. by through) make (a liquid, strip of material, etc.) pass through a pulley, channel, etc. ● n. 1 guidance given by going in front; example (follow their lead). **b** the amount by which a competitor is ahead of the others (a lead of ten yards). 3 **a** clue, esp. an early indication of the resolution of a problem (the first real lead in the case). 4 a strap or cord for leading a dog, etc. 5 esp. Brit. a conductor (usu. a wire) conveying electric current from a source to an appliance. 6 **a** the chief part in a play, etc. **b** the person playing this. 7 (in full **lead story**) the item of news given the greatest prominence in a newspaper or magazine. 8 **a** the act or right of playing first in a game or round of cards. **b** the card led. 9 the distance advanced by a screw in one turn. 10 **a** an artificial watercourse, esp. one leading to a mill. **b** a channel of water in an icefield. ● adj. leading; principal; first. □ **lead astray** see ASTRAY. **lead by the nose** cajole (a person) into compliance. **lead-in** 1 an introduction, opening, etc. 2 wire leading in from outside, esp. from an aerial to a receiver or transmitter. **lead off 1 a** begin; make a start. **b** Baseball be the first batter in the batting order of the inning. 2 colloq. lose one's temper. **lead on** 1 entice into going further than was intended. 2 mislead or deceive. **lead up the garden path** colloq. give someone misleading clues or information; deceive. **lead up to** 1 form an introduction to; precede; prepare for. 2 direct one's talk gradually or cautiously to a particular topic, etc. **lead the way** see WAY. □□ **lead·a·ble** adj.



LEAD BETWEEN TYPE ON A [...]

**lead**[2] /led/ n. & v. ● n. 1 Chem. a heavy bluish-gray soft ductile metallic element used in the manufacture of [...] 2 graphite. **b** a thin stick of this in a pencil. ▲ a blank space between lines of print, with ref. to the [...] used to make this. 4 (attrib.) made of lead (a roof or window). [...] 5 [...] separate lines of [...] 6 a lead compound to [...]

**lead bal·loon** n. a fa[ilure...]

**lead·en** /léd'n/ adj. [...] **lead·en·some** (leaden [...]) 4 lead-colored [...] **lead·en·ness** n.

**lead·er** /léedər/ n. 1 [...] a person followed [...]



LEAF

A typical leaf co[nsists of...] supported by a n[...] a leaf base, where [...] be classified as si[mple or] compound, w[ith...] leaflets. Compo[und...] leaflets) on both [sides...] palmate, with le[aflets...] tip of the petiole [...] slender, with a t[...] leaves, they ofte[n...]

EXAMPLES [OF...]

CONIFEROUS [...]



GOMBLIK[E...] (pectinat[e...])

NEEDLELI[KE...] (acicula[r...])

NCALELI[KE...]