# EXHIBIT D

**References relating to the term "microfacets"**



# Dictionary of Ceramic Science and Engineering

### Loran S. O'Bannon

Library of Congress Cataloging in Publication Data

O'Bannon, Loran S., date–
  Dictionary of ceramic science and engineering.

  Bibliography: p.
  Includes index.
  1. Ceramics—Dictionaries. I. Title.
TP788.O2 1983          666′03′21          83-13936
ISBN 0-306-41324-8

© 1984 Plenum Press, New York
A Division of Plenum Publishing Corporation
233 Spring Street, New York, N.Y. 10013

All rights reserved

No part of this book may be reproduced, stored in a retrieval system, or transmitted
in any form or by any means, electronic, mechanical, photocopying, microfilming,
recording, or otherwise, without written permission from the Publisher

Printed in the United States of America

# Dictionary of Ceramic Science and Engineering

### Loran S. O'Bannon

*Senior Technical Advisor (Retired)*
*Battelle Columbus Laboratories*

*Past President*
*Fellow*
*Honorary Life Member*
*The American Ceramic Society*

Plenum Press • New York and London

damage or without the introduction of excessive stresses.

**expansion, moisture.** An increase in the volume of a substance or product caused by the absorption of, or reaction with, water or water vapor.

**expansion, secondary.** The permanent expansion exhibited by fireclay brick in a furnace or kiln during service.

**expansion, thermal.** The change in the dimensions of a substance or product under the influence of heat, the change being either reversible or permanent.

**expansion, water.** The increase in the dimensions of a body resulting from the absorption of or reaction with water.

**expansive cement.** A type of high-sulfate and alumina-bearing cement which expands after hardening to compensate for shrinkage during drying.

**explosive forming.** The shaping of ware in dies in which the forming pressure is generated by an explosive charge.

**exposed aggregate.** A type of concrete construction in which the upper surfaces of the aggregate particles are exposed for special architectural effects.

**exposed finish tile.** A combed, roughened or smooth-faced building block, the exposed surfaces of which may be painted or left exposed.

**expression.** A process in which plastic clay bodies are extruded through an aperture to form symmetrical shapes, such as brick, hollow tile, pipe, and the like which are cut in desired lengths as they emerge from the die.

**extender.** An inactive or inert material added to another material or body composition to serve as a filler, diluent, modifier, or adulterant.

**external grinding.** The process of grinding or polishing the exterior of a rotating item.

**external load-crushing strength.** The ability of a concrete pipe to resist crushing forces which are applied externally in specified locations and directions on a specified length of pipe.

**external seal.** A metal collar or flange sweated around a ceramic shape, the metal having a slightly greater coefficient of expansion to produce a hermetic or near-hermetic seal. See sweat.

**extra-duty glazed tile.** A ceramic floor or wall tile suitable for use in light-duty floors and similar applications where impact, wear, and abrasive forces are not excessive; may be white or colored.

**extrinsic semiconductor.** A semiconductor whose electrical characteristics are due to added impurities.

**extrudate.** The product produced by an extrusion process.

**extrude.** To shape a plastic body by forcing the body through a die.

**extruder.** A device, such as a pug mill, which forces plastic bodies through a die of appropriate shape and size in a continuous column.

**extrusion.** The process of shaping a plastic body or molten glass by forcing the body or glass through a die.

**eye.** The opening through which the flame enters the bottom of a glass-melting pot.

**eykometer.** An apparatus to measure the yield point of clay suspensions. See yield point.

# F

**F.** Symbol for degrees Fahrenheit.

**fabrication.** The production or assembly of components into a unit or structure.

**facade.** The front or face of a structure.

**face.** (1) The work face of a grinding wheel.
(2) The exterior surface of a structure or wall.

**face brick.** Brick designed for use on the exterior or facing of a structure or wall; the exposed area of the brick sometimes may be textured.

**faced wall.** A wall to which an aesthetic facing has been bonded or attached; the facing may or may not be load bearing.

**face milling.** Machining of surfaces to a desired finish by means of a cutting or milling tool.

**facet.** The plane surface of a crystal.

**facing.** A fine sand applied as a facing to a casting mold.

**facing brick.** See face brick.

...ds of which are trimmed adjacent sides and the balance on parallel sides, all of which are crack free.

**...a, hard.** Mica which exhibits no tendency to delaminate when bent.

**...a schist.** A variety of laminated mica containing silica, feldspar, and other minerals; used in refractories and in roofing compositions.

**...a, soft.** Mica which exhibits a tendency to delaminate when bent.

**micro.** Prefix meaning small.

**microcrystalline alumina.** Small, rough grains of alumina, $Al_2O_3$, recrystallized from a molten bath for use as an abrasive.

**microelectronics.** The branch of electronics dealing with electronic components of miniature size.

**microelement.** Any electronic element (resistor, transistor, capacitor, diode, etc.) mounted on a thin ceramic wafer; microelements may be potted, stacked, interconnected, and arranged to form micromodules.

**microglass.** Very thin glass plates used for microscope cover slips.

**micrograms per gram.** A measure of the content of a substance, such as an impurity, in a material; reported as micrograms per gram of parent liquid or solid.

**microline.** A potassium-rich feldspar, $KAlSi_3O_8$. See feldspar.

**micron.** One-thousandth of one millimeter, 0.001 mm.

**micropore.** A pore sufficiently small that it will retain water against the pull of gravity and retard water flow.

**microscope.** An instrument employing a system of lenses to produce magnified images of objects too small to be seen by the unaided eye.

**microscopy.** The application of the microscope to study materials that cannot be seen sufficiently by the unaided eye.

**microstructure.** The structure of a material as revealed by a microscope.

**microstructure of carbon black.** The arrangement of carbon atoms in a particle of carbon black.

**migration, water.** The flow of water through the interstices of a body, such as the flow from the interior to the surface of a body during drying.

**mil.** One thousandth of an inch.

**mild abrasive.** An abrasive material having a hardness (Mohs) of 1–2; for example, talc.

**milk glass.** A translucent white or colored opal glass made by adding alumina, $Al_2O_3$, and fluorspar, $CaF_2$, to a soda-lime glass.

**milkiness.** A cloudy appearance in glass.

**mill.** A machine employed to reduce the particle size of solid substances.

**mill addition.** A material, other than frit, charged into a mill to complete the batch formula of a porcelain enamel or other ceramic slip.

**mill, ball.** A closed, horizontally rotating cylinder in which cascading pebbles or porcelain balls are used as a pulverizing medium.

**mill, colloid.** A high-speed mill designed to produce emulsified dispersions in liquid and paste form.

**mill, edge runner.** A crushing and grinding machine consisting of circular rollers rotating in a circular enclosure on a floor of stone, concrete, or metal.

**millefiori.** (1) Glass containing a decorative design of multicolored glass rods or shapes in a clear-glass matrix, such as a paperweight.
    (2) Small cross sections of colored glass rods that can be fused into the surface of porcelain enamels in regular or random decorative patterns.

**mill, flint.** A ball mill in which flint pebbles are used as the grinding media; sometimes the mill lining is constructed of flint blocks.

**mill, fluid-energy.** A grinding apparatus capable of producing particles of small sizes in which attrition is achieved by collision of the particles in a fluid introduced at high speed.

**mill, hammer.** A crushing device in which materials are reduced in size by the impact of hammers revolving in vertical plane within a steel casing; used to crush ores and other large solid masses.

**mill, Hardinge.** A type of ball mill consisting of three cone-shaped grinding areas joined by a central cylinder, and in which the cones become progressively steeper from the feed to the discharge ends; coarse particles may be returned by a separator for additional grinding.

**mill, impact.** A mill in which minerals and rocks are pulverized by the action of rotating blades projecting the material against steel plates.

**milling.** Reduction of the particle size of substances by mechanical means.

**milling, dry.** Grinding of porcelain enamel frits and other substances without a liquid vehicle.

**milling, wet.** Grinding of porcelain enamel frits and other substances with sufficient water to form a slurry.

**mill, jar.** A small, closed rotating cylinder of porcelain

# DICTIONARY

## OF

# COMPUTER
# SCIENCE
# ENGINEERING
# AND TECHNOLOGY

EDITOR-IN-CHIEF

Phillip A. Laplante

# DICTIONARY

## OF

# COMPUTER SCIENCE, ENGINEERING, AND TECHNOLOGY

EDITOR-IN-CHIEF

## Phillip A. Laplante



**CRC Press**

Boca Raton   London   New York   Washington, D.C.

### Library of Congress Cataloging-in-Publication Data

Dictionary of computer science, engineering, and technology / edited by Phillip Laplante.
     p.  cm.
     ISBN 0-8493-2691-5 (alk. paper)
     1. Computer science—Dictionaries. 2. Engineering—Dictionaries. 3.
Technology—Dictionaries. I. Laplante, Phillip A.

QA76.15.D5258 2000
004′.03—dc21
                                                 00-052882

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage or retrieval system, without prior permission in writing from the publisher.

All rights reserved.  Authorization to photocopy items for internal or personal use, or the personal or internal use of specific clients, may be granted by CRC Press LLC, provided that $.50 per page photocopied is paid directly to Copyright clearance Center, 222 Rosewood Drive, Danvers, MA 01923 USA.  The fee code for users of the Transactional Reporting Service is ISBN0-8493-2691-5/01/$0.00+$.50.  The fee is subject to change without notice.  For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

The consent of CRC Press LLC does not extend to copying for general distribution, for promotion, for creating new works, or for resale. Specific permission must be obtained in writing from CRC Press LLC for such copying.

Direct all inquiries to CRC Press LLC, 2000 N.W. Corporate Blvd., Boca Raton, Florida 33431.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation, without intent to infringe.

© 2001 by CRC Press LLC

No claim to original U.S. Government works
International Standard Book Number 0-8493-2691-5
Library of Congress Card Number 00-052882
Printed in the United States of America  1  2  3  4  5  6  7  8  9  0
Printed on acid-free paper

crocode is usually very limited. Microcode is usually extremely fast. *See* microinstruction.

**microcommand**   an n-bit field specifying some action within the control structure of a CPU, such as a gate open or closed, function enabled or not, control path active or not, etc.

**microcomputer**   a computer whose CPU is a microprocessor chip, and its memory and I/O interface are LSI or VLSI chips.

**microcontroller**   a type of von Neumann architecture where there is no decoding of macro-instructions.
   *Microcontrollers* are typically integrated circuit chips that are designed primarily for control systems and products. In addition to a CPU, a microcontroller typically includes memory, timing circuits, and I/O circuitry. The reason for this is to permit the realization of a controller with a minimal quantity of chips, thus achieving maximal possible minituarization. This, in turn, will reduce the volume and the cost of the controller. The microcontroller is normally not used for general-purpose computation as is a microprocessor.

**micro-cycle**   one cycle in the evolutionary software development life-cycle process. According to this theory, development is performed by dividing the whole process into repetitive cycles. In each of these cycles, an evolution may be performed in an evolutionary manner proceeding for micro-cycles. The *micro-cycle* contains less phases of the whole development and is typically structured on the basis of the phase in which it is applied.

**micro development**   the process that starts once the system architecture is well defined and stable. It consists in the analysis of requirement at subsystem and module level in order to define class interfaces. Once these are finalized, the development process can start.

**microelectromechanical system (MEMS)**   micrometer-scale devices fabricated as discrete devices or in large arrays using integrated circuit fabrication techniques.   Movable compact micromechanical or optomechanical

structures and microactivators made using batch processing techniques.

**micro estimating**   a bottom-up estimation approach, where the small parts are measured and so the total estimate is calculated.

**microfacet**   an approximation used in developing an improved specular reflection component to surface shading. The Torrance-Cook (or Cook-Torrance) physical surface shading model assumes that a surface is composed of a set of tiny planar patches, each placed according to a distribution that depends on the surface. The microfacet model leads to a reflection function that gives more realistic values for the direction and intensity of the specular component of surface reflection.

**microinstruction**   an instruction in a microcode program.

**microkernel**   a small privileged operating system core that provides simple process scheduling, memory management, and communication services.

**micro-kernel**   a nano-kernel that also provides for task scheduling.

**micromemory**   *See* control memory.

**microphone**   a device that converts acoustical signals into electrical signals.

**microprocessor**   a CPU realized on an LSI or VLSI chip.

**microprogram**   a set of microcode associated with the execution of a program. If it supports macroinstructions, then each macroinstruction corresponds to some sequence of microinstructions.

**microprogramming**   the practice of writing microcode for a set of microinstructions.

**middle CASE**   support for the tasks to be performed in the middle of the software development effort, e.g., detailed design. *See* development process.

309

# ARTICLES

# Structural properties of ⟨111⟩B-oriented III–V nanowires

JONAS JOHANSSON[1]*, LISA S. KARLSSON[2], C. PATRIK T. SVENSSON[3], THOMAS MÅRTENSSON[1], BRENT A. WACASER[1], KNUT DEPPERT[1], LARS SAMUELSON[1] AND WERNER SEIFERT[1]

[1]Solid State Physics, Lund University, PO Box 118, SE-221 00 Lund, Sweden
[2]National Centre for High Resolution Electron Microscopy (nCHREM)/Polymer & Materials Chemistry, Lund University, PO Box 124, SE-221 00 Lund, Sweden
[3]QuNano AB, Stora Fiskaregatan 13E, SE-222 24, Lund, Sweden
*e-mail: jonas.johansson@ftf.lth.se

Published online: 18 June 2006; doi:10.1038/nmat1677

Controlled growth of nanowires is an important, emerging research field with many applications in, for example, electronics, photonics, and life sciences. Nanowires of zinc blende crystal structure, grown in the ⟨111⟩B direction, which is the favoured direction of growth, usually have a large number of twin-plane defects. Such defects limit the performance of optoelectronic nanowire-based devices. To investigate this defect formation, we examine GaP nanowires grown by metal-organic vapour-phase epitaxy. We show that the nanowire segments between the twin planes are of octahedral shape and are terminated by {111} facets, resulting in a microfaceting of the nanowires. We discuss these findings in a nucleation context, where we present an idea on how the twin planes form. This investigation contributes to the understanding of defect formation in nanowires. One future prospect of such knowledge is to determine strategies on how to control the crystallinity of nanowires.

Semiconductor nanowires are promising in many applications in photonics, life sciences, electronics, and physics[1]. One of the areas where nanowires are of major interest is the miniaturization of electronics. Conventional complementary metal oxide semiconductor (CMOS) technology is predicted to soon face a limit where further downscaling is not feasible. What limits the size of a MOS transistor is the increasing leakage current with decreasing size. On the other hand, the packing density of such devices is limited by the increasing power dissipation with increasing density. Some of these obstacles could be overcome with nanowires. Field-effect transistors[2], single-electron transistors[3], and memory devices[4], all with feature sizes smaller than practically possible in CMOS, have been demonstrated in nanowires. Nanowires may also serve as diodes, resistors, or interconnects, making ultra-compact device integration possible. In fact, III–V heterostructure nanowires can be grown epitaxially on Si (ref. 5). This enables integration of optoelectronic III–V devices with Si technology, which is a long-time goal for the semiconductor industry. Hybrid circuits, combining nanowire devices with conventional CMOS, but without epitaxial contact between the wires and the Si, have also been fabricated and demonstrated as prototypes[6].

One effect that can limit the performance of optoelectronic nanowire devices is the large number of crystal imperfections in the ⟨111⟩B-oriented III–V wires. This is particularly unfortunate because this is the most favourable direction for wire growth. The imperfections are twin planes normal to the growth direction and they have been reported in nanowires made of various materials, for example, GaP (refs 7,8), InP (ref. 9), ZnSe (ref. 10), $Zn_2SnO_4$ (ref. 11), independent of the fabrication method. Twin planes have also been observed in Si nanowires made by laser ablation[12,13], but have not, to our knowledge, been reported in Si nanowires controllably grown in the ⟨111⟩ direction, following the epitaxial orientation of the substrate[14,15]. Twin planes are also abundant in bulk III–V semiconductors[16].

The purpose of this investigation is to present and explain the three-dimensional (3D) geometry of ⟨111⟩B-oriented nanowires with zinc blende crystal structure and to give an explanation

©2006 Nature Publishing Group

**ARTICLES**



**Figure 1** The crystalline structure of ⟨111⟩B GaP nanowires as determined from HRTEM. **a**, Overview image of a nanowire with a gold particle on its top. The rectangle highlights the part of the wire shown in **b**. **b,c**, The dominating structure is cubic zinc blende with repeated {111} twinning resulting in a geometric feature where the twinning planes are clearly visible in the ⟨1̄10⟩ direction (**b**) but completely align in the ⟨11̄2̄⟩ direction (**c**). The respective segments are seen as dark (D) and light (L) bands in the ⟨1̄10⟩ direction as a result of the refracting conditions in the TEM. **d,e**, The corresponding FFTs show a splitting in the ⟨1̄10⟩ direction (**d**), originating from D- and L-segments respectively, but not in the ⟨11̄2̄⟩ direction (**e**).

for the high density of twin planes. To do this, we use GaP nanowires grown by gold-particle-assisted, metal-organic vapour-phase epitaxy as a model experimental system. We know from previous scanning electron microscopy investigations that the nanowires have a hexagonal cross-section with [112] side facets[17].

In Fig. 1a, we show an overview transmission electron microscopy (TEM) image of a GaP nanowire with a gold particle on top. The fast Fourier transforms (FFTs) of the high-resolution (HR) TEM images show that the crystal structure of the nanowires is zinc blende. The HRTEM images viewed in the [1̄10] direction show that the sides of the wires are microfaceted, see Fig. 1b. These microfacets are correlated to twin segments of alternating orientation. The segments have varying thickness and are separated by twin planes. This is evident from the corresponding FFT, Fig. 1d, where the dark (D) and light (L) regions share 1̄1̄1 and 111 spots, that is, have a common {111} twin plane. A 30° rotation, around the growth axis, in the TEM allowed us to view the wires in the [112̄] direction. Seen from that direction, the wires seemed perfectly straight and the twin planes could not be observed, see Fig. 1c. In addition, in the FFT (Fig. 1e) no splittings were observed and the structure seemed to be single crystalline. One can easily be deceived by this and think that the wires are free from defects, but they still contain many twin planes.

To determine the 3D morphology of the GaP nanowires, we have measured the angles between the different facets in the HRTEM images. The microfacets seen in the [1̄10] projection are ±19.5° from the ⟨111⟩B growth direction. This angle corresponds to other ⟨111⟩ directions. When the wires are rotated into the [112̄] projection, the microfaceting is no longer visible. This means that the microfaceting is perpendicular to the [112̄] direction. Thus, each segment is a truncated octahedron with {111} planes on the

top, on the bottom, and on all six side facets. There are well-documented observations of macroscopic zinc blende crystals in nature, with the same geometric features. These crystals, oriented in the [111] direction, have indeed been described as 'linear aggregations of twin octahedra'[18].

As the wires have a hexagonal cross-section, the octahedral segments are quite thin and can be viewed as 'cut' from the middle region of the corresponding regular octahedron lying on one of its sides, see Fig. 2a. The similar zinc blende samples found in nature have a more triangular cross-section[18], indicating that the octahedral segments can instead be viewed as 'cut' from one of the sides of the corresponding regular octahedron, see Fig. 2b. In Fig. 3, models of the GaP nanowires built in the software ATOMS are shown in various projections. The truncated octahedral shape of the segments is clearly visible in Fig. 3c.

Owing to the polarity of the zinc blende structure two types of twin planes can form[19], the so-called ortho and para twins. The ortho twin has Ga–P bonding over the twin plane and is formed by a 60° rotation around a ⟨111⟩ axis, for example, the growth axis of a nanowire. The para twin is a perfect mirror plane with Ga–Ga or P–P bonding over the plane and is formed by a 180° rotation around an axis in the twin plane. The structural differences between these twin types are, in principle, restricted by the symmetry around the twin plane and are difficult to detect by HRTEM alone. In fact, studies of GaAs (ref. 20) have shown that simulated HRTEM images of the different twin types are virtually indistinguishable. However, the polarity difference of these twin types can be detected by convergent beam electron diffraction methods and both types have been found in bulk GaP (ref. 21). Another way to distinguish between ortho and para twins is scanning tunnelling microscopy (STM) on the cross-section of cleaved nanowires. Although several

©2006 **Nature Publishing Group**

575

Exhibit D                                                                                      Page D12

## ARTICLES



**Figure 2** Regular octahedra with two different slices, or ways of truncation. **a,b,** The slices are indicated in red. When stacked on top of each other, but with alternating orientation, the slice can give rise to roughly hexagonal bodies (**a**), like our GaP nanowires, or it can instead build up forms with a roughly triangular cross-section (**b**), like the macroscopic crystals seen in nature[18].

We continue our investigation by a statistical analysis of the twin planes. In Fig. 4, we show histograms of the thickness of the octahedral segments between the twin planes. In these graphs we note two trends: (i) at lower temperatures there is a greater abundance of thick segments, and (ii) the distribution of segment thicknesses along a wire is not dependent on the wire thickness. As the histogram data in Fig. 4 seem to be exponentially distributed, we normalize these data and plot the natural logarithm of the frequency versus segment thickness for the three different temperatures, see Fig. 5. The solid lines are exponential distributions,

$$f(s) = \frac{1}{\alpha}\exp\left(-\frac{s-\beta}{\alpha}\right) \qquad (1)$$

fitted to the segment thickness data. In equation (1), $s$ is the segment thickness, $\alpha$ is the scale parameter, and $\beta$ is the location parameter. The average segment thickness is given by, $s_m = \alpha + \beta$, according to the properties of the exponential distribution. From the least-square fits in Fig. 5, we find that $s_m$ is 8.3 monomolecular layers (MLs) at 440°C, 5.0 ML at 470°C, and 3.3 ML at 500°C. As $s$ (and $s_m$) is measured in ML, $1/s_m$ equals the probability that a nucleating monolayer will be a twin plane. As this quantity should be proportional to the twin-plane nucleation rate divided by the sum of the twin and ordinary plane nucleation rates, we formulate a nucleation model.

As the nucleation is initiated at the nanowire edge, we assume that the nucleus has a semi-circular shape with radius $r$. For this case, the Gibbs free energy as a function of $r$ for twin plane nucleation reads,

$$\Delta G_t = -\frac{\pi}{2s_c}r^2\Delta\mu + \frac{\pi}{2}r^2\sigma_t + (\pi+2)rh\gamma, \qquad (2)$$

where $s_c$ is the inverse of the site density of a {111} plane, $\Delta\mu$ is the chemical potential, $\sigma_t$ is the twin-plane energy, $h$ is the height of a step, and $\gamma$ is the step energy. The Gibbs free energy as a function of $r$ for ordinary plane nucleation, $\Delta G$, is given by the same expression as equation (2), but without the term including $\sigma_t$. The energy barriers for nucleation are given by the maximum values of $\Delta G_t$ and $\Delta G$ and the corresponding $r$ values are the critical sizes of the respective nuclei[24]. Differentiating equation (2), setting the result to zero, and solving for $r$ gives,

$$r_t^* = \frac{(\pi+2)h\gamma}{\pi(\Delta\mu/s_c - \sigma_t)}. \qquad (3)$$

Similarly, we get

$$r^* = \frac{(\pi+2)h\gamma}{\pi\Delta\mu/s_c} \qquad (4)$$

for ordinary plane nucleation. By combining equations (2) and (3) we arrive at the expression for the energy barrier of twin nucleation

$$\Delta G_t^* = \frac{(\pi+2)^2(h\gamma)^2}{2\pi(\Delta\mu/s_c - \sigma_t)}. \qquad (5)$$

For ordinary plane nucleation we get

$$\Delta G^* = \frac{(\pi+2)^2(h\gamma)^2}{2\pi\Delta\mu/s_c}. \qquad (6)$$

The rates for twin and ordinary plane nucleation are given by $J_t \propto \exp(-\Delta G_t^*/k_B T)$ and $J \propto \exp(-\Delta G^*/k_B T)$, respectively. In these relations, $k_B$ is Boltzmann's constant and $T$ is the absolute temperature.

measurements have been done on ⟨111⟩B-oriented GaAs and GaP nanowires grown in our system, the para twin has never been observed, only the ortho twin[22]. As identical atoms bind to each other across the para twin boundary, it has electronic properties which would be very easy to see in the STM, but no such features have been observed in cross-sectional STM measurements on similar samples. On the basis of this and the fact that the para twin is less energetically favourable, we conclude that the twin planes in our GaP wires are likely to be ortho twins.

It is interesting to note that the twin planes are the dominating lattice faults observed in these nanowires, that is, the {111}B crystal planes are perfect. This suggests that each crystal plane starts to grow by monocentre nucleation. This, together with the facts that phosphorus has an extremely low solubility in gold, and thus must arrive to the growth interface from the vapour phase, and that both species, Ga and P, must be present during nucleation leads to the conclusion that nucleation is initiated on the edge of the nanowire–Au interface and that growth proceeds from this point until the layer is complete. The observation of atomically sharp InAs–InP heterointerfaces in nanowires grown in ⟨100⟩ (ref. 23), leads to the conclusion that the nanowires grow in a layer-by-layer fashion.

©2006 **Nature Publishing Group**

Exhibit D                                                                                          Page D13



**Figure 3** ATOMS models of nanowires in three different projections. **a**, The wire as seen from one of the $\langle\bar{1}10\rangle$ directions. **b**, The wire as seen from one of the $\langle11\bar{2}\rangle$ directions, for example, the one that can be achieved by rotating the projection in **a** 30°. **c**, 3D projection, in which the shape of the octahedral segments is clearly visible. Without loss of any information relevant for this study and for the sake of visual simplicity, these models are built for the face-centred-cubic lattice.

As stated previously, the twin-plane probability is given by, $1/s_m = J_t/(J + J_t)$, which can be rewritten into

$$s_m - 1 = J/J_t \propto \exp\left[(\Delta G_t^* - \Delta G^*)/k_B T\right]. \qquad (7)$$

In the inset of Fig. 5, we plot $s_m - 1$ in a log scale versus $1/T$. If we make the approximate assumption that $\Delta\mu$ is temperature independent in our temperature interval, we see that the temperature dependence of equation (7) is fulfilled and we can extract the difference in nucleation barriers, $\Delta G_t^* - \Delta G^* = 0.92$ eV. From this quantity we estimate the number of atoms in the two types of critical nuclei. To do this, we assume that the nuclei have the thickness of 1 ML (in the $\langle111\rangle$ direction), $h = a\sqrt{3}/3$, with $a = 5.45$ Å (the lattice parameter of GaP). Following Voronkov[25] and Hurle[16,26], we estimate the step energy to be $\gamma = 7.8 \times 10^{13}$ eV cm$^{-2}$, using the expression for a Kossel crystal. The step energy is approximated to be the same inside the wire as it is on the wire edge. The twin plane energy is roughly half the stacking fault energy[27], which is $41 \times 10^{-7}$ J cm$^{-2}$ (ref. 28), that is, $\sigma_t = 1.3 \times 10^{13}$ eV cm$^{-2}$. With our experimentally determined value of $\Delta G_t^* - \Delta G^*$, we are now able to calculate $\Delta\mu/s_c = 2.6 \times 10^{13}$ eV cm$^{-2}$ from equations (5) and (6). Inserting this into equations (3) and (4), we find that the critical radii are $r_t^* = 3.0 \times 10^{-7}$ cm and $r^* = 1.5 \times 10^{-7}$ cm, which correspond to 164 Ga–P molecular units for the twin-plane critical nucleus and 43 Ga–P molecular units for the ordinary critical nucleus.

Our values for the critical sizes are reasonable, because the critical size is known to vary from two atoms in extremely supersaturated systems to several hundreds of atoms in solidification processes close to equilibrium. Twin-plane formation is less energetically favoured compared with ordinary plane

nucleation—therefore, the twin plane requires a larger critical nucleus. It is important to stress the qualitative nature of the above nucleation calculation because we have not considered the temperature dependence of the chemical potential. In the Methods section, we estimate temperature-dependent chemical potentials which indeed have the same order of magnitude as $\Delta\mu/s_c$ above.

The rather small difference between $r_t^*$ and $r^*$ demonstrates that the twin planes form naturally as a consequence of the relatively low twin-plane energy. This energy barrier is easily overcome because the overall growth process is mass-transport limited[29]. Thus, fluctuations in mass transport, as well as thermal fluctuations could lead to twin-plane nucleation.

It should be noted that the proposed mechanism only works within a certain segment thickness range. The (highly unlikely) event of a segment growing until it develops a triangular top face (see Fig. 2), that is, it ends as a regular octahedron, is not covered by our model. At this instant, which was never observed in this investigation, there are three different possibilities: a twin plane is forced to form, to maintain the growth, or the triangular top face could continue to grow until it ends in a sharp tip, or the side facets change into {112} (without microfaceting). The first case most likely corresponds to the situation reported for Zn$_2$SnO$_4$ nanowires, see Fig. 1 in ref. 11, where fully developed octahedra (although not described as such by the authors) are separated by twin planes. It could also be the case that the strain and surface energy at the gold–nanowire edge starts to get pronounced due to the deformation of the gold particle long before the triangular top face of the segment has been reached. In such a case, twin-plane formation and continued growth would lead to strain relaxation. The exponential distribution of the segment thicknesses speaks against this argument. A certain type of microfaceting on

©2006 **Nature Publishing Group**

# ARTICLES



**Figure 4 Histograms of segment thicknesses for six different wires grown at three different temperatures. a,b**, Growth temperature 440°C. **c,d**, Growth temperature 470°C. **e,f** Growth temperature 500°C. The radii of the wires corresponding to the segment thickness data are indicated in the histograms. By comparing the segment thickness data for different temperatures and nanowire radii it can be seen that the segment thickness is a strong function of temperature but is independent of radius. This is particularly clear in **e** and **f**, where the radii differ by a factor of almost two, but the segment thickness distribution is similar.

Si nanowires, which is not related to twin-plane formation, has been explained by similar arguments[14]. In the second case, the gold particle would probably slide off the tip of the wire and growth would either cease or continue in another direction. The third case corresponds to growth of wires with triangular cross-sections, such as the GaAs wires with {112} side facets grown in the ⟨111⟩A direction[17].

A further limitation of this model is that no segment can be thinner than 2 ML. At higher growth temperatures, see the trend in Fig. 4 and take the high temperature limit of equation (7), the average segment thickness tends to 2 ML. This suggests that wurtzite segments, which would be a metastable phase of GaP, would form. This phase has been observed in most III–V nanowires, but was not taken into consideration in this model.

©2006 **Nature Publishing Group**

Exhibit D                                                                 Page D15



**Figure 5** Exponential distributions fitted to the segment thickness frequency data at three temperatures. The natural logarithm of the segment thickness frequency is plotted on the $y$ axis and the segment thickness on the $x$ axis. The inset shows the temperature dependence of the parameter, $s_m - 1$, related to the twin-plane nucleation frequency.

This model cannot be used to explain the twinning situation in Si nanowires because of the nonpolar nature of Si. This nonpolar nature could suppress twin-plane formation—for the same reason that the wurtzite (hexagonal) structure is suppressed in favour of the zinc blende (cubic) structure in less ionic compound materials[30].

Finally, we briefly comment on the possibilities of growing nanowires free from planar defects. It has been shown that it is possible to grow wires in directions other than ⟨111⟩B. Even although wire growth does not proceed as easily in the ⟨100⟩ and ⟨111⟩A directions, wires grown in these directions show a completely different morphology with no, or very few, twin planes[17,23,31]. One approach to avoid planar defect formation in nanowires is to further investigate growth in such alternative orientations.

## METHODS

Gold aerosol particles were deposited[32] on GaP (111)B substrates, which had been etched in a solution of $2HCl:2H_2O:HNO_3$ for 20 min in an ultrasonic bath. After gold deposition, the substrates were transferred to a low-pressure metal-organic vapour-phase epitaxy reactor. Before growth, the gold-particle-strewn samples were annealed under a hydrogen flow containing phosphine (molar fraction $7.5 \times 10^{-3}$) at 650°C for 10 min. Following this, the temperature was ramped down to the growth temperature (440, 470, or 500°C) and trimethyl gallium (TMG) was introduced. The samples were then grown at a total pressure of 100 mbar under a hydrogen carrier gas flow of $6 l min^{-1}$ and a constant flow of phosphine. The molar fractions of phosphine and TMG in the flowing gas were $7.5 \times 10^{-3}$ and $1.25 \times 10^{-5}$, respectively (V/III ratio 600). After 4 min of growth the TMG was turned off, and the samples were cooled under a phosphine atmosphere.

HRTEM images were used to determine the structural nature of the nanowires, both in terms of crystal structure and imperfections such as twin planes. HRTEM images were acquired with a 300-kV field-emission gun TEM (JEOL). The instrument has a point resolution of 0.16 nm in

conventional mode, and is equipped with a $2k \times 2k$ charge-coupled device camera. Deposition of the nanowires onto carbon-film-coated copper grids was carried out by gently rubbing the grid against the sample, cutting the nanowires off at the base. The orientation of the nanowires was determined from corresponding diffraction patterns and Kikuchi poles[33]. Rotation of a single nanowire around its $[1\bar{1}1]$ growth axis between neighbouring $\langle11\bar{2}\rangle$ or $\langle\bar{1}1\bar{2}\rangle$ and $\langle\bar{1}10\rangle$ directions was carried out by following the $\pm111$ band between the corresponding Kikuchi poles. The angle between the two poles is 30°, which could be achieved by using a double-tilt holder.

Here we briefly outline how to take the temperature dependence of the chemical potential into consideration. Given that $\Delta\mu = k_B T \ln(p/p_0)$, where $p$ is the reactant pressure in the vapour (temperature independent) and $p_0$ is the vapour pressure of the reactant in the gold particle. The temperature dependence of $p_0$ is of the form, $p_0 = p_* \exp(-\Delta H/k_B T)$, where the prefactor $p_*$ corresponds to a reference pressure and $\Delta H$ is the heat of evaporation. Now $\Delta\mu$ can be written in the form, $\Delta\mu = a + bk_B T$. Inserting this into $\Delta G_t^* - \Delta G^*$ (equations (5) and (6)) and plotting $1/[T\ln(s_m - 1)]$ versus $T$ should result in a second degree curve. As we only have three temperatures it results in a perfect fit. The parameters $a$ and $b$ can now be approximated from an over-determined system of equations. We get the following values of $\Delta\mu/s_c$: $8 \times 10^{13} eVcm^{-2}$ at 440°C, $6 \times 10^{13} eVcm^{-2}$ at 470°C, and $3 \times 10^{13} eVcm^{-2}$ at 500°C. These values are all of the same order of magnitude as the temperature-independent approximation of $2.6 \times 10^{13} eVcm^{-2}$. However, a careful evaluation of this temperature dependence requires more temperature data.

Received 9 May 2006; accepted 22 May 2006; published 18 June 2006.

## References

1. Samuelson, L. *et al.* Semiconductor nanowires for 0D and 1D physics and applications. *Physica E* **25**, 313–318 (2004).
2. Cui, Y., Zhong, Z., Wang, D., Wang, W. & Lieber, C. High performance silicon nanowire field effect transistors. *Nano Lett.* **3**, 149–152 (2003).
3. Thelander, C. *et al.* Single-electron transistors in heterostructure nanowires. *Appl. Phys. Lett.* **83**, 2052–2054 (2003).
4. Varfolomeev, A., Pokalyakin, V., Tereshin, S., Zaretsky, D. & Bandyopadhyay, S. Switching time of nanowire memory. *J. Nanosci. Nanotechnol.* **5**, 753–758 (2005).
5. Mårtensson, T. *et al.* Epitaxial III-V nanowires on silicon. *Nano Lett.* **4**, 1987–1990 (2004).
6. Evoy, S. *et al.* Dielectrophoretic assembly and integration of nanowire devices with functional CMOS operating circuitry. *Microelectron. Eng.* **75**, 31–42 (2004).
7. Davidson, F. M., Wiacek, R. & Korgel, B. A. Supercritical fluid-liquid-solid synthesis of gallium phosphide nanowires. *Chem. Mater.* **17**, 230–233 (2005).
8. Verheijen, M. A., Immink, G., de Smet, T., Borgström, M. T. & Bakkers, E. P. A. M. Growth kinetics of heterostructured GaP-GaAs nanowires. *J. Am. Chem. Soc.* **128**, 1353–1359 (2006).
9. Bhunia, S. *et al.* Vapor-liquid-solid growth of vertically aligned InP nanowires by metalorganic vapor phase epitaxy. *Thin Solid Films* **464–465**, 244–247 (2004).
10. Li, Q. *et al.* Size-dependent periodically twinned ZnSe nanowires. *Adv. Mater.* **16**, 1436–1440 (2004).
11. Chen, H. *et al.* Transmission electron microscopy study of pseudoperiodically twinned $Zn_3SnO_4$ nanowires. *J. Phys. Chem. B* **109**, 2573–2577 (2005).
12. Zhou, G. W. & Zhang, Z. Transmission electron microscopy study of Si nanowires. *Appl. Phys. Lett.* **73**, 677–679 (1998).
13. Zhou, G. W., Zhang, Z. & Yu, D. Growth morphology and micro-structural aspects of Si nanowires synthesized by laser ablation. *J. Cryst. Growth* **197**, 129–135 (1998).
14. Ross, F., Tersoff, J. & Reuter, M. Sawtooth faceting in silicon nanowires. *Phys. Rev. Lett.* **95**, 146104 (2005).
15. Schubert, L. *et al.* Silicon nanowhiskers grown on <111>Si substrates by molecular-beam epitaxy. *Appl. Phys. Lett.* **84**, 4968–4970 (2004).
16. Hurle, D. T. J. A mechanism for twin formation during growth of III-V compound semiconductors. *J. Cryst. Growth* **147**, 239–250 (1995).
17. Wacaser, B. A., Deppert, K., Karlsson, L. S., Samuelson, L. & Seifert, W. Growth and characterization of defect free GaAs nanowires. *J. Cryst. Growth* **287**, 504–508 (2006).
18. Heddle, M. F. The geognosy and mineralogy of Scotland. *Miner. Mag.* **5**, 271–324 (1884).
19. Holt, D. B. Polarity reversal and symmetry in semiconducting compounds with the sphalerite and wurtzite structures. *J. Mater. Sci.* **19**, 439–446 (1984).
20. Chen, T. P. *et al.* Study of twins in GaAs, GaP and InAs crystals. *J. Cryst. Growth* **118**, 109–116 (1992).
21. Cohen, D., McKernan, S. & Carter, C. Characterization of the absolute crystal polarity across twin boundaries in gallium phosphide using convergent-beam electron diffraction. *Microsc. Microanal.* **5**, 173–186 (1999).
22. Mikkelsen, A. *et al.* Direct imaging of the atomic structure inside a nanowire by scanning tunnelling microscopy. *Nature Mater.* **3**, 519–523 (2004).
23. Björk, M. T. *et al.* One-dimensional heterostructures in semiconductor nanowhiskers. *Appl. Phys. Lett.* **80**, 1058–1060 (2002).
24. Markov, I. V. *Crystal Growth For Beginners* (World Scientific, Singapore, 2003).
25. Voronkov, V. V. Supercooling at the face developing on a rounded crystalization front. *Sov. Phys.-Crystallogr.* **17**, 807–813 (1973).
26. Hurle, D. T. J. in *Sir Charles Frank 80th Birthday Tribute* (eds Chambers, R. G., Enderby, J., Keller, A., Lang, A. R. & Steeds, J. W.) 188–206 (Hilger, Bristol, 1991).
27. van Bueren, H. G. *Imperfections in Crystals* (North Holland, Amsterdam, 1960).
28. Gottschalk, H., Patzer, G. & Alexander, H. Stacking-fault energy and ionicity of cubic-III-V compounds. *Phys. Status Solidi A* **45**, 207–217 (1978).
29. Johansson, J., Svensson, C. P. T., Mårtensson, T., Samuelson, L. & Seifert, W. A mass transport model for semiconductor nanowire growth. *J. Phys. Chem. B* **109**, 13567–13571 (2005).
30. Takeuchi, S. & Suzuki, K. Stacking fault energies of tetrahedrally coordinated crystals. *Phys. Status Solidi A* **171**, 99–103 (1999).

©2006 **Nature Publishing Group**

# ARTICLES

31. Krishnamachari, U. *et al.* Defect-free InP nanowires grown in [001] direction on InP(001). *Appl. Phys. Lett.* **85**, 2077–2079 (2004).
32. Magnusson, M. H., Deppert, K., Malm, J. O., Bovin, J. O. & Samuelson, L. Gold nanoparticles: production, reshaping, and thermal charging. *J. Nanoparticle Res.* **1**, 243–251 (1999).
33. Williams, B.D. & Carter, C.B. *Transmission Electron Microscopy* (Plenum, New York, 1996).

## Acknowledgements
This work was carried out within the Nanometer Structure Consortium in Lund and was supported by grants from  the Swedish Research Council (VR), the Swedish Foundation for Strategic Research (SSF), the Knut and Alice Wallenberg Foundation, the NoE SANDiE (EU contract No E500101-2), as well as the IP NODE (EU contract No 015783 NODE). We acknowledge R. Wallenberg, A. Mikkelsen, K. Dick, and S. Iyengar for valuable discussions and input to this investigation. Correspondence and requests for materials should be addressed to J.J.

## Competing financial interests
The authors declare that they have no competing financial interests.

Reprints and permission information is available online at http://npg.nature.com/reprintsandpermissions/

©2006  **Nature Publishing Group**

Exhibit D                                                                                              Page D17



# physica status solidi a

New Impact Factor 2008
**1.21**

**www.pss-a.com**

## applications and materials science

High resolution three-dimensional reciprocal space mapping
of semiconductor nanostructures (S.O. Mariager et al., p. 1771)





XTOP 2008

With contributions from the
**9th Biennial Conference on High Resolution
X-Ray Diffraction and Imaging (XTOP)**
Linz, Austria, 15–19 September 2008

**Guest Editors:** Julian Stangl and Günther Bauer

**206 · 8 · August 2009**



**WILEY-VCH**

SPECIAL ISSUE

ISSN 1862-6300, Phys. Status Solidi A
**206**, No. 8 (August), 1681–1936 (2009)

Phys. Status Solidi A **206**, No. 8, 1771–1774 (2009) / **DOI** 10.1002/pssa.200881612



# High-resolution three-dimensional reciprocal space mapping of semiconductor nanostructures

**Simon O. Mariager**\*,1, **Christian M. Schlepütz**2, **Martin Aagesen**1, **Claus B. Sørensen**1, **Erik Johnson**1, **Philip R. Willmott**2, and **Robert Feidenhans'l**1

1 Niels Bohr Institute, University of Copenhagen, Universitetsparken 5, 2100 Copenhagen, Denmark
2 Swiss Light Source, Paul Scherrer Institut, 5232 Villigen PSI, Switzerland

Received 17 September 2008, revised 12 March 2009, accepted 24 March 2009
Published online 23 June 2009

**PACS** 61.05.cp, 61.46.Km, 61.72.Dd, 61.72.Nn, 61.72.uj

\* Corresponding author: e-mail som@fys.ku.dk, Phone: +45 35320474, Fax: +45 35320460

By combining a 2D PILATUS 100 K detector and a surface diffractometer, high-resolution 3D reciprocal space maps with a resolution up to $2 \times 10^{-3}\,\text{Å}^{-1}$ have been obtained, at an acquisition speed of 20 min per Bragg point. To illustrate the possibilities, the shape and facets of molecular beam epitaxy grown GaAs nanowires are identified by studying the diffuse scattering around Bragg points from the different crystal structures in the wires. The wires are bound by {111} facets from alternating domains with zincblende structure and its twin, creating a microfaceted wire with a hexagonal cross-section.



Isosurface of a [11$\bar{1}$] Bragg point from a GaAs nanowire with crystal truncation rods originating from the wires' microfacets.

© 2009 WILEY-VCH Verlag GmbH & Co. KGaA, Weinheim

**1 Introduction** The study of structures on the nanometer scale has received great interest in recent years and new and improved methods for imaging are required. Reciprocal space maps (RSMs) of weak diffuse X-ray scattering are well suited for detailed characterization of imperfections, strain, and facets of crystalline nanostructures and several techniques exist [1–3]. The process of obtaining high resolution RSMs is, however, time-consuming, and is traditionally limited to two-dimensional (2D) maps in angular space, rather than providing the full three-dimensional (3D) information in the more convenient reciprocal space coordinates. With the fast development in detector technology, new possibilities have arisen. In this context, we have used a 2D PILATUS 100 K pixel detector [4] combined with a standard surface X-ray diffractometer to record high-resolution 3D RSMs of crystalline nanostructures. The detector features a large dynamic range ($10^6$), allowing for mapping of weak diffuse scattering near intense Bragg points, while the small pixel sizes ($172^2\,\mu\text{m}^2$), in combination with the high angular precision ($0.002°$) of the diffractometer, yield a high resolution in reciprocal space.

To demonstrate the capabilities of the setup described in the paper, we characterize a sample of GaAs nanowires grown by molecular beam epitaxy. Nanowires have attracted large interest in recent years due to their promising properties in electronic, photonic and biological applications [5], and a high level of control over the growth process has been obtained with various methods. So-called "bottom-up" approaches, where a metal catalyst particle initializes the growth and controls the diameter of the wires, have received special attention, but many basic questions concerning the process remain unanswered. For instance, it is uncertain whether or not the catalyst Au particle melts during the growth of GaAs nanowires, and until recently, simple structural issues such as the facet orientation and the appearance of numerous stacking faults remained unexplained. Thus,



© 2009 WILEY-VCH Verlag GmbH & Co. KGaA, Weinheim

**p s s** physica status solidi a

efficient methods of characterization are needed to supplement the usual tools. These are typically limited to scanning electron microscopy and transmission electron microscopy, although some attempts have been made with scanning tunneling microscopy [6], X-ray powder diffraction [7], grazing incidence X-ray diffraction [2], small angle X-ray diffraction [2], and coherent X-ray diffraction [8].

**2 Overview of method** In order to perform high-resolution 3D reciprocal space mapping, we combine a 2D Pilatus 100 k detector with a $(3D + 2S)$ surface diffractometer, available at the Materials Science beamline (X04SA) at the Swiss Light Source. In order to convert a scan of individual detector images to a data set in reciprocal space, the intensity in each individual pixel $I(\alpha,\omega,\gamma,\delta)$ as a function of angles is converted to an intensity $I(h,k,l)$ as a function of reciprocal space coordinates. The calculation of reciprocal space coordinates from detector angles is crucial to the operation of the diffractometer and can be performed as in [9], thus the conversion for a single pixel is essentially reduced to geometrically calculating the correct set of angles $(\alpha, \omega, \delta + \Delta\delta, \gamma + \Delta\gamma)$ for each pixel. For the $(3D + 2S)$ diffractometer, the $\alpha$ and $\omega$ rotations only affect the sample orientation, hence only $\delta$ and $\gamma$ vary with the pixel number within a single image. A set of MATLAB® routines converts images within less than 1s per image on a standard laptop as of 2008. In order to obtain a full 3D data set of a single Bragg peak, the sample was rocked around the surface normal by $\omega \pm 4°$, while keeping the detector fixed. Such an $\omega$ scan is convenient, since it nearly scans along the detector normal, which results in a large sampled volume in reciprocal space. In total 81 images were recorded with an acquisition time of 10 s per image. The total scan time required for the full 3D information of a single Bragg point was therefore less than 20 min.

The intensity in each individual pixel is corrected for polarization, but no Lorentz type factor needs to be applied. In essence, the individual pixels are small enough that the structure factor to a good approximation can be considered as being a constant, especially for the weak diffuse scattering far away from the center of the Bragg peak. Thus, the integration in the integrated intensity is reduced to an angular integral across the pixel opening, which is constant for all pixels.

In order to determine the resolution of the images, we estimate the range of wave vectors able to enter a single pixel. Due to the 172 μm pixel size, the decisive factor for the resolution is the detector slit located approximately 100 mm after the sample. The slit is usually rather large in order to exploit the entire detector area. The opening angle of a given pixel is then estimated from the slit size around 0.5 mm and the detector to slit distance of ∼1000 mm, giving $\theta = \arctan(0.5/1000) \approx 0.03°$. At an X-ray energy of 16 keV used for this work, the resulting resolution is $\Delta Q = (2\pi/\lambda)\sin(\theta) \approx 4 \times 10^{-3}$ Å. Since this simple approach ignores the limited beamsize on the sample, this geometrically given resolution is in fact slightly overestimated, and for most of the pixels the resolution will be better.



**Figure 1** Simulated active area, in plane $(Q_\perp)$ and out of plane $(Q_\parallel)$ resolution for individual pixels within a single detector image. The images have been rotated 90° anticlockwise for this plot. The angular settings correspond to the GaAs Bragg point displayed in Figs. 2 and 3 with detector slit setting of 10 mm horizontal and 0.5 mm vertical and a 1 mm-wide beam on the sample.

To verify this, we have calculated the geometrical resolution using a ray-tracing technique [10]. For each pixel in an image, the visible area on the sample surface as seen through the detector slits is determined and the overlap with the X-ray beam on the sample then gives the active area. The maximum range of outgoing wave vectors which can reach each pixel from the respective active area on the sample determines the resolution in $Q$. Again, this results in an upper limit, and in addition, the size and orientation of the sample play a role. A plot of the resolution is shown in Fig. 1 with angle settings corresponding to the Bragg point imaged in Figs. 2 and 3.



**Figure 2** (online colour at: www.pss-a.com) 3D isosurface of a [11$\bar{1}$] GaAs Bragg point. Four CTRs extend from the Bragg point, and two more are hidden behind the increased noise caused by the Bragg point itself. The shaded planes correspond to the 2D images in Fig. 3.

© 2009 WILEY-VCH Verlag GmbH & Co. KGaA, Weinheim                                    **www.pss-a.com**

**Original**

**Paper**

Phys. Status Solidi A **206**, No. 8 (2009) 1773



**Figure 3** (online colour at: www.pss-a.com) Reciprocal space maps of a [11$\bar{1}$] GaAs Bragg point. (A) Corresponds to a [$\bar{1}$01] plane and the vertical plane in Fig. 2 (B) Corresponds to a [111] plane or the horizontal plane in Fig. 2.

It can be seen that the resolution is in general better than $2 \times 10^{-3}$ A$^{-1}$, in good correspondence with the details found in Fig. 3. The active area of the single pixels is also plotted in Fig. 1.

### 3 Results from GaAs nanowires

**3.1 Samples** To illustrate the potential of structural characterization through reciprocal space mapping, we study a sample of GaAs nanowires oriented along the surface normal of a (111)B GaAs wafer. The wires were grown in a Varian GEN II molecular beam epitaxy system at a substrate temperature of 510 °C and at a bulk growth rate of 0.6 μm/h for 20 min using Au nanoparticles as catalysts. The tip of a single nanowire can be seen in Fig. 4. The nanowires have a size distribution with diameters from 60 to 120 nm, centered on 90 nm, and a length of approximately 500 nm. They grow epitaxially on the GaAs substrate along the [111] surface normal, and the bulk wafer reflections are used to align the sample and determine the orientation matrix. Given the large active area on the sample, we measure hundred of thousands of nanowires simultaneously to obtain a statistical average.

Bulk GaAs has a zincblende structure which corresponds to an ABC stacking of hexagonal close packed (111) bilayers. A reversal of the stacking sequence to BAC corresponds to a



**Figure 4** Left: TEM image of the tip of a single nanowire with the Au catalyst (dark) on top. A large amount of twin stacking faults are seen in the wire, though the microfacets from these are too small to be identified. Right: Ball model of the nanowire structure, where alternating layers of zincblende and its twin structure result in a microfaceted nanowire with a hexagonal cross-section.

60° rotation of the crystal and is termed a twin-stacking fault. Bragg points from both the wafer and the twin structures are easily identified. In addition, a certain amount of wurtzite structure, corresponding in total to about 2/3 of the twin faults was found from integrated intensities.

**3.2 GaAs nanowire facets** In order to determine the facet structure of the nanowires, we mapped the weak diffuse scattering, known as crystal truncation rods, arising from the facets. Because the shape of a Bragg point is given by the Fourier transform of the crystal shape function, a sharp facet will give rise to a streak of scattering in the direction of its surface normal. The study of crystal truncation rods has been employed extensively for surfaces [11]. We thus map the scattered intensity around single Bragg points in reciprocal space in order to obtain information on the facet structure. One advantage of this technique is that different crystal structures are separated in reciprocal space, allowing for easy distinction of domains which are closely spaced within the crystal, as is evident in the TEM picture in Fig. 4. A 3D isosurface of a [11-1] Bragg point from the GaAs nanowires is shown in Fig. 2. We see a strong crystal truncation rod extending in the vertical [111] direction which arises from the wafer surface and the stacking faults in the wires. In addition, four small and weak crystal truncation rods emanate in what appears to be the equivalent ⟨111⟩ directions. One plane within the image is largely disrupted by noise. This occurs for the detector images mapping the very center of the Bragg peak. Due to the high intensity of the peak, transmission filters have to be inserted, reducing also dramatically the signal from the weak diffuse scattering. The necessary intensity corrections using the transmission coefficient result in an increase noise level in the RSM. As a result, this plane hides two more CTRs, which can only be identified by exploring symmetry equivalent Bragg points.

© 2009 WILEY-VCH Verlag GmbH & Co. KGaA, Weinheim

physica status solidi a

The precise crystallographic directions of the CTRs are found by mapping them in 2D in Fig. 3. Figure 3A corresponds to the shaded vertical plane in Fig. 2, while Fig. 3B corresponds to the shaded horizontal plane in Fig. 2. From Fig. 3A, it is immediately clear that the weak CTRs extend in a [1$\bar{1}$1] direction, while Fig. 3B reveals that no CTRs are present in the [111] plane. Since the CTRs correspond directly to the surface normal of the nanowire facets, the nanowires surprisingly have no facets parallel to the wire growth direction, but are instead spanned by the close packed low energy {111} surfaces. It is, however, not possible to build a wire extending in the [111] direction spanned solely by {111} surfaces, but the solution is given by the presence of the many twin faults. These correspond to a 60° rotation of the nanowires and are spanned by the same {111} surfaces but rotated 60°, giving rise to a micro faceted nanowire consisting of alternating domains of the regular zincblende structure and its twin faults, as illustrated with the ball model in Fig. 4. Each domain thus has the shape of a truncated octahedron. This interpretation is strengthened by the many twin-stacking faults in the TEM image shown in Fig. 4. As a result of this facet structure, the nanowires appear to have a hexagonal cross-section when viewed from above. This microfaceted nanowire structure has been observed in several types of nanowires [12].

**3.3 Au catalysts** We briefly studied the Au catalysts before and after growth. The Au particles are formed by depositing a thin layer of Au on the substrate, which upon annealing agglomerates to particles. While the Au particles have been shown not to melt during the growth of InAs wires [13] the situation is still debated for GaAs. Before growth, the Au is present as a mix of particles lying epitaxially on the surface and bound by {111} facets, and a large amount of particles with no particular orientation, as evidenced by the presence of Debye Scherrer rings in the scans. In addition, many alloys between Au–Ga are present in limited amounts, as seen from the specular ($\theta$−$2\theta$) scan in Fig. 5.

After growth of the wires, the Au catalyst is known to contain large amounts of Ga. As seen in the Fig. 5, even more types of alloys appear after growth, greatly complicating the picture of a simple Au catalyst. In addition, those Au particles which are still epitaxially oriented with respect to the wafer no longer show any signs of a facet structure, indicating a possible melt or large deformation.

**4 Conclusion** By using a 2D Pilatus 100 k detector in combination with a surface diffractometer, we were able to obtain high-quality 3D reciprocal space maps with a resolution of around $2 \times 10^{-3}$ Å$^{-1}$. The sampling of a full 3D data set around a single Bragg point takes less than 20 minutes and a set of MATLAB® routines are available for the conversion to reciprocal space coordinates. To illustrate the possibilities, we have mapped the facets of a sample of MBE-grown GaAs nanowires. These were bound by a combination of {111} facets from the zinc blende and its twin structures, resulting in a microfaceted nanowire with a hexagonal cross-section. The Au catalysts appear to be partially epitaxial to the surface but lose any clear facet structure upon growth. The described method is a promising tool for structural characterization of nanostructures, and due to the penetration power of hard X-rays, it could be especially useful for embedded structures where traditional techniques such as SEM and TEM have severe limitations.

### References

[1] S. Keller, C. Schaake, N. A. Fichtenbaum, C. J. Neufeld, Y. Wu, K. McGoddy, A. David, S. P. DenBaars, C. Weisbuch, J. S. Speck, and U. K. Mishra, J. Appl. Phys. **100**, 054314 (2006).
[2] J. Eymery, F. Rieutord, V. Favre-Nicolin, O. Robach, Y. Niquet, L. Fröberg, T. Mårtensson, and L. Samuelson, Nano Lett. **7**, 2596 (2007).
[3] O. Sakata, M. Takata, H. Suematsu, A. Matsuda, S. Akiba, A. Sasaki, and M. Youshimoto, Appl. Phys. Lett. **84**, 4239 (2004).
[4] E. F. Eikenberry, Ch. Brönnimann, G. Hülsen, H. Toyokawa, R. Horisberger, B. Schmitt, C. Schulze-Briese, and T. Tomizaki, Nucl. Instrum. Methods Phys. Res. A **501**, 260 (2003).
[5] P. Yang, Y. Wu, and R. Fan, Int. J. Nanosci. **1**, 1 (2002).
[6] A. Mikkelsen, N. Sköld, L. Ouattara, M. Borgstöm, J. N. Andersen, L. Samuelson, W. Seifert, and E. Lundgren, Nature Mater. **3**, 519 (2004).
[7] Z. Zhu, T. Andelman, M. Yin, T.-L. Chen, S. P. O'Brien, and R. M. Osgood, J. Mater. Res. **20**, 1033 (2005).
[8] V. Charmard, J. Stangl, S. Labat, B. Mandl, R. T. Lechner, and T. H. Metzger, J. Appl. Crystallogr. **41**, 272 (2008).
[9] O. Bunk and M. M. Nielsen, J. Appl. Cryst. **37**, 216 (2004).
[10] O. Robach, Y. Garreau, K. Aid, and M. B. Véron-Jolliet, J. Appl. Crystallogr. **33**, 1006 (2000).
[11] R. Feidenhans'l, Surf. Sci. Rep. **10**, 105 (1989).
[12] L. S. Karlsson, K. A. Dick, J. B. Wagner, J. Malm, K. Deppert, L. Samuelson, and L. R. Wallenberg, Nanotechnology **18**, 485717 (2007).
[13] K. A. Dick, K. Deppert, T. Mårtensson, B. Mandl, L. Samuelson, and W. Seifert, Nano Lett. **5**, 761 (2005).



**Figure 5** Specular scans of the GaAs wires (full line) and Au particles before growth (dotted line). The variation in background noise is partly due to different slit settings. Peaks due to many of the Au–Ga–As combinations are present both before and especially after growth.

© 2009 WILEY-VCH Verlag GmbH & Co. KGaA, Weinheim

Invited Paper

# Recent development of patterned structure light-emitting diodes

Jaehee Cho[a,c], Jeong Wook Lee[a], Jin Seo Im[a], Cheolsoo Sone[a], Yongjo Park[*a], Dongho Kim[b],
Heonsu Jeon[b], Euijoon Yoon[c], Dong-Seok Leem[d], and Tae-Yeon Seong[d]

[a]Photonics Program Team, Samsung Advanced Institute of Technology, Suwon 440-600, Korea
[b]School of Physics and Inter-university Semiconductor Research Center, Seoul National Univ.,
Seoul 151-747, Korea
[c]School of Materials Science and Engineering, and Inter-university Semiconductor Research Center,
Seoul National Univ., Seoul 151-742, Korea
[d]Department of Materials Science and Engineering, Gwangju Institute of Science and Technology
(GIST), Gwangju 500-712, Korea

## ABSTRACT

The efficiency of a conventional light emitting diode (LED) is limited by coupling of light into guided modes in the structure. Several methods to increase the extraction efficiency of nitride-based LEDs are studied from the perspective of the patterned structures in LEDs. The patterned structures are made in the interface between a semiconductor and a sapphire substrate and on the surface of a semiconductor or an indium tin oxide electrode. All of these approaches show an increased light output compared to that of reference samples, which means these kinds of scattering sources are inevitable to make a highly efficient light emitter in nitride-based semiconductor system.

Keywords:  light emitting diode, extraction efficiency, GaN, patterning

## 1.    INTRODUCTION

As there have been extensive investigations on the high efficiency light sources, applications of GaN-based light-emitting diodes (LEDs) have become ubiquitous since they are now found almost everywhere such as traffic lights, outdoor full color displays, LCD backlight units, and general illumination. Future demands for all these and more advanced applications require much higher light output at even lower power consumption level. It is well known that only a small fraction of photons generated inside a GaN LED device can escape, which is caused by *total internal reflection* (TIR) at the interface of GaN and the outer medium. Furthermore, typical GaN-based LED structures are grown on a sapphire substrate. As a consequence, photons failing to radiate into the free air space are reflected back and a significant portion of those photons is guided laterally inside the chip, which results in a light re-absorption by the multiple-quantum-well (MQW) active layer or the electrodes.

To overcome the above mentioned intrinsic limitations of the GaN LED structures and to extract more light out from the LED surface, several approaches have been proposed and demonstrated, which include surface-roughening,[1,2] GaN epilayer growth on a micro-patterned sapphire substrate,[3-5] integration of two-dimensional (2D) surface gratings or photonic crystals (PCs),[6-8] and utilization of surface plasmon resonance.[9] The basic concept to these approaches is to degrade deliberately the TIR phenomenon and/or the waveguiding effect and therefore to induce photon emission in the off-plane direction. Especially, the integration of 2D-PCs allows controlling photonic behavior in a predictable manner since the governing key physics in this scheme is the diffraction of the light. In this letter, we report on the results of GaN-based LED on a micro-patterned sapphire substrate and GaN-based LED with 2D surface gratings on a semiconductor or a transparent electrode.

## 2.    INTERFACE PATTERNING

Fifth International Conference on Solid State Lighting, edited by Ian T. Ferguson,
John C. Carrano, Tsunemasa Taguchi, Ian E. Ashdown, Proc. of SPIE Vol. 5941
(SPIE, Bellingham, WA, 2005) · 0277-786X/05/$15 · doi: 10.1117/12.625922



Figure 1: Schematic diagrams of LED grown on patterned substrate; (a) Hemispherical CIS, (b) Truncated PSS

Recently, as shown in Figure 1(b), a LED grown on patterned sapphire substrate (PSS) by the lateral epitaxy on a patterned substrate (LEPS) method has been introduced.[3,10] Such a structure was formed an uneven interface in order to scatter emitted lights under the active layer and resulted in increasing the extraction of a portion of the light, which fades out within the device. In our study, we improve the light extraction efficiency than that of PSS technique, which is embodied using corrugated interface substrate (CIS) to scatter emission lights out of the nitride film more effectively.

For the fabrication of CIS, a circle is patterned with a hexagonal geometry using standard photolithography technique after a photo resist (PR) of 3-$\mu$m-thick is coated on a c-plane sapphire substrate. Then the PR pattern is re-flowed during a hard baking process. The PR coated substrate is etched by inductively coupled plasma reactive ion etching (ICP-RIE) system, which is using $BCl_3$ and HBr gas chemistry and then cleaned by piranha solutions.

The epitaxial layers in the LED structure are grown using a metalorganic chemical vapor deposition (MOCVD). The LED structure consists of a 2-$\mu$m-thick undoped and 3-$\mu$m-thick Si-doped GaN layer, a five-period InGaN/GaN multi-quantum well (MQW), a 20-nm-thick Mg-doped $Al_{0.2}Ga_{0.8}N$ layer, and a 0.2-$\mu$m-thick Mg-doped GaN. The peak wavelength of this LED structure is around 400 nm. The schematic diagram of the explained LED structure is shown in Figure 1.

Device fabrications are completed using standard semiconductor processing techniques. Ag-based metal and Cr/Au metals are used for a reflective p contact material and n contact material, respectively. For a convenient comparison, the light output intensities from the backsides of the LEDs are measured directly on a Si photodetector. These chips are also p-side-down mounted on a lead frame and molded in epoxy resin for an absolute radiant flux measurement. The characteristics of the LEDs are measured under DC operation at RT.

Figure 2 shows the cross sectional scanning electron microscopy (SEM) images of the etched sapphire for a CIS and initial grown GaN layer. As shown in Figure 2(a), patterned structures with smooth curve, i.e., hemispherical corrugations are formed on the surface of a sapphire substrate. The etched sapphire has the hemisphere shape that is






Figure 2: Cross-sectional SEM images of patterned substrate and initial grown GaN layer; (a, c) Hemispherical CIS, (b, d) Truncated PSS





Figure 3: Simulated and experimental results for light extraction in three different LEDs, which are grown on; (A) Planar Substrate, (B) Truncated PSS, (C) Hemispherical CIS.

Figure 4: External quantum efficiency and output power of a hemispherical CIS LED and a conventional planar LED as a function of injection current.

obtained by taking consideration into the temperature of a photoresist re-flowing and the mixing ratio of the etching chemistries in ICP-RIE. The etching rate and the selectivity of sapphire substrates are optimized to achieve a low damaged surface and maximum etching depth. The average of 5-nm rms surface roughness is obtained after the etching process by 3-D surface profiler measurement. The currently developed hemispherical CIS is different from the general PSS. When obtaining planar nitride layers in LEDs grown on PSS, a facet-developed epitaxial growth easily occurs on the top/bottom of the patterned surface, which is shown in Figure 2(b, d).

However, the hemispherical CIS formed on sapphire substrate, there is no distinction between the top and the side portion. Besides, surface orientations of the hemispherical corrugations are different from crystal growth directions (c-axis) of the Group III nitride compound semiconductors. Therefore, the growth of group III nitride compound semiconductors does not frequently occur on the surface of the hemispherical CIS, which is shown in Figure 2(c). On the other hand, the growth of nitride layer begins on the surface of the substrate between the hemispherical corrugations, that is, a planar surface of bottom portion, and as the thickness of nitride layer increases, the side and top portions of the hemispherical corrugations become covered with nitrides layer. Therefore, a flat GaN surface could be easily obtained only after a few microns of GaN layer is deposited on CIS rather than on PSS.

We also employ the point-and-shoot ray tracing method to quantify the extraction efficiency that could be done by *LightTools*[TM] simulation software. At first, the geometrical drawings are made for each simulation structure, and 100,000 random rays are emitted from the point sources that are located in the active region. Finally, the escaped rays are counted from outside far-field receiver. Each material parameter such as refractive index and transmittance are obtained from the literature and our previous results.[11,12] To verify the simulation results, we choose three types of substrates that have different surface shapes before identical LED structures grown at the same time. The hemispherical corrugations are formed on sapphire substrate with hexagonal symmetry along sapphire c-plane coordination, and the circle diameter, interval, and height of each corrugation were a 3-μm, 3-μm and 1-μm, respectively. Then the UV LED structures included an InGaN based MQW are grown on this hemispherical CIS. On the other hand, the identical LED structures are grown on the truncated PSS at the same time, which is fabricated using same photo mask design.

Figure 3 shows the simulated and experimental results for light output power of the LEDs according to the different surface structure of sapphire substrate. The light output power is measured by a photo-detector from the backside of the LED chips under 20mA operation. First one has a plane substrate that does not have a patterned structure (Mark A), second one has a truncated pattern (Mark B), which is shown in Figure 2(b) and third one has a hemispherical pattern (Mark C), which is shown in Figure 2(a). As shown in Figure 3, the light output power of B-LED is 50% greater than

that of the planar A-LED. However, The light output power of C-LED grown on hemispherical CIS is significantly increased 70% more than standard A-LED. In this comparison between A and B, C, the remarkable improvement of output power is due to the increase of the extraction efficiency by scattering the emission light at the corrugated interface.

Because of a higher refractive index of the nitride films than that of the air and the sapphire substrate, most of the generated lights in the active layer propagate through the nitride films due to TIR in A case. In addition, parts of the propagating light are absorbed by the electrode whenever it is reflected at the electrode, and disappear after all. However, when the corrugated shapes are patterned on the sapphire surface, the propagating light can be scattered and the part of them, which shifts from the conditions of total reflection, can exit to air. As a result, the density of the propagating light in the nitride films decreases and the optical absorption by the electrode is reduced. In addition, the light output power of C-LED is improved up to 12% than B-LED grown on truncated patterned substrate. It is explained by that the generated light is more effectively scattered at the hemispherical interface between GaN and sapphire. However, other electrical properties such as a turn-on voltage, a device resistance and a reverse current can not be distinguished in three cases. The operation voltage at 20 mA of the three LEDs is below 3.4 V and the reverse current at –5 V is as low as –10 μA at 300 by 300 mm² chip size.

Figure 4 compares the output power and external quantum efficiency of the UV LED lamp fabricated on hemispherical CIS and planar sapphire substrate as a function of the injection current. UV LED lamps are flip-chip mounted on a lead frame and molded in epoxy resin. The characteristics of UV LEDs are measured under DC operation at RT. As shown in Figure 4, the external quantum efficiency and output power of the lamp packaged A-LED is 20% and 12.3 mW at 20 mA, respectively. However, in case of C-LED, the external quantum efficiency and output power is increased up to 34% and 21 mW at 20 mA, respectively. There is no change of the electroluminescence wavelength of each LEDs. With the use of an optimized corrugated interface design, an increase of over 70% in the output power of the LED is achieved experimentally.

## 3.    SURFACE PATTERNING: SEMICONDUCTOR

In the previous work, triangular lattice 2D-PC structures have been incorporated on the top p-GaN layer of GaN-based LED devices, resulting in an increase of emission efficiency by a factor of $1.5 - 2$.[6,7] Though successful, grating patterns on those PC-LED devices had to be elaborately written by the electron-beam lithography (EBL) which is inevitably a low-throughput and small-area processing. However, we report on the results of GaN-based PC-LEDs in which square-lattice 2D-PCs are patterned on the surface of GaN LED structures by the laser holography (LH) method, suitable for high-throughput and large-area process. Moreover, finite-difference-time-domain (FDTD) simulation tools are used to calculate the effect of PC, whose results are consistent with our experimental observations.



Figure 5: (a) Scanning electron microscope image for a PC-LED device surface, in which square-lattice air-hole array patterns were generated by the holographic double-exposure method. The lattice period of this specific example is $\Lambda \sim 700$ nm. (b) Schematic view of the PC-LED, illustrating the vertical layer structure of the device.

The base GaN LED wafer has identical structures that mentioned in the previous chapter. Square-lattice 2D-PC patterns are generated on the epitaxy wafers utilizing a holography setup equipped with a 325 nm He-Cd laser. For square-lattice 2D-PC patterning, double holographic exposures are applied as samples rotate by 90º prior to the second exposure. The lattice constant of the 2D-PC is easy to control by changing the angle between two LH beams whereas the diameter of the unit cell element of the 2D-PC is slightly larger than a half of the lattice constant.

A 2" base LED wafer is divided into four quarter-wafer pieces; three of them patterned into square-lattice 2D-PCs with lattice constants of $\Lambda$ = 300 nm, 500 nm, and 700 nm, whereas the remaining one reserved for the planar reference sample without any PC integration. Those lattice constants are greater than the cutoff value for diffraction, which is given by $\Lambda_c = \lambda/(n_{eff} + 1)$ in case of a square-lattice PC, where $n_{eff}$ is the effective index of the GaN waveguiding layer. After holographic pattern generations, photoresist hole arrays are transferred down to the p-GaN layer by $Cl_2$-based inductively-coupled-plasma reactive-ion-etch. The depth of the etched holes is kept constant ~ 100 nm, so the MQWs are left intact. Figure 5(a) shows a scanning-electron-microscope image of a square-lattice hole array pattern engraved onto the GaN LED surface. The PC-LED samples, together with the reference piece, are then processed into standard epi-up LED devices with a thin transparent p-electrode and Cr/Au for n-side contact. Figure 5(b) is a schematic diagram of the PC-LED device structure.

The LEDs are operated under DC bias condition at room temperature. Figure 6(a) are the typical L-I characteristics of the PC-LEDs. Emission intensity is measured using a Si-photodiode from topside. Regardless of the PC lattice constant, the PC-LEDs exhibit significant improvements in output power without showing any abnormalness in the L-I curves, such as an abrupt slope change or rapid power saturation. The inset displays the relative power enhancement factors for different PC lattice constants (all measured at the injection current of I = 20 mA). The maximum enhancement of 2.1 is obtained for $\Lambda$ = 500 nm. Since all those devices, including the reference, are from the same base wafer, the observed enhancement is primarily due to the structural modification, i.e., the 2D-PC integration. Figure 6(b) compares the electroluminescence spectra for a PC-LED with $\Lambda$ = 500 nm and a reference LED, both measured at a fixed injection current of I = 20 mA. As can be seen in the figure, there is practically no difference in emission spectra between the PC-LEDs and the reference, which indicates that no complication is caused by the integration of 2D-PC.

For theoretical confirmation, we performed FDTD simulations for the PC-LEDs. For simplicity, we assume that the PC-LED is composed of a single GaN layer on the top of the sapphire substrate. The simulation structure is surrounded by the perfectly matched layer and has periodic boundary conditions in the lateral direction. The time-dependent integrated light outputs for both the PC-LED with $\Lambda$ = 500 nm and the reference LED are monitored. When the saturated value for the reference LED is normalized to 1, the enhancement factor for $\Lambda$ = 500 nm is about 2.3, which is very close to the experimentally observed value.




Figure 6: (a) Light output versus injection current characteristics (L-I) for the PC-LED chips with lattice constants of 300 nm (●), 500 nm (■), and 700 nm (▲), together with that for the planar reference device for comparison. Shown in the inset is the electroluminescence enhancement factor of the PC-LEDs relative to the reference LED. (b) Emission spectra for the $\Lambda$ = 500 nm PC-LED (solid line) and the reference (dotted line). Peak intensities are normalized for direct comparison.

In brief summary, we integrate square-lattice 2D-PC structures in GaN-based LED devices emitting at λ ~ 400 nm. The resultant LEDs exhibit the significant improvements in light extraction, up to 2.1 times over the planar LEDs without PC integration. This improvement is owing to the efficient diffraction of light into the surface-normal direction by the integrated 2D-PC structure. For the subject of this chapter, more detailed information will be given in a separate paper.[13]

## 4.   SURFACE PATTERNING: ELECTRODE

Two approaches have been done to enhance the extraction efficiency of LEDs in a view of electrodes. First, considerable efforts have been made to replace semi-transparent ohmic contacts by transparent conducting oxide (TCO)-based p-type electrodes, such as indium tin oxide (ITO),[14] ZnO,[15] Ni/ITO,[16,17] and Ag/ITO[18]. Secondly, to further improve the extraction efficiency, patterning or surface-texturing of ohmic contact layers have been also investigated.[4,19] Thus, in this work, to enhance the extraction efficiency, we have investigated a unique patterning method of ITO contact layers by means of laser holographic lithography. This method obviates the use of a dry etching process and gives very regular hole-patterns on the ITO layers.

The near-UV (405 nm) LED structures have identical structures that mentioned in the previous chapter. After an n-GaN layer is exposed, Ti/Al n-type contact layers are deposited by electron beam evaporation. Ag/ITO p-type ohmic contacts, giving a transmittance of about 78% at 405 nm and contact resistivity of ~$10^{-4}$ Ωcm², are also deposited.[18] For patterning p-type ohmic electrodes, a laser holographic lithography system is used. For comparison, conventional Ni(5 nm)/Au(5 nm) p-type ohmic contacts are also prepared.

Regular hole-patterned ITO layers are fabricated as follows. After a thin Ag layer (1.5 nm) is deposited on a p-GaN layer to achieve ohmic behavior, a 30 nm-thick ITO film is deposited on the Ag-deposited GaN layer. For square-lattice 2D-PC patterning, double holographic exposures are applied as samples rotate by 90° prior to the second exposure. Development of the laser-exposed PR give ordered 2D PR-patterns, as shown in Figure 7(a). This is followed by the deposition of a 170 nm-thick ITO film (referred here as 'thicker ITO'), Figure 7(b). The thicker ITO on the patterned PR is effectively removed together with the patterned PR by the lift-off process. Finally, highly ordered hole-patterned ITO layers are produced, as shown in Figure 7(c). It should be stressed that the highly ordered hole-patterns are formed without any additional dry etching process. Based on the relation given as Λ = λ /(2 sin θ), a period (Λ) of the hole-patterns is controlled by incident angle (θ) of the laser system. For the present samples, SEM measurements show that the hole size (d) of the hole-patterns is 320 nm and the hole period (Λ) are 570 nm and 710 nm.

The I-V characteristics of near-UV LEDs made with the patterned and unpatterned ITO ohmic electrodes are shown in the inset of Figure 8. The LEDs with the unpatterned and patterned ITO layers (Λ = 570 and 710 nm) show forward-bias voltages of 3.71, 3.89 and 3.87 V at 20 mA, respectively. This is in agreement with the previous results,[19] showing that



Figure 7: Scanning electron microscopy (SEM) images obtained from (a) 2D PR-patterns, (b) after deposition of an ITO layer on the PR-pattern sample, and (c) the hole-patterned ITO layer after a lift-off process. The insets show their enlarged cross-section images.



Figure 8: The light output-current (L-I) characteristics of near UV LEDs fabricated with the patterned and unpatterned ITO, and Ni/Au contacts annealed at 550 °C for 2 min in air. Inset shows the typical I-V characteristics of LEDs with different electrodes.

the electrode patterning causes a slight increase of operating voltage. The light output power of near-UV LEDs fabricated with the patterned and unpatterned ITO layers is shown in Figure 8. For comparison, that of near-UV LEDs made with Ni/Au contacts is also shown. In this work, all p-type electrodes are annealed at 550 °C for 2 min in air.[18] The LEDs made with the patterned ITO electrodes ($\Lambda = 570$ and 710 nm) produce much higher light output as compared to those of the LEDs with the unpatterned ITO and Ni/Au contacts. For instance, the light output (at 20 mA) of the LEDs with the patterned ITO ($\Lambda = 710$ nm) increases by 23 and 67 % as compared to those of the LEDs with the unpatterned ITO and Ni/Au contacts, respectively. In addition, it is noted that the LEDs made with the patterned ITO ($\Lambda = 570$ nm) yield somewhat increased light output (at 20 mA) by 5.1% as compared to that of the LEDs with the patterned ITO ($\Lambda = 710$ nm).

To understand the light output enhancement of the LEDs made with the patterned ITO electrodes, the propagation of light emitted is examined. The patterning of ITO results in the formation of large sidewalls as well as the reduction of unpatterned regions. This can cause some of internally reflected light outside the escape cone ($\theta_{air/ITO}$ of 28°) to escape through the sidewall air/ITO interfaces, resulting in additional light extraction. This is, indeed, demonstrated by the light output power of the LEDs made with these ITO layers before and after hole-patterning. Furthermore, the light output power of the LEDs with the patterned ITO of a shorter period ($\Lambda = 570$ nm) is greater than those with the longer period ITO. This could be explained in terms of an effective increase of areas for light extraction. In other words, the use of the shorter period of hole-patterns increases the density of holes on the ITO electrode. This is indicative of an increase of the sidewalls and a reduction of the unpatterned (planar) region of the ITO layers, and consequently an increase of light extraction.

To summarize, the light output power (at 20 mA) of near-UV LEDs fabricated with the patterned ITO ($\Lambda = 710$ nm) is 23 and 67% higher than those of the LEDs with the unpatterned ITO and Ni/Au contacts, respectively. Furthermore, the decrease of the hole period caused an additional increase (5.1%) of the light output power.

## 5.    CONCLUSION

The properties of LEDs is studied for realizing a highly efficient extraction structure in a point of view of the texturing system in the interface between a semiconductor and a substrate and on the surface of semiconductor or electrode. The corrugated interface can reduce the TIR between sapphire and nitride layer and the PCs on the nitride can redirect the emitted light not to an internal film but to a useful outside. Moreover, adding the PCs on the transparent electrode give an additional improvement in the extraction efficiency. Drawback due to be embedded the sub/or -micron size periodic patterning is minimized by an increase of a process capability of lithography and dry etching and epitaxial growth. Next,

we will move on the subject to combine experimentally these kinds of patterning technologies and synchronize the effects in a unique solid-state lighting engine.

## REFERENCE

1. T. Fujii, Y. Gao, R. Sharma, E. L. Hu, S. P. DenBaars, and S. Nakamura, Appl. Phys. Lett. **84**, 855 (2004).
2. D. W. Kim, H. Y. Lee, M. C. Yoo, and G. Y. Yeom, Appl. Phys. Lett. **86**, 052108-1 (2005).
3. K. Tadatomo, H. Okagawa, Y. Ohuchi, T. Tsunekawa, Y. Imada, M. Kato, and T. Taguchi, Jpn. J. Appl. Phys. **40**, L583 (2001).
4. M. Yamada, T. Mitani, Y. Narukawa, S. Shioji, I. Niki, S. Sonobe, k. Deguchi, M. Sano, and T. Mukai, Jpn. J. Appl. Phys. **41**, L1431 (2002).
5. J. Cho, H. Kim, H. Kim, J. W. Lee, S. Yoon, C. Sone, Y. Park, and E. Yoon, Phys. Stat. Sol. (c) **2**, 2874 (2005).
6. T. N. Oder, K. H. Kim, J. Y. Lin, and H. X. Jiang, Appl. Phys. Lett. **84**, 466 (2004).
7. J. J. Wierer, M. R. Krames, J. E. Epler, N. F. Gardner, M. G. Craford, J. R. Wendt, J. A. Simmons, and M. M. Sigalas, Appl. Phys. Lett. **84**, 3885 (2004).
8. L. Chen and A. V. Nurmikko, Appl. Phys. Lett. **85**, 3663 (2004).
9. K. Okamoto, I. Niki, A. Shvartser, Y. Narukawa, T. Mukai, and A. Scherer, Nature Mater. **3**, 601 (2004).
10. T. Detchprohm, M. Yano, S. Sano, R. Nakamura, S. Mochiduki, T. Nakamura, H. Amano, and I. Akasaki, Jpn. J. Appl. Phys. **40**, L16 (2001).
11. A. Žukauskas, M.S. Shur, and R. Gaska, *Introduction to Solid-State Lighting*, Ch.5, A Wiley-Interscience Publication, (2002).
12. J. Cho, S. Cho, B. J. Kim, S. Chae, C. Sone, O. H. Nam, J. W. Lee, Y. Park and T. I. Kim, Appl. Phys. Lett. **76**, 1489 (2000).
13. D.-H. Kim, J. Kim, H. Jeon, Y. S. Park, J. Cho, J. S. Im, C. Sone, and Y. Park, SPIE Vol. 5941 (Submitted)
14. T. Margalith, O. Buchinsky, D. A. Cohen, A. C. Abare, M. Hansen, S. P. DenBaars, and L. A. Coldren, Appl. Phys. Lett., **74**, 3930 (1999).
15. K. Nakahara, K. Tamura, M. Sakai, D. Nakagawa, N. Ito, M. Sonobe, H. Takasu, H. Tampo, P. Fons, K. Matsubara, K. Iwata, A. Yamada, and S. Niki, Jpn. J. Appl. Phys. **43**, L180 (2004).
16. R.-H. Horng, D.-S. Wuu, Y.-C. Lien, and W.-H. Lan, Appl. Phys. Lett. **79**, 2925 (2001).
17. Y. C. Lin, S. J. Chang, Y. K. Su, T. Y. Tsai, C. S. Chang, S. C. Shei, H. J. Hsu, C. H. Liu, U. H. Liaw, S. C. Chen, and B. R. Huang, IEEE Photonics Technol. Lett. **14**, 1668 (2002).
18. J. O. Song, D.-S. Leem, J. S. Kwak, Y. Park, S. W. Chae, and T.-Y. Seong, IEEE Photonics Technol. Lett. **17**, 291 (2005).
19. S.-M. Pan, R.-C. Tu, Y.-M. Fan, R.-C. Yeh, and J.-T. Hsu, IEEE Photonics Technol. Lett. **15**, 649 (2003).

* yongjo.park@samsung.com; phone 82 31 280 8071; fax 82 31 280 9357