# EXHIBIT E

**References relating to the term "sloped etching profile with a smooth rotation of microfacets"**

# WEBSTER'S
# NEW WORLD™
## COLLEGE
# DICTIONARY

Fourth Edition

# WEBSTER'S
# NEW WORLD™
# COLLEGE
# DICTIONARY

### Fourth Edition

Michael Agnes
EDITOR IN CHIEF

David B. Guralnik
EDITOR IN CHIEF EMERITUS



Dictiona
Consult
Forewor
Guide to
Guide to
Dictiona

Webster's Ne

World Atlas

Rules of Punc
Nations of the
World City Po
U.S. States
U.S. Cities by
U.S. Metropol
  Population
Canada   168
Cities of Cana
Mexico   168
Geographical
  Continents of t
  World by Size-
  Longest Rivers
  of the World
Monetary Uni
  Currency Symb
Roman Nume
Books of the E
Calendars   1
American Sig

Webster's New World™ College Dictionary, Fourth Edition
Copyright © 2001, 2000, 1999 by IDG Books Worldwide, Inc.

This edition is a major revision of *Webster's New World™ College Dictionary,*
Third Edition, copyright © 1997, 1996, 1994, 1991, 1988 by IDG Books Worldwide, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

IDG Books Worldwide, Inc.
An International Data Group Company
919 E. Hillsdale Blvd., Suite 400
Foster City, CA 94404

A Webster's New World™ Book

WEBSTER'S NEW WORLD is a trademark of IDG Books Worldwide, Inc.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, OH 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Michael Agnes, editor in chief. — 4th ed.
   p.  cm.
   ISBN 0-02-863118-8 (thumb-indexed). — ISBN 0-02-863119-6 (plain).
   — ISBN 0-02-863120-X (leatherkraft). — ISBN 0-02-863471-3 (deluxe).
   1. English language—Dictionaries.   I. Agnes, Michael.

   PE1628.W5629  2000
   423—dc21                                99-045223

Manufactured in the United States of America
1  2  3  4  5  6  7  8  9  10      00  01  02  03  04

**professional / program**  1146

advanced education and training, and involving intellectual skills, as medicine, law, theology, engineering, teaching, etc. *b)* the body of persons in any such calling or occupation *c)* loosely, any occupation **4** the act or ceremony of taking vows on formally entering a religious order —**the oldest profession** prostitution

**pro·fes·sion·al** (prō fesh'ə nəl, prə-) *adj.* **1** of, engaged in, or worthy of the high standards of a profession **2** designating or of a school, esp. a graduate school, offering instruction in a profession **3** earning one's living from an activity, such as a sport, not normally thought of as an occupation **4** engaged in by professional players [*professional* hockey] **5** engaged in a specified occupation for pay or as a means of livelihood [a *professional* writer] **6** being such in the manner of one practicing a profession [a *professional* hatemonger] —*n.* **1** a person practicing a profession **2** *a)* a person who engages in some art, sport, etc. for money, esp. as a means of livelihood, rather than as a hobby *b)* PRO² (*n.* 2) **3** a person who does something with great skill —**pro·fes'sion·al·ly** *adv.*

**pro·fes·sion·al·ism** (-nəl iz'əm) *n.* **1** professional quality, status, etc. **2** the use of professional players in organized sports

**pro·fes·sion·al·ize** (-nəl īz') *vt.* -ized', -iz'ing to cause to have professional qualities, status, etc. —**pro·fes'sion·al·i·za'tion** *n.*

**pro·fes·sor** (prō fes'ər, prə-) *n.* [ME *professoure* < L, teacher < *professus*: see PROFESS] **1** a person who professes something; esp., one who openly declares his sentiments, religious beliefs, etc. **2** *a)* a college or university teacher of the highest academic rank, ranking above *b) short for* ASSISTANT PROFESSOR & ASSOCIATE PROFESSOR *c)* loosely, any college, university, or, occas., secondary-school teacher **3** any person claiming or assumed to be especially skilled or experienced in some art, etc. **4** *a)* a popular or humorous usage —**pro·fes·so'ri·al** (prō'fə sôr'ē əl, prä'-) *adj.* —**pro'·fes·so'ri·al·ly** *adv.* —**pro·fes'sor·ship'** *n.* or **pro·fes'sor·ate** (-it)

**pro·fes·so·ri·ate** (prō'fə sôr'ē it) *n.* [see prec. & -ATE¹] **1** academic professors collectively **2** the office or position of a professor; professorship Also **pro·fes'so'riat** (-ət)

**prof·fer** (präf'ər) *vt.* [ME *profren* < Anglo-Fr & OFr *proffrir* < *porofrir* < *por-*, PRO-² + *offrir* < VL **offerire*, for L *offerre*, to OFFER] to offer (usually something intangible) [to proffer friendship] —*n.* [ME & Anglo-Fr *profre* < the v.] an offer or proposal

**pro·fi·cient** (prō fish'ənt, prə-) *adj.* [L *proficiens*, prp. of *proficere*, to advance < *pro-*, forward + *facere*, to make: see PRO-³ & DO¹] highly competent; skilled; adept —*n.* an expert —**pro·fi'cien·cy** (-ən sē) *n., pl.* -cies —**pro·fi'cient·ly** *adv.*

**pro·file** (prō'fīl') *n.* [It *profilo* < *profilare*, to outline < *pro-* (< L *pro-*), before + *filo* (< L *filum*), thread, line: see PRO³ & FILE¹] **1** *a)* a side view of the face *b)* a drawing of such a view **2** a view of anything in contour; outline [the *profile* of a distant hill] **3** a short, vivid biographical and character sketch **4** a degree of exposure to or contact with others, esp. the public [a celebrity who keeps a low *profile* after a scandal] **5** *a)* a graph, diagram, piece of writing, etc. presenting or summarizing data relevant to a particular person or thing *b)* a set of characteristics developed for use in identifying persons or things as being likely to belong to a certain group **6** *Archit.* a side or sectional elevation of a building, etc. —*vt.* -filed', -fil·ing **1** to sketch, write, or make a profile of **2** to give a specified profile to **3** to prepare a PROFILE (*n.* 5b) of —*SYN.* OUTLINE

**pro·fil·ing** (prō'fīl'iŋ) *n.* the practice or method of preparing a set of characteristics belonging to a certain class or group of people or things by which to identify individuals as belonging to such a class or group, as to detain for investigation of a possible crime

**prof·it** (präf'it) *n.* [OFr < L *profectus*, pp. of *proficere*, to profit, lit., to advance: see PROFICIENT] **1** advantage; gain; benefit **2** [often pl.] *a)* monetary gain from business transactions *b)* the ratio of this to the amount of capital invested *c)* proceeds from property or investments **3** [often *pl.*] the sum remaining after all costs, direct and indirect, are deducted from the income of a business, the selling price, etc. —*vi.* **1** to be of advantage or benefit **2** to reap an advantage, financial or otherwise; benefit —*vt.* to be of profit or advantage to —**prof'it·less** *adj.*

**prof·it·a·ble** (präf'it ə bəl) *adj.* yielding profit, gain, or benefit — **prof'it·abil'i·ty** *n.* or **prof'it·a·ble·ness** —**prof'it·a·bly** *adv.*

**profit and loss** the gain and loss as from business transactions: applied esp. to an INCOME STATEMENT (**profit and loss statement**)

**prof·it·eer** (präf'i tir') *n.* [PROFIT + -EER] a person who makes excessive profits, esp. by taking advantage of a shortage of supply to charge exorbitant prices —*vi.* to be a profiteer

**pro·fi·te·role** (prə fit'ə rōl') *n.* a small cream puff

**profit sharing** the practice of dividing a share of the profits of a business among employees, in addition to paying their regular wages and salaries —**prof'it-shar'ing** *adj.*

**prof·li·gate** (präf'li git) *adj.* [L *profligatus*, pp. of *profligare*, to strike to the ground, rout, ruin < *pro-*, forward (see PRO-³) + *fligere*, to drive, dash (see INFLICT)] **1** immoral and shameless **2** extremely wasteful; recklessly extravagant —*n.* a profligate person —**prof'li·ga·cy** (-gə sē) *n.* or **prof'li·gate·ness** —**prof'li·gate·ly** *adv.*

**pro·flu·ent** (präf'loo ənt) *adj.* [ME < L *profluens*, prp. of *profluere* < *pro-*, forth (see PRO-³) + *fluere*, to flow (see FLUCTUATE)] flowing smoothly or copiously

**pro forma** (prō fôr'mə) [LL] for (the sake of) form; as a matter of form

**pro·found** (prō found', prə-) *adj.* [ME < OFr *profund* < L *profundus* < *pro-*, forward (see PRO-³) + *fundus*, BOTTOM] **1** very deep or low [a *profound* abyss, sleep, etc.] **2** marked by intellectual depth [a *profound* discussion] **3** intensely felt [*profound* grief] **4** thoroughgoing [*profound* changes] **5** unbroken [a *profound*

silence] —*n.* **1** [Archaic] an abyss or deep, as of the ocean **2** thing profound —**pro·found'ly** *adv.* —**pro·found'·ness** *n.*

**pro·fun·di·ty** (prō fun'də tē, prə-) *n., pl.* -ties [ME *profundite* < MFr < LL *profunditas*] **1** depth, esp. great depth **2** profound depth **3** a profound idea, matter, etc.

**pro·fuse** (prō fyoos', prə-) *adj.* [ME < L *profusus*, pp. of *profundere*, to pour out < *pro-*, forth + *fundere*, to pour: see PRO³ & FOUND³] **1** giving or pouring forth freely; generous, often to excess [*profuse* with in [*profuse* in her apologies] **2** given or poured forth freely and abundantly —**pro·fuse'ly** *adv.* —**pro·fuse'ness** *n.*

*SYN.*—**profuse** implies a pouring or giving forth freely, often to the point of excess [*profuse* thanks]; **lavish** implies an unstinted, generous, sometimes unreasonably liberal, giving [*lavish* attentions]; **extravagant** always suggests unreasonably costly or wasteful spending or giving [*extravagant* living]; **prodigal** implies such reckless extravagance as to suggest eventual impoverishment [the *prodigal* heirs to a fortune]; **luxuriant** suggests production in great and rich abundance [*luxuriant* foliage]; **lush** implies such great luxuriance as to seem excessive or gaudy [a *lush* jungle] See also PLENTIFUL —*ANT.* limited, scant, sparing

**pro·fu·sion** (prō fyōō'zhən, prə-) *n.* [Fr < L *profusio* < *profusus*: see prec.] **1** a pouring forth with great liberality or wastefulness **2** great liberality or wastefulness **3** rich or lavish supply, amount, etc.

**prog** (präg) *vi.* **progged**, **prog'ging** [via Du *proggen* < ?] [Dial.] **1** to prowl about, as in search of plunder; forage —*n.* [Dial.] food obtained as by progging

**prog²** *abbrev.* **1** program **2** progressive

**pro·gen·i·tive** (prō jen'ə tiv, prə-) *adj.* [see fol. & -IVE] begetting offspring; reproductive

**pro·gen·i·tor** (prō jen'ə tər, prə-) *n.* [ME *progenitour* < OFr *progeniteur* < L *progenitor*, one who begets < *pro-*, forth + *genitus*: see PRO-³ & GENUS] **1** a forefather; ancestor in direct line **2** a source from which something develops; originator or precursor

**pro·g·e·ny** (präj'ə nē) *n., pl.* -nies [ME *progenie* < MFr < L *progenies*, descent, lineage, race, family < *progignere*: see PROGENITOR] children, descendants, or offspring collectively; issue

**pro·ge·ri·a** (prō jir'ē ə) *n.* [ModL < Gr *progērōs*, prematurely old < *pro*, before + *gēras*, old age + -IA] a rare genetic disorder of early childhood, characterized by premature aging

**pro·ges·ta·tion·al** (prō'jes tā'shə nəl) *adj.* [PRO-¹ + GESTATION + -AL] of or involving hormones that, in female mammals, prepare for, or are active in ovulation and pregnancy

**pro·ges·ter·one** (prō jes'tə rōn') *n.* [PRO-¹ + GESTEROL) + -ONE] a steroid hormone, C₂₁H₃₀O₂, secreted by the corpus luteum or prepared synthetically, active in preparing the uterus for the reception and development of the fertilized ovum and the mammary glands for milk secretion

**pro·ges·tin** (prō jes'tin) *n.* any of various natural or synthetic steroid hormones, as progesterone, that help maintain pregnancy, used in birth control pills, in hormone therapy, etc.: also called **pro·ges·to·gen** (prō jes'tə jən)

**pro·glot·tid** (prō glät'id) *n.* [< ModL *proglottis* (gen., -glottidos) < Gr *pro-*, forward + *glōtta*, the tongue: see PRO-³ & GLOTTIS] any of the segmentlike divisions of a tapeworm's body: each *proglottid* contains both male and female reproductive organs and is sexually an independent organism: also **pro·glot'tis** (-is), *pl.* -tid·es

**prog·na·thous** (präg'nə thəs, präg nā'-) *adj.* [PRO-¹ + Gr *gnathos*, the jaw] having the jaws projecting beyond the upper face: also **prog'na·thic** *n.* —**prog'na·thism'** *n.*

**prog·no·sis** (präg nō'sis) *n., pl.* -ses' (-sēz') [LL < Gr *prognōskein* < *pro-*, before (see PRO-³) + *gignōskein*, to know: see GNOSTIC] **1** a forecast or forecasting; esp., a prediction of the probable course of a disease in an individual and the chances of recovery

**prog·nos·tic** (präg näs'tik) *n.* [ME *pronostike* < MFr < L *prognosticum* < Gr *prognōstikon* < *prognōstikos*: see PROGNOSIS] **1** a sign or indication of things to come; omen **2** a forecast; prediction —*adj.* [Med.] of or serving as a basis for, prognosis

**prog·nos·ti·cate** (präg näs'ti kāt') *vt.* -cat'ed, -cat'ing [< ML *prognosticatus*, pp. of *prognosticare* < *prognosticus*: see prec.] **1** to foretell or predict, esp. from signs or indications **2** to be a sign of beforehand —**prog·nos'ti·ca'tion** *n.* —**prog·nos'ti·ca'tor** *n.* —**prog·nos'ti·ca'tive** *adj.*

**pro·gram** (prō'gram', -grəm) *n.* [< LL & Fr: Fr *programme* < L *programma* < Gr, edict < *prographein*, to write in public, before + *graphein*, to write: see PRO-¹ & GRAPHIC] **1** a proclamation **2** a prospectus or syllabus **2** *a)* the items of a musical pieces, etc. that make up an entertainment, ceremony, *b)* a printed list of these **3** a scheduled broadcast on television **4** a plan or procedure for dealing with some matter **5** all the activities that can be participated in at a community center, camp, resort, etc. **6** a logical sequence of coded instructions specifying the operations to be performed by a computer in solving a problem or in processing data **7** a series of operations to be used to control the functioning of a machine —*vt.* -grammed' or -gramed', -gram'ming or -gram'ing **1** to schedule in a program **2** to prepare the questions and answers for a textbook or a teaching machine to be used in programmed instruction **3** *a)* to plan a computer program for (a task, etc.) *b)* to furnish (a computer, chip, etc.) with a program to incorporate in a computer program **4** to set (the mechanism of an electronic device) **5** to predispose to behave in a certain way or with a certain mindset, etc.: condition [to *program* a child to fail] —*vi.* to plan or prepare a program Also [Brit.] **pro'·gramme** —**pro'·gram·ma·ble** (prō'gram'ə bəl, prō'gram'-) *adj.* —**pro'·gram·mer** *n.* or **pro'·gramer**



US007683386B2

(12) **United States Patent**
Tanaka et al.

(10) **Patent No.:**     **US 7,683,386 B2**
(45) **Date of Patent:**       **Mar. 23, 2010**

(54) **SEMICONDUCTOR LIGHT EMITTING DEVICE WITH PROTRUSIONS TO IMPROVE EXTERNAL EFFICIENCY AND CRYSTAL GROWTH**

(75) Inventors: **Hisanori Tanaka**, Anan (JP); **Yasunobu Hosokawa**, Anan (JP); **Yuuki Shibutani**, Anan (JP)

(73) Assignee: **Nichia Corporation**, Anan-shi (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/920,419**

(22) Filed: **Aug. 18, 2004**

(65) **Prior Publication Data**

US 2005/0179130 A1      Aug. 18, 2005

(30) **Foreign Application Priority Data**

Aug. 19, 2003   (JP)   .............................. 2003-294775

(51) **Int. Cl.**
**H01L 29/18**        (2006.01)

(52) **U.S. Cl.** .................. 257/**88**; 257/95; 257/E21.119; 438/29

(58) **Field of Classification Search** .................. 257/88, 257/E21.119, 94, 95, 89; 438/29
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,163,953 A | 8/1979 | Springthorpe et al. |
| 4,214,251 A | 7/1980 | Schairer |
| 4,774,435 A | 9/1988 | Levinson |
| 4,881,237 A | 11/1989 | Donnelly |

| | | |
|---|---|---|
| 5,003,357 A | 3/1991 | Kim et al. |
| 5,309,001 A | 5/1994 | Watanabe et al. |
| 5,696,389 A | 12/1997 | Ishikawa et al. |
| 5,734,225 A | 3/1998 | Biebuyck et al. |
| 5,779,924 A * | 7/1998 | Krames et al. ................ 216/24 |
| 5,814,839 A | 9/1998 | Hosoba |
| 5,905,275 A | 5/1999 | Nunoue et al. |
| 5,955,748 A | 9/1999 | Nakamura et al. |
| 6,072,819 A | 6/2000 | Shakuda |
| 6,091,083 A | 7/2000 | Hata et al. |
| 6,091,085 A | 7/2000 | Lester |
| 6,095,666 A | 8/2000 | Salam |

(Continued)

FOREIGN PATENT DOCUMENTS

EP        0 544 512 A1    6/1993

(Continued)

OTHER PUBLICATIONS

K. Tadatomo et al., "High Output Power InGaN Ultraviolet Light-Emitting Diodes Fabricated on Patterned Substrates Using Metalorganic Vapor Phase Epitaxy", The Japan Society of Applied Physics, vol. 40 (2001, pp. 583-585, Jun. 16, 2001.

(Continued)

*Primary Examiner*—Wael Fahmy
*Assistant Examiner*—John C Ingham
(74) *Attorney, Agent, or Firm*—Wenderoth, Lind & Ponack, L.L.P.

(57)        **ABSTRACT**

A substrate has at least one recess and/or protrusion formed in and/or on a surface thereof so as to scatter or diffract light generated in an active layer. The recess and/or protrusion is formed in such a shape that can reduce crystalline defects in semiconductor layers.

**24 Claims, 23 Drawing Sheets**



**US 7,683,386 B2**
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,107,644 A | 8/2000 | Shakuda et al. | |
| 6,232,623 B1 | 5/2001 | Morita | |
| 6,238,947 B1 | 5/2001 | Shakuda | |
| 6,316,785 B1 | 11/2001 | Nunoue et al. | |
| 6,325,850 B1 | 12/2001 | Beaumont et al. | |
| 6,335,546 B1 | 1/2002 | Tsuda et al. | |
| 6,346,771 B1 | 2/2002 | Salam | |
| 6,348,096 B1 | 2/2002 | Sunakawa et al. | |
| 6,410,942 B1 * | 6/2002 | Thibeault et al. | ............... 257/88 |
| 6,426,519 B1 | 7/2002 | Asai et al. | |
| 6,469,320 B2 | 10/2002 | Tanabe et al. | |
| 6,479,889 B1 | 11/2002 | Yoshida et al. | |
| 6,504,590 B1 * | 1/2003 | Kikuchi et al. | ............. 349/113 |
| 6,514,782 B1 | 2/2003 | Wierer, Jr. et al. | |
| 6,555,845 B2 | 4/2003 | Sunakawa et al. | |
| 6,566,231 B2 | 5/2003 | Ogawa et al. | |
| 6,617,182 B2 | 9/2003 | Ishida et al. | |
| 6,620,238 B2 | 9/2003 | Tsuda et al. | |
| 6,791,119 B2 * | 9/2004 | Slater et al. | .................. 257/99 |
| 6,802,902 B2 | 10/2004 | Beaumont et al. | |
| 6,815,726 B2 | 11/2004 | Ishida et al. | |
| 6,821,804 B2 * | 11/2004 | Thibeault et al. | ............... 438/29 |
| 6,870,191 B2 | 3/2005 | Niki et al. | |
| 6,994,751 B2 | 2/2006 | Hata et al. | |
| 7,033,854 B2 | 4/2006 | Morita | |
| 7,053,420 B2 | 5/2006 | Tadatomo et al. | |
| 7,118,929 B2 | 10/2006 | Frayssinet et al. | |
| 7,125,736 B2 | 10/2006 | Morita | |
| 7,179,667 B2 | 2/2007 | Okagawa et al. | |
| 2001/0022495 A1 | 9/2001 | Salam | |
| 2002/0063521 A1 | 5/2002 | Salam | |
| 2002/0117104 A1 | 8/2002 | Hata et al. | |
| 2003/0057444 A1 | 3/2003 | Niki et al. | |
| 2003/0143771 A1 | 7/2003 | Kidoguchi et al. | |
| 2003/0209705 A1 | 11/2003 | Emerson et al. | |
| 2005/0001227 A1 | 1/2005 | Niki et al. | |
| 2005/0035359 A1 | 2/2005 | Ishida et al. | |
| 2005/0179130 A1 | 8/2005 | Tanaka et al. | |
| 2005/0263778 A1 | 12/2005 | Hata et al. | |
| 2007/0072320 A1 | 3/2007 | Frayssinet et al. | |
| 2008/0303043 A1 | 12/2008 | Niki et al. | |
| 2009/0042328 A1 | 2/2009 | Niki et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 088 914 | 4/2001 |
| EP | 1 101 841 | 5/2001 |
| EP | 1 378 949 A1 | 1/2004 |
| GB | 2 296 378 A | 6/1996 |
| GB | 2 304 230 A | 3/1997 |
| GB | 2 329 238 A | 3/1999 |
| GB | 2 331 625 A | 5/1999 |
| GB | 2 381 380 A | 4/2003 |
| GB | 2 381 381 A | 4/2003 |
| JP | 56-087383 A | 7/1981 |
| JP | 58-096781 A | 6/1983 |
| JP | 62-076686 A | 4/1987 |
| JP | 4-313281 | 11/1992 |
| JP | 5-085894 | 4/1993 |
| JP | 5-145119 | 6/1993 |
| JP | 5-59861 | 8/1993 |
| JP | 5-335622 | 12/1993 |
| JP | 6-237012 | 8/1994 |
| JP | 6-291368 | 10/1994 |
| JP | 8-222763 | 8/1996 |
| JP | 8-236870 | 9/1996 |
| JP | 9-312442 | 12/1997 |
| JP | 10-290495 | 8/1998 |
| JP | 11-150306 A | 6/1999 |

| | | |
|---|---|---|
| JP | 11-224960 A | 8/1999 |
| JP | 11-238687 | 8/1999 |
| JP | 11-274560 | 10/1999 |
| JP | 11-274568 A | 10/1999 |
| JP | 2000-21772 | 1/2000 |
| JP | 2000-106455 | 4/2000 |
| JP | 2000-156524 | 6/2000 |
| JP | 2000-174339 | 6/2000 |
| JP | 2000-216431 | 8/2000 |
| JP | 2000-216497 | 8/2000 |
| JP | 2000-216502 | 8/2000 |
| JP | 2000-277437 | 10/2000 |
| JP | 2000-332300 A | 11/2000 |
| JP | 2001-094216 | 4/2001 |
| JP | 2001-148348 | 5/2001 |
| JP | 2001-160539 | 6/2001 |
| JP | 2002-164296 | 6/2002 |
| JP | 2002-280611 | 9/2002 |
| JP | 2003-197961 A | 7/2003 |
| JP | 2005-101566 | 4/2005 |
| WO | 99/20816 | 4/1999 |
| WO | 01/41225 | 6/2001 |
| WO | 02/103813 A1 | 12/2002 |
| WO | 03-010831 | 2/2003 |

### OTHER PUBLICATIONS

U.S. Appl. No. 10/897,163, filed Jul. 23, 2004 (Published as U.S. 2005-0001227 on Jan. 6, 2005, as listed above).

Office Action dated Jan. 12, 2006 issued in U.S. Appl. No. 10/897,163.

Yamada, M., et al., "InGaN-Based Near-Ultraviolet and Blue-Light-Emitting Diodes with High External Quantum Efficiency Using a Patterned Sapphire Substrate and a Mesh Electrode" *Jpn. J. Appl. Phys.* vol. 41 (2002) Pt. 2, No. 12B, pp. L1431 to L1433.

Tadatomo, Kazuyuki, et al., "High Output Power InGaN Ultraviolet Light-Emitting Diodes Fabricated on Patterned Substrates Using Metalorganic Vapor Phase Epitaxy" *Jpn. J. Appln. Phys.* vol. 40 (2001) Pt. 2, No. 6B, pp. 583 to L585.

*Notification of Reasons for Refusal* of corresponding Japanese Patent Application No. 2005-101566, with partial English language translation.

U.S. Office Action issued Sep. 2, 2009 in U.S. Appl. No. 10/897,163.

Ponce, F.A. et al., *Spatial distribution of the luminescence in GaN thin films, Appl. Phys. Lett.* vol. 68, No. 1 (Jan. 1, 1996), pp. 57-59.

Japanese Notification of Reasons for Refusal issued Dec. 5, 2006 in connection with JP Application No. 2002-213490 corresponding to the present U.S. application.

U.S. Office Action issued Jan. 12, 2006 in connection with U.S. Appl. No. 10/897,163 corresponding to the present U.S. application.

U.S. Office Action issued Oct. 11, 2006 in connection with U.S. Appl. No. 10/897,163 corresponding to the present U.S. application.

U.S. Office Action issued Apr. 6, 2007 in connection with U.S. Appl. No. 10/897,163 corresponding to the present U.S. application.

U.S. Office Action issued Oct. 22, 2007 in connection with U.S. Appl. No. 10/897,163 corresponding to the present U.S. application.

U.S. Office Action issued Apr. 4, 2008 in connection with U.S. Appl. No. 10/897,163 corresponding to the present U.S. application.

U.S. Office Action issued Oct. 23, 2008 in connection with U.S. Appl. No. 10/897,163 corresponding to the present U.S. application.

Yu et al., "Optical properties of wurtzite structure GaN on sapphire around fundamental absorption edge (0.78-4.77 eV) by spectroscopic ellipsometry and the optical transmission method," Appl. Phys. Lett., vol. 70, No. 24, Jun. 16, 1997, pp. 3209-3211.

Japanese Notification issued Apr. 28, 2009 in connection with JP Application No. 2006-252509 (with partial English translation).

U.S. Office Action issued May 12, 2009 in connection with U.S. Appl. No. 12/022,794.

U.S. Office Action issued Jul. 10, 2003 in connection with U.S. Appl. No. 10/201,600.

* cited by examiner

**U.S. Patent**     **Mar. 23, 2010**     **Sheet 1 of 23**          **US 7,683,386 B2**

*Fig. 1*



*Fig. 2A*



*Fig. 2B*



*Fig. 2C*



*Fig. 2D*



*Fig. 2E*



Case 1:12-cv-11554-WGY   Document 27-7   Filed 03/25/13   Page 10 of 50

*Fig.3A*



*Fig.3B*



*Fig.3C*



*Fig.3D*



*Fig. 4A*



*Fig. 4B*

*Fig. 4C*



Case 1:12-cv-11554-WGY   Document 27-7   Filed 03/25/13   Page 12 of 50

*Fig. 5A*



*Fig. 5B*



*Fig. 6*





*Fig. 7A*

*Fig. 7E*

*Fig. 7B*

*Fig. 7F*

*Fig. 7C*

*Fig. 7G*

*Fig. 7D*

*Fig. 7H*





Case 1:12-cv-11554-WGY   Document 27-7   Filed 03/25/13   Page 16 of 50



*Fig.9A*

*Fig.9B*



*Fig.9C*

*Fig.9D*



*Fig. 10A*

*Fig. 10B*

*Fig. 11A*



*Fig. 11B*



*Fig.12*



*Fig.13*



*Fig.14*



*Fig. 15*



*Fig. 16A*

*Fig. 16B*



*Fig. 17A*



*Fig. 17B*





*Fig. 18A*

*Fig. 18B*

*Fig. 18C*

*Fig. 18D*

*Fig. 18F*

*Fig. 18G*

*Fig. 19A*



*Fig. 19B*



*Fig. 19C*



*Fig. 19D*



*Fig. 20*



*Fig. 21*



*Fig. 22A*



*Fig. 22B*



*Fig. 22C*



*Fig. 23*



*Fig. 24*



*Fig. 25A*



*Fig. 25B*



US 7,683,386 B2

**1**

## SEMICONDUCTOR LIGHT EMITTING DEVICE WITH PROTRUSIONS TO IMPROVE EXTERNAL EFFICIENCY AND CRYSTAL GROWTH

### TECHNICAL FIELD

The present invention relates to a semiconductor device having a recess or protrusion provided on a substrate and, more particularly, to a semiconductor light emitting device that improves its external efficiency by having the recess or protrusion provided on the substrate.

### BACKGROUND ART

A semiconductor device, for example, a light emitting diode (LED) essentially comprises an n-type semiconductor layer, an active layer and a p-type semiconductor layer laminated on a substrate in this order. Electrodes are formed on the p-type semiconductor layer and on the n-type semiconductor layer. Light is generated in a light emitting region of the active layer through recombination of holes injected from the p-type semiconductor layer and electrons injected from the n-type semiconductor layer. The light is extracted to outside from a surface whereon the electrodes are formed, or from a back surface of the substrate where a semiconductor layer is not formed.

A light emitting diode having such a structure as described above requires control of this laminated semiconductor structure at an atomic-layer level, and for this purpose, it is a common practice to process a substrate surface to a mirror finish. The semiconductor layers and the electrodes are formed parallel to each other on the substrate, and a light-propagating portion is formed so that light propagates through a semiconductor portion. The light-propagating portion is formed so that a semiconductor layer having a high refractive index is sandwiched between the substrate and an electrode, both of which have lower refractive indices. A waveguide is interposed between a p-type semiconductor layer-electrode interface and a substrate-electrode interface.

When light generated in the semiconductor layer enters with an angle of incidence not smaller than a critical angle with respect to interfaces with the electrodes or an interface with the substrate, the light laterally propagates while repeating total reflection within the semiconductor layer. As a result, light is trapped within the waveguide and cannot be extracted to outside efficiently. In addition, part of light is absorbed while laterally propagating with repeated total reflection within the semiconductor layer, resulting in lower external quantum efficiency.

A method of roughing a top surface and side faces of a light emitting diode chip has been proposed, but this causes damage on the semiconductor layer and results in cracks and/or other trouble. This leads to partial breakage of a p-n junction and reduction in an effective light emitting region.

Japanese Unexamined Patent Publication (Kokai) No. 11-274568 proposes a method of increasing external quantum efficiency by creating a recess or protrusion on a surface of a substrate so that light generated in a light emitting region is scattered. This method employs a mechanical process or etching for randomly roughing a surface of a sapphire substrate of a GaN-based LED comprising the sapphire substrate, an n-type GaN layer, a p-type GaN layer and a transparent electrode that are laminated in this order. This process is supposed to scatter light incident on the sapphire substrate so as to increase the external quantum efficiency.

**2**

## SUMMARY OF THE INVENTION

However, when a recess or protrusion having insufficient accuracy due to fine structure thereof is formed on a substrate surface without controlling a shape, the recess or protrusion may have significant notches formed on a side face thereof, resulting in a rugged circumference (FIG. **14**). A GaN layer grown on such a substrate surface is likely to have pits and/or voids, which in turn make it easier for cracks to occur during regrowth of GaN. This results in lower crystallinity of GaN which decreases efficiency of light emission (internal quantum efficiency), and thus external quantum efficiency decreases contrary to an intention. These cracks also lower reliability of this semiconductor device. Influence of lowering crystallinity of the semiconductor is not limited to a light emitting device such as a light emitting diode, but adversely affects other semiconductor devices such as a light sensor and electronic devices.

When a recess or protrusion is formed on a substrate surface whereon a semiconductor is to be grown, the semiconductor may grow with anomaly that may result in various problems. For example, such problems may result as deterioration of surface morphology caused by pits formed in a semiconductor layer surface and the like; occurrence of voids caused by insufficient semiconductor growth without filling the recess; threading dislocation and other crystalline defects caused in the semiconductor layer by defective growth of the semiconductor; or occurrence of a partial abnormal growth in a wafer surface. Undesirable surface morphology due to pits or other like structure formed in the surface, or poor crystallinity due to crystal defects, lead to an increase in electrostatic discharge damage due to leakage current, or decreased efficiency of light emission due to subsequently deteriorated crystallinity of an active layer or the like, which may result in unsatisfactory properties of a semiconductor device. Voids caused by the recess or protrusion may cause poor crystallinity and/or pits and may also hamper an optical effect of the recess or protrusion in the substrate. When a partial abnormal growth occurs in a wafer, a lower yield of device production results.

In consideration of the problems described above, an object of the present invention is to provide a semiconductor device characterized by high reliability including electrostatic discharge tolerance, better crystallinity and high efficiency of light emission, by suppressing generation of pits and voids in a semiconductor layer due to formation of a recess or protrusion on a substrate surface. Another object of the present invention is to provide a semiconductor device that can be manufactured with a high yield of production while achieving stable external quantum efficiency, and a method of manufacturing the same.

The semiconductor device of the present invention comprises a substrate having a recess and/or protrusion formed in and/or on a surface thereof and semiconductor layers formed, from materials different from that of the substrate, on this substrate surface, wherein a side face of the recess and/or protrusion includes at least two faces of different angles of inclination. The expression "includes at least two faces of different angles of inclination" means that the side face of the recess and/or protrusion is constituted from at least two sloped surfaces of different angles of inclination with respect to a bottom of the recess and/or protrusion. FIG. **5**A shows an example of a cross section of the protrusion, in which case the side face of the protrusion includes two sloped surfaces having different angles of inclination $\theta_1$ and $\theta_2$. A number of sloped surfaces is not limited to two, and may be larger. That

3

is, angles of inclination are not limited to $\theta_1$ and $\theta_2$, and n kinds of angles of inclination up to $\theta_n$ (n is an integer) may be provided.

The protrusion formed on the substrate surface preferably has a convex side face (that swells outwardly) as shown in FIG. 5A and FIG. 15. In case a recess is formed in the substrate surface, it is preferable that an inner surface of the recess protrudes toward an interior of the recess. This is because, for example in a case of a protrusion as shown in FIG. 17A and FIG. 17B, after a semiconductor layer is grown to an apex of a side face of the protrusion, the semiconductor layer grown from a top of the protrusion and a layer grown from a valley between adjacent protrusions join in such a manner that decreases the inclination angle of the side face of the protrusion, so that a joint can be formed smoothly. This enables to be suppressed occurrence of abnormal crystal growth such as voids and pits, and deterioration of crystallinity. This protruding (swelling) shape of the side face of the recess or the protrusion includes not only a beak-shaped protrusion such as shown in FIG. 5A, but also a convex curved surface as shown in FIG. 15. The protruding (swelling) shape of the side face refers to such a shape as illustrated by a sectional view of FIG. 15, where the side face is on an outside of a straight line that connects an edge of the top face and an edge of a base (or, in the case of a recess, the side face is on an inside of a straight line that connects an edge of a surface that surrounds a top opening and an edge of a bottom). In other words, in the case of the protrusion, a cross section of the protrusion is wider than a normal trapezoid. In the case of recess, a cross section of the recess is narrower than a normal inverted trapezoid. According to the present invention, a plurality of protruding portions may be provided on the side face of the protrusion or recess. It is preferable, however, that the side face of the recess or protrusion has a single protruding portion as shown in FIG. 5A and FIG. 15, to ensure stable growth of a semiconductor on the substrate.

As mentioned previously, recesses or protrusions are preferably formed with high density in order to achieve a high efficiency of extracting light. That is, it is preferable to form small recesses or protrusions at small intervals. However, as the recesses or protrusions become smaller, it becomes difficult to form satisfactory recesses or protrusions due to a limitation of machining accuracy, and notches are likely to be formed on side faces of the recesses or protrusions. In case side face 21 of the recess or protrusion has a constant angle of inclination as shown in FIG. 4B and FIG. 4C, notches 24 formed along this sloped side face 21 reach a top face of protrusion 20. This results in a rugged circumference of the top face of the protrusion 20 as the notches cut into a circumference of the top face. Such notches are not formed regularly in a substrate surface, but are formed with irregular shapes and sizes. Therefore, occurrence of pits and voids can be suppressed simply by controlling conditions of growing semiconductor layers.

In contrast, at least two sloped surfaces 22, 23 of different angles of inclination are formed on the side face of the recess and/or protrusion as shown in FIG. 4A according to the present invention. Thus, the notches 24 generated in lower sloped surface 22 are less likely to reach the top surface of the protrusion 20. In other words, notches down the slope are formed only on a lower first sloped surface among the first and second sloped surfaces 22, 23. The notches extend to reach a boundary of the second sloped surface 23, but do not extend into the second sloped surface. Consequently, upper second sloped surface 23 is free from notches running along the slope, resulting in smaller roughness of the sloped surface. Abnormal morphology such as pits can be suppressed by

4

growing a semiconductor layer on the surface having such recess and/or protrusion. Forming the recess and/or protrusion on the substrate surface leads to no significant increase in dislocations formed in the semiconductor layer. This is supposedly because surface roughness of the upper sloped surface is made smaller than that of the lower sloped surface, and a circumference of the top surface of the protrusion is formed smoothly. The expression that "the circumference is formed smoothly" means that there are no substantial notches in the circumference.

In case the protrusion or recess has a curved side face, it is supposed that a semiconductor growing from a valley between protrusions, or from a bottom of a recess, has smoother and smaller changes in a shape of a growing region, thus resulting in satisfactory growth. Notches formed on the side face of the recess or the protrusion can also be reduced by forming the protrusion or recess with the curved side face.

It is preferable to form at least a first sloped surface and a second sloped surface, from the bottom of the substrate, on the side face of the protrusion with angle of inclination $\theta_1$ of the first sloped surface with respect to the bottom of the recess and/or protrusion, and angle of inclination $\theta_2$ of the second sloped surface with respect to the bottom of the recess and/or protrusion, satisfying the relation $\theta_1 > \theta_2$. Propagation of notches generated on the side face of the protrusion from the first sloped surface to the second sloped surface can be prevented by such a constitution of the sloped surfaces. It is preferable to make the first angle of inclination $\theta_1$ larger since it decreases a depth and size of notches formed in the first sloped surface. The same applies to a case where a recess is formed.

It is preferable to form at least a first sloped surface 22 and a second sloped surface 23, from the bottom of the substrate, on a side face of the protrusion with surface roughness $Ra_1$ of the first sloped surface 22 and surface roughness $Ra_2$ of the second sloped surface 23 satisfying the relation $Ra_1 > Ra_2$. Generation of voids and the like can be greatly reduced when growing a semiconductor by making the surface roughness $Ra_2$ of the second sloped surface smaller. It is supposed that generation of voids is suppressed because variations in a semiconductor growth rate between protrusions are suppressed, and a junction between semiconductors is formed at a constant point. In case the side face of the protrusion is formed from a single sloped surface as shown in FIG. 14, surface roughness $Ra_3$ of the side face becomes larger than the surface roughness $Ra_1$ or $Ra_2$ of at least one of the sloped surfaces in the case of forming two sloped surfaces as described above. Moreover, since this large surface roughness continues to a top surface of the protrusion, occurrence of voids cannot be avoided even when conditions of growing a semiconductor are controlled, thus resulting in lower output power. Surface roughness $Ra_2$ of the second sloped surface is preferably at most 0.1 μm, more preferably at most 0.01 μm and most preferably at most 0.005 μm.

As mentioned above, if notches formed on the side face of the recess and/or protrusion grow upward along the slope to the top surface of the recess and/or protrusion, crystallinity of a semiconductor to be grown in a subsequent process becomes lower. If notches formed on the first sloped surface do not grow into the second sloped surface, however, good crystallinity of the semiconductor can be achieved. This is because stress generated when growing the semiconductor is relaxed by the first sloped surface where the notches are generated, and generation of voids is suppressed by the second sloped surface where notches are not generated.

Either a recess or protrusion may be formed in or on the substrate surface, and a combination of a recess and protru-

US 7,683,386 B2

5

sion may also be formed. But it is preferable to form protrusions rather than recesses, since this makes it easier to grow a semiconductor layer without voids. When there are voids in a semiconductor layer around a recess or a protrusion, crystallinity of the semiconductor layer becomes lower and a function of the recess or protrusion to scatter or diffract light is impeded, resulting in lower output power of the light emitting device. In order to prevent defects from growing in the semiconductor layer, it is preferable to make the second sloped surface provided on a side face of the recess and/or protrusion flat.

[Plan-View Shape of Protrusion (Recess)]

In order to prevent defects from developing in the semiconductor layer, it is preferable to make the second sloped surface on the side face of the recess and/or protrusion flat. It is also preferable that the recess and/or protrusion have such a shape that is constituted from straight line segments which cross a plane substantially parallel to a stable growth plane of the semiconductor layer, as viewed from above the recess and/or protrusion. The "straight line segments which cross a plane substantially parallel to a stable growth plane as viewed from above the substrate" means straight lines that are not parallel to an intersection of the substrate surface and the stable growth plane, and is inclined from this line of intersection. The stable growth plane refers to facet surfaces formed as relatively smooth surfaces during growth of a semiconductor on the substrate. The stable growth plane generally appears as a facet in the course of growth. In a case of a gallium nitride semiconductor, for example, any plane (particularly an M-plane) parallel to an A-axis in the substrate surface is the stable growth plane. Therefore, it is preferable to form the recess or protrusion in a polygonal shape constituted from sides (=straight line segments) that are not parallel to a plane parallel to the A-axis, namely straight line segments that are not parallel to the A-axis. This is because, when recesses and/or protrusions are formed in a shape consisting of straight line segments that are substantially parallel to the stable growth plane of the semiconductor layer, crystal defects are likely to occur in a portion when growing a semiconductor layer. Crystal defects in a semiconductor layer decrease internal quantum efficiency, and eventually decreases external quantum efficiency. Here A-axis refers to a direction normal to an A plane. In case the A-axis is inclined from the substrate surface, an angle from the projection of the A-axis onto the substrate surface may be considered. A straight line that is not parallel to a plane parallel to the A-axis refers to a straight line that is not parallel to the A-axis or to the projection of the A-axis onto the substrate surface. A plane that is parallel to a plane parallel to the A-axis refers to a plane of which intersection with the substrate surface is a straight line that is parallel to the A-axis or to the projection of the A-axis onto the substrate surface.

A configuration in plan view of the recess and/or protrusion viewed from above the substrate may be a circle, triangle, parallelogram, hexagon or the like. Occurrence of pits and other defects can be suppressed by forming the recess or protrusion as a polygon such as a triangle, parallelogram or hexagon. More preferably, the recess or protrusion is formed as an equilateral triangle, rhombus or equilateral hexagon. Occurrence of pits can be significantly suppressed and the second sloped surface can be easily formed when the recess or protrusion is formed as circles. This also makes it possible to increase density of protrusions, namely increase a number of protrusions in a unit area, and increase a length and surface area of a side face, thereby increasing an effect of the protru-

6

sion to extract light and increasing output power when it is used as a light emitting element.

In this specification, to form the recess or protrusion as a polygon or circle means that the recess or protrusion has a polygonal or circular shape when viewed from above the substrate. When the recess or protrusion is formed to have a polygonal shape in plan view, the shape may not be an exact polygon in accordance with a geometrical meaning, and may be rounded at edges for reasons associated with a manufacturing process.

The recesses and/or protrusions are preferably formed in a repetitive pattern of the same shape, such as the pattern of a plurality of protrusions shown in FIGS. 7A-7H. While a single recess or protrusion may serve a purpose, efficiency to scatter or diffract light can be improved and external quantum efficiency can be improved further by forming the recess and/or protrusion in a repetitive pattern. Even when the recess and/or protrusion is formed in a repetitive pattern, occurrence of crystal defects due to the recess or protrusion can be suppressed by having at least the first and second sloped surfaces, more preferably by having swelled side faces, further preferably by having curved and swelled side faces of protrusions or recesses, so an entire surface of the substrate can be used as a light emitting surface.

[Size and Spacing of Recesses/Protrusions]

Depth of the recess or height of the protrusion is preferably at least 100 Å, and more preferably in a range from 1000 to 10000 Å. With a wavelength of emitted light (206 nm to 632 nm in a case of a light emission layer made of AlGaInN-based material) denoted as λ, sufficient scattering or diffraction of light cannot be achieved unless the depth or height is at least λ/4. Specifically, since light propagates within the semiconductor layer on the substrate as described above, the depth or height is preferably at least λ/4n, where n is a refractive index of a medium of propagation. On the other hand, if depth of the recess or height of the protrusion goes beyond this range, it becomes necessary to increase a thickness of the semiconductor layer, namely an underneath layer for structure of the element, required for depositing over the recesses or protrusions to form a flat surface. When a laminated structure is formed without forming a flat surface over the recesses or protrusions of the substrate, it becomes difficult for current to flow along the layer, resulting in lower efficiency of light emission.

A size of the recess and/or protrusion viewed from above the substrate, or length La of one of the sides that constitute a base of the recess and/or the protrusion, is preferably at least λ/4, where λ is a wavelength of light emitted in the semiconductor (370 nm to 460 nm). When the size of the recess and/or the protrusion is smaller than λ/4, sufficient scattering or diffraction of light cannot be achieved. Here, λ/4 translates into λ/4n, where n is the refractive index of the semiconductor layer that serves as the medium of propagation for the emitted light. Length $L_b$ of one of the sides that constitute a top face of the recess and/or the protrusion is preferably at least 1.5 μm. Forming the recess or the protrusion of such a size makes it possible to suppress occurrence of voids during semiconductor growth. It is more preferable to set the ratio $L_r/L_b$ of length ($L_b$) of a bottom of the recess and/or protrusion to length ($L_r$) of a top surface of the recess and/or protrusion in a range of $1 < L_r/L_b < 2$, and more preferably $1.1 < L_r/L_b < 1.8$. This constitution makes it possible to suppress the occurrence of voids more effectively and increase output power by as much as at least 10%.

In order to achieve sufficient scattering or diffraction of light, a distance between recesses or between protrusions as

US 7,683,386 B2

7

8

viewed from above the substrate is preferably at least $\lambda/4$, similarly to that described above. For example, the distance between the recesses or between the protrusions is preferably in a range from 0.5 $\mu$m to 5 $\mu$m inclusive, and more preferably from 1 $\mu$m to 3 $\mu$m inclusive. When the distance is within such a range, a semiconductor layer can be grown efficiently and, consequently, efficiency of scattering or diffraction can be improved. The distance between the recesses or between the protrusions refers to a minimum distance between adjacent recesses or protrusions.

[Sectional Shape of Recess/Protrusion]

A cross sectional shape of the recess or protrusion is preferably a trapezoid having a side face that consists of at least two faces of different angles of inclination in the case of protrusion as shown in FIG. **5**A, or a trapezoid having a curved side face that consists of first and second angles of inclination $\theta_1$ and $\theta_2$ as shown in FIG. **15**. In the case of a recess, the recess preferably has a shape of an inverted trapezoid having a side face similar to that described above. Such a cross sectional shape makes it possible to further improve efficiency of scattering or diffraction of light. The cross sectional shape of the recess or protrusion may not be an exact trapezoid or inverted trapezoid in accordance with a geometrical meaning, and may be rounded at edges for reasons associated with a manufacturing process.

In case at least the first sloped surface and the second sloped surface, in this order from the bottom of the substrate, are formed on the side face of the protrusion with angle of inclination $\theta_1$ of the first sloped surface with respect to the bottom of the recess and/or protrusion, and angle of inclination $\theta_2$ of the second sloped surface with respect to the bottom of the recess and/or protrusion, output power due to scattering or diffraction is improved when angle of inclination $\theta_1$ is larger than 30° and smaller than 90°. When the angle of inclination $\theta$, of the recess or protrusion is too large, efficiency of scattering or diffraction decreases contrary to expectations, and pits are more likely to occur in a semiconductor layer. Thus, angle of inclination $\theta_1$ is preferably in a range from 45° to 80° inclusive, and preferably in a range from 50° to 70° inclusive. Angle of inclination $\theta_2$ is preferably in a range from 10° to 30° inclusive. Forming the recess or protrusion with angles in such ranges on the substrate surface enables to be suppressed occurrence of pits. Angle of inclination $\theta_3$ of the second sloped surface with respect to the top surface of the recess and/or protrusion is preferably at least 90°.

In case the protrusion has a convex side face so that a width of the cross section increases at a middle as shown in FIG. **5**A or FIG. **15**, it is preferable that inclination angle $\theta_m$ between a line connecting an edge of the bottom and an edge of the top face of the protrusion and a bottom plane of the protrusion is within a range from 20 to 80°, more preferably from 30 to 60°, as shown in FIG. **15**. If this inclination angle is too large, a light reflecting surface (side face of the protrusion) occupies a smaller proportion of the substrate surface, resulting in lower effect of extracting light. If the inclination angle is too small as shown in FIGS. **17**A, **17**B, a semiconductor grown from a valley between adjacent protrusions joins with a semiconductor grown from the top of the protrusions in such a manner as the former creeps below the latter in a larger area, leading to occurrence of defective growth and/or voids. In the case of a recess, a supplement of inclination angle $\theta_m$ between a line connecting an edge of a bottom and an edge of a top face of the recess and a bottom plane of the recess is preferably within the range described above.

[Types of Substrate and Semiconductor]

According to the present invention, there are no limitations to kinds of materials used to make the substrate and semiconductor. The semiconductor formed on the substrate surface may be a semiconductor based on a Group III-V element or a semiconductor based on a Group II-VI element. Semiconductors based on Group III-V elements include nitride semiconductors, among which a GaN-based semiconductor, in particular, is preferably used. A stable growth plane of GaN-based semiconductor is generally M-plane {1-100} of a hexagonal crystal system. The notation {1-100} represents all of (1-100), (01-10), (-1010), etc. An M-plane is one of planes that are parallel to the A-axis in a substrate surface. Other planes that include the A-axis of the GaN-based semiconductor in the substrate surface, namely planes other than the M-plane, such as facet of {1-101} plane may also become the stable growth plane, depending on a growing condition.

As for the substrate, a sapphire substrate, a Si substrate, a SiC substrate or a spinel substrate can be used. For example, a sapphire substrate having C plane (0001) as a principal plane can be used. In this case, the M-plane that is the stable growth plane of a GaN-based semiconductor layer is a plane parallel to A plane {11-20} of the sapphire substrate. The A plane {11-20} represents all of (11-20), (1-210), (-2110), etc.

When a nitride semiconductor is grown on a C plane of a sapphire substrate, for example, crystal growth begins at hexagonal spots enclosed by planes that include an A-axis of the nitride semiconductor, like islands, and the islands eventually join with each other to form a homogeneous semiconductor layer. Therefore, it is preferable to form a recess or protrusion in such a planar configuration as a polygon (triangle, hexagon, and the like) that is constituted from sides which are perpendicular to straight lines connecting a center and vertices of an equilateral hexagon that is defined by the A-axis of the nitride semiconductor as its sides. A side face of the recess and/or the protrusion is formed so as to comprise at least two sloped surfaces, in a protruding shape having at least two inclination angles or in a convex curved surface. The sapphire substrate having the recess or protrusion formed thereon allows to be grown a nitride semiconductor having a flat surface and high crystallinity on a surface thereof. [Structure of Light Emitting Device Having Substrate with Recess/Protrusion]

The present invention, when applied to a semiconductor light emitting device, can provide a light emitting device having high efficiency of extracting light. In this case, while an ohmic electrode **14** formed on the light extracting surface of the semiconductor light emitting device may be formed on substantially the entire surface of the semiconductor layer **13** as shown in FIG. **9**A and FIG. **9**B, it is preferable to form the ohmic electrode in such a shape that has through holes **18**. When a semiconductor layer is formed on the substrate having the recess or protrusion formed thereon and the electrode having the holes are formed thereon over the entire surface, the efficiency of extracting light is greatly improved by the mutually enhancing effects of both features.

A reason for the above is as described below. When a transparent electrode is formed over an entire surface of a semiconductor layer, part of light directed upward through scattering or diffraction by a recess or protrusion on a substrate surface is absorbed by the transparent electrode, resulting in lower intensity of optical output. When an opening is formed in a transparent electrode, or an opening is formed in an opaque electrode having high reflectivity, light directed upward through scattering or diffraction can be extracted to outside efficiently without being absorbed by the electrode, resulting in improved efficiency of extracting light. It is pref-

US 7,683,386 B2

9

erable that at least one recess or protrusion, that is formed on the substrate surface, is included in opening **18** of the electrode.

In the case of a semiconductor device that employs a nitride semiconductor, an ohmic electrode formed on a p-type semiconductor may be made of an alloy that includes at least one kind selected from among a group consisting of Ni, Pd, Co, Fe, Ti, Cu, Rh, Ir, Au, Ru, V, W, Zr, Mo, Ta, Pt, Ag, and an oxide or nitride of these elements.

Electrically conductive metal oxides (oxide semiconductors) such as indium tin oxide (ITO), ZnO, $In_2O_3$ and $SnO_2$ may also be used. Moreover, an alloy layer or a multi-layer film that includes one of the above can also be used. A translucent electrode is preferably made of ITO film in a visible light region. A reflective electrode is preferably made of Al, Ag or Rh for improving efficiency of extracting light and other reasons.

The semiconductor device of the present invention has an effect of improving crystallinity of a light emitting region (active layer) and increasing output power by forming a recess or protrusion that scatters or diffracts light in an interface between a semiconductor layer and a substrate instead of an interface between the semiconductor layer and an electrode. According to the present invention, light is scattered or diffracted by the recess and/or protrusion and is extracted efficiently upward from the semiconductor layer or downward from the substrate, resulting in greatly improved external quantum efficiency, in contrast to a flat substrate of the prior art in which light is transmitted laterally. According to the present invention, first, intensity of light directed upward or downward from the semiconductor is increased by scattering or diffraction by the recess or protrusion, and accordingly, luminance of a light emission surface of the light emitting device viewed squarely in front thereof (front brightness) is increased. Second, light transmitted along the semiconductor layer is decreased by an effect of scattering or diffraction by the recess or protrusion, thereby reducing absorption loss due to transmission, and increasing optical output.

In addition, according to the present invention, the recesses and/or protrusions are formed to have a side face comprising at least two sloped surfaces, preferably with protruding curved surfaces, on a substrate surface, so as to suppress formation of notches on the side face of each recess and/or the protrusion (FIG. **12**, FIG. **13**). As a result, a space surrounding each recess or protrusion can be completely filled with a semiconductor layer without causing voids. Thus, high external quantum efficiency is achieved and high output power can be maintained stably. When the recess or the protrusion is formed of a circular shape, occurrence of pits can be greatly reduced. This improves yield of production.

[Method of Manufacturing Substrate with Recess/Protrusion]

A method of manufacturing a substrate used in the light emitting device will be described below. While protrusions are formed in the example described below, the same method can be applied to a case of forming recesses.

First, an example shown in FIGS. **2A** through **2D** will be described. In this example, protrusions are formed by etching in two steps. As shown in FIGS. **2A** and **2B**, a protective film **25** of a specified shape is formed as an etching mask on a substrate. Then as shown in FIG. **2C**, the substrate is etched so as to form projections **20** (first step). Then as shown in FIG. **2D**, after removing the protective film **25** as a whole, the substrate is etched further so as to form protrusions **20** having two sloped surfaces (second step).

10

Now an example shown in FIGS. **18A** through **18D** will be described. In this example, protrusions are formed by etching in three steps. As shown in FIG. **18A**, protective film **25** of a specified shape is formed as an etching mask on a substrate. Then, the substrate is etched so as to form projections **20** as shown in FIG. **18B** (first step). In the first step, a part of the protective film **25** is etched to reduce an area thereof. Then the substrate is etched so as to form protrusions **20** having two sloped surfaces while leaving the protective film or after removing the protective film as a whole (second step). In the second step, etching is performed by exposing at least part or whole of top face **20t** of each protrusion, a side face of the protrusion and a portion between protrusions (in other words, a recess).

As can be seen from FIG. **18B** (or FIG. **2C**), the inclination angle $\grave{e}_{m1}$ of the sloped surface of the protrusion **20** formed in the first step is larger than the inclination angle $\grave{e}_{m2}$ of the sloped surface of the protrusion **20** as a whole formed in the second step ($\theta_{m1} > \theta_{m2}$). Here, the inclination angle $\theta_{m2}$ of the sloped surface of the protrusion **20** as a whole formed in the second step means the inclination angle between the line connecting the edge of the sloped surface and the edge of the top face of the protrusion and the bottom face of the protrusion.

FIG. **18E** shows a partially enlarged view of a boxed part by a dotted line in FIG. **18C**. As shown in FIG. **18E**, after the second step, there may be a case where a relatively sharp V-shaped notch **27a** is formed at an edge of the first sloped surface **22** of the larger inclination angle on the base, namely on a periphery of valley **20b2** between the protrusions (periphery of bottom **20b2** of the recess, in the case of recess). This is because the notch is formed to extend along the first sloped surface **22**, and the first sloped surface **22** has a greater inclination angle than the second sloped surface **23**, and therefore a joint of the first sloped surface **22** and flat surface **20b2** of the substrate is etched with preference.

Then as shown in FIG. **18D**, in order to integrate the two side faces **22** and **23** of the protrusion into a single smooth and convex curved surface **26**, etching is performed while exposing at least part or an entirety of the top face **20t** of the protrusion, the side face of the protrusion and the portion between the protrusions (in other words, a recess) (third step). This results in formation of smooth curved side face **26** of the protrusion **20** as shown in FIG. **18D**. This curved surface **26** has the first inclination angle $\theta_1$ on the bottom face side and the second inclination angle $\theta_2$ on the top face side. FIG. **18F** shows a partially enlarged view of a boxed part by a dotted line in FIG. **18D**. As described above, there may be a case where notch **27a** is formed on the periphery of the valley **20b2** between the protrusions **20** in the second step. The notch **27a** may lead to abnormal growth of a semiconductor. After the third step, however, the notch **27a** is smoothed into smooth notch **27b** as shown in FIG. **18F**. Thus abnormal growth of the semiconductor is suppressed.

In the third step, etching is performed while exposing a part of the top face **20t** of the protrusion, the side face of the protrusion and the portion between the protrusions after at least the first and second sloped surfaces **22**, **23** have been formed on the side face of the protrusion **20**, so as to form the side face **26** of the protrusion **20** into a convex surface **26**. At this time, side face **26** of the protrusion **20** is preferably formed in such a configuration as the inclination angle $\theta_2$ on the top face side is smaller than the inclination angle $\theta_1$ on the bottom side ($\theta_1 > \theta_2$). Also, it is preferable to make inclination angle $\theta_3$ of an entire side face of the protrusion **20** smaller than the inclination angle $\theta_{m2}$ of the sloped surface of the protrusion **20** formed after the second step ($\theta_{m2} > \theta_{m3}$), as shown in FIG.

US 7,683,386 B2

**11**

18E and FIG. **18**F. Making the inclination angle $\theta_{m3}$ smaller is advantageous for making the notch **27**a smoother.

The inclination angle $\theta_m$ of the entire side face of the protrusion **20** can be made progressively smaller $(\theta_{m1} > \theta_{m2} > \theta_{m3})$ through three etching steps of the first through third steps as described above. In the side face of the protrusion thus obtained, the inclination angle $\theta_2$ on the top face side becomes smaller than the inclination angle $\theta_1$ on the bottom side. These are preferable because the side face of the protrusion having such a configuration further suppresses occurrence of voids, crystalline defects and surface pits in a semiconductor crystal that is grown over the protrusions and provides better properties of the semiconductor device.

While the above description has dealt with inclination angle $\theta$ of the side face of the protrusion **20**, discussion may also be based on a ratio of length $L_t$ of the top face of the protrusion and the length $L_b$ of the bottom of the protrusion. Ratio of bottom length to the length of top face $(L_{b1}/L_{t1})$ in the first step is preferably smaller than the ratio of lengths in the second step $(L_{b2}/L_{t2})$ $((L_{b1}/L_{t1}) < (L_{b2}/L_{t2}))$. Similarly, relationship $((L_{b2}/L_{t2}) < (L_{b3}/L_{t3})$ preferably holds between the second step and the third step. This results in larger spacing between top faces of the protrusions, so as to allow satisfactory crystal growth of the semiconductor in a space between the protrusions, resulting in better crystal growth of a semiconductor.

The multi-step etching process described above achieves a smooth side face of a recess or protrusion. In the first step, rough side face **22**a having notches formed thereon is likely to be formed because of accuracies of etching and masking (FIG. **4**B, FIG. **4**C). The subsequent second step and third step of etching are performed with at least a part of the top face **20**t of the protrusion exposed, and therefore the notches **24** formed on the side face of the protrusion are smoothed. For example, in the second step, an edge of the top face **20**t of the protrusion **20** and corners of the notch **24** formed on the side face of the protrusion **20** are etched with preference. As a result, sharp edges are rounded as if chamfered. Thus, as shown in FIG. **4**A and FIG. **5**A, the second sloped surface **23** is formed on the side face of the protrusion **20** and, at the same time, the first sloped surface **22** is smoothed. At this time, as shown in FIG. **2**D and FIG. **18**F, the inclination angle $\theta_m$ of the entire side face of the protrusion also decreases. Further in the third step, an angular joint between the first sloped surface **22** and the second sloped surface **23** is rounded, and notch **27**a formed on the periphery of the base of the protrusion **20** in the second step is smoothed.

While the example described above dealt with a case where the protective film **25** is removed during the first step or the second step, timing of removing the protective film **25** can be selected as required. It is preferable to remove the protective film **25** simultaneously during an etching process to form a protrusion, since it eliminates a separate process of removing the protective film. In case the protective film **25** is left to remain in the first step, this remaining protective film **25** makes it easier to form the second sloped surface in a second etching step. The protective film **25** left to remain in the first step can also protect the top face **20**t of the protrusion during the second step. Further in the second step, the protective film **25** may be left to remain so as to be removed in a third etching step. The protective film may further be left to remain in the third step. In the first to third steps, the protective film may also be left in a shape that is suitable for a respective step in order to obtain a desired shape of the protrusion or recess (particularly a side face shape).

The side face of the protrusion **20** is formed preferably in a shape protruding (swelling) outwardly as shown in FIGS. **2**D,

**12**

**4**A, **5**A, **15** and **18**C. For example, the side face of the protrusion **20** is formed from the first sloped surface **22** on the bottom side and the second sloped surface **23** on the top face side. More preferably, such a side face **26** is formed that consists of the first sloped surface **22** and the second sloped surface **23** which are connected smoothly as shown in FIG. **18**D.

In the manufacturing method described above, a plan-view configuration of the protrusion **20** may be selected as required, such as triangle, polygon, circle or the like. In case the plan-view configuration of the protrusion **20** has a sharp corner, a significant change in the shape can be caused during the multi-step etching operation, leading to significant variability in shapes of the protrusions among wafers or within a wafer, resulting in lower yield of production. The plan-view configuration of the protrusion **20** having a sharp corner has a disadvantage also with respect to crystal growth. That is, a nitride semiconductor grown on top face **20**t of a protrusion of the substrate has hexagonal crystal structure. In case the plan-view configuration of the protrusion is a triangle as shown in FIG. **19**D, a gap is produced between the hexagonal semiconductor crystal and the triangular top face of the protrusion, thus making the semiconductor crystal likely to grow unevenly. Uneven growth of the semiconductor crystal increases a chance of abnormal growth such as pits when islands of a semiconductor crystal join with each other to form a layer. In case the plan-view configuration of the protrusion is a circle as shown in FIGS. **19**A through **19**C, on the other hand, a gap between the hexagonal semiconductor crystal and the edge of the top face of the protrusion becomes smaller, thus making segregation of the semiconductor crystal less likely to occur. As a result, a semiconductor can be grown with abnormal growth, such as pits, being suppressed. Therefore, it is preferable that the plan-view configuration of the protrusion **20** (particularly the top face) does not have sharp corners. The shape is, for example, a polygon having vertices of right angles or obtuse angles (for example, a polygon having at least four vertices), preferably a polygon having rounded vertices, more preferably an ellipse, and most preferably a circle.

[Arrangement of Recesses/Protrusions]

FIGS. **19**A through **19**D show examples of an arrangement of protrusions. The arrangement of the protrusions is preferably as follows. A circle **31** sandwiched between adjacent protrusions **20** and circumscribed with peripheries of bases of these protrusions **20** is referred to as a first circle. A circle **32** that is circumscribed with peripheries of bases of at least three protrusions **20**, and preferably has a largest diameter in a region between the protrusions **20** is referred to as a second circle. A diameter of second circle **32** is larger than that of first circle **31**. A circle **33** sandwiched between adjacent protrusions **20** and circumscribed with peripheries of top faces of these protrusions **20** is referred to as a third circle. The protrusions **20** are preferably arranged so that a diameter of third circle **33** becomes larger than that of the second circle **32**.

In the example shown in FIG. **19**A, for example, circles of which diameters are shortest line segments that connect the bases of two protrusions **20** are referred to as the first circle **31**, and shortest line segments that connect the bases of two top faces are referred to as the third circle **33**. In a region surrounded by three protrusions **20**, a circle that is circumscribed with the peripheries of the bases of the three protrusions **20**, and has a largest diameter in the region between the protrusions is taken as the second circle **32**. Diameters of the

US 7,683,386 B2

13

first circle $R_1$, the second circle $R_2$ and the third circle $R_3$ satisfy the relation $R_3 > R_2 > R_1$. Crystal quality will be better when this relation is satisfied.

FIG. **19**B shows a semiconductor crystal grown to a height halfway up the protrusion **20** on a substrate **10** of FIG. **19**A. Semiconductor crystal **42** grown from a region between the protrusions **20** and semiconductor crystal **41** grown from the top face **20**$t$ of the protrusion are shown. As can be seen from FIG. **19**B, since the protrusions are disposed at a distance from each other, islands of crystal **41** on the top faces of the protrusion grow in a direction of thickness and in a lateral direction as well so as to approach each other. Therefore, the islands of semiconductor crystal **41** growing from the top faces of the protrusions eventually join with each other as growth proceeds, as indicated by growth prediction circles of dashed lines in FIG. **19**D. On the other hand, the semiconductor crystal **42** growing from the region between the protrusions **20** grows in a direction of thickness. If the islands of semiconductor crystal **41** growing from the top faces of the protrusions join with each other before thickness of the semiconductor crystal **42** reaches the height of the protrusion, voids are generated. Therefore, occurrence of voids can be suppressed by increasing a distance between protrusions **20**. However, in order to ensure an effect of the substrate with recesses/protrusions to extract light, it is preferable to dispose the protrusions **20** as dense as possible. Therefore, it is advantageous to prevent voids and other crystalline defects from occurring while increasing density of the protrusions.

According to the present invention, protrusions having inclined side faces are provided. Thus, a surface area of the semiconductor crystal **42** growing from the region between the protrusions increases as thickness thereof increases. Also, an area surrounded by the top faces of the protrusions increases. The two conditions described above (high density of protrusions and large distance between protrusions) can be satisfied at the same time. Particularly as shown in FIGS. **17**A and **17**B, when the side face of the protrusion is formed to protrude outwardly, semiconductor crystal **41** grown from the top face of the protrusion and semiconductor crystal **42** grown from the region between the protrusions grow favorably, and it is made possible to prevent occurrence of abnormal growth and voids. FIGS. **17**A and **17**B are schematic sectional views showing a semiconductor crystal grown halfway up the protrusion **20** on the substrate, showing a part of the cross section of FIG. **19**B.

In FIGS. **19**B through **19**D, the crystal **41** grown on the top face **20**$t$ of the protrusion is indicated with a hexagon, in order to illustrate a typical form of a nitride semiconductor. The present invention can be applied to a case where the crystal grows in other forms. In particular, the present invention can be preferably applied to a system where the crystal grows relatively isotropically.

FIG. **19**C shows a case where the protrusions are disposed in an arrangement different from that of FIG. **19**A. FIG. **19**C shows the semiconductor crystal that has been grown halfway up the protrusion **20**, similarly to FIG. **19**B. In the example shown in FIG. **19**A, axes **51** and **52** that connect the centers of adjacent protrusions **20** intersect with each other at about 60°, while the protrusions are located at substantially equal spacing on vertices of equilateral triangles. Arrangement of the protrusions in FIG. **19**B is a periodically repeated pattern of parallelogram (dashed line **53** in the drawing) as a unit in the directions of the axes **51**, **52**. In FIG. **19**C, axes **51** and **52** that connect the centers of adjacent protrusions **20** intersect with each other perpendicularly, while the protrusions are located at substantially equal spacing on vertices of squares. Arrangement of the protrusions in FIG. **19**C is a periodically repeated

14

pattern of square (dashed line **53** in the drawing) as a unit in the directions of the axes **51**, **52**.

In FIG. **19**C, when circles of which diameters are shortest line segments that connect bases and top faces of two protrusions **20** are taken as first circle **31** and the third circle **33**, respectively, the first circle **31** and the third circle **33** are concentric with a center located at a middle point of a line segment that connects centers of the two protrusions. A circle (second circle **32**) that has a larger diameter in a region between the protrusions is a circle that is circumscribed with peripheries of bases of four protrusions. In FIG. **19**C, too, diameters $R_1$, $R_2$ and $R_3$ of the first circle, the second circle and the third circle, respectively, satisfy the relation $R_3 > R_2 > R_1$.

In FIG. **19**C, with a circle that is circumscribed with the peripheries of the bases of the four protrusions taken as the second circle **32**, the protrusions may also be arranged so as to satisfy the relation $R_3 > R_2 > R_1$. This improves a quality of crystal growth.

The embodiments shown in FIG. **19**B(A) and FIG. **19**C have common features as follows. First, consider a perpendicular bisector of a line segment that connects centers of two protrusions **20** that are circumscribed with the second circle **32** having a larger diameter. Then centers of the first, second and third circles lie on the perpendicular bisector. Second, the second circle **32** intersects with the third circle **33** that is interposed by the protrusions **20** that are circumscribed with the second circle **32**. An arrangement having these two features is preferable because it causes favorable changes in an area and in shape of crystal **42** growing from the region between the protrusions in the course of growth, thus enabling to be obtained a light emitting element having excellent crystallinity.

FIG. **19**D shows an example where protrusions **20** having a triangular shape in plan view are arranged. In FIG. **19**D, axes **51** and **52** of a periodical structure of protrusions intersect with each other at about 120°. A unit of the periodical structure is a rhombic cell indicated by dashed line **43**. Sides that constitute each protrusion **20** are parallel to sides that constitute adjacent protrusions **20**, with narrow paths formed between adjacent sides. There are first circle **31** and third circle **33** on the path. Circumscribed with six protrusions is second circle **32**. In contrast to the arrangements shown in FIG. **19**B and FIG. **19**C, the second circle **32** and the third circle **33** are spaced from each other. The first through third circles in overlapping relationship are selected as follows. First, of the plurality of protrusions that are circumscribed with the second circle, two adjacent ones are selected and the first circle and the third circle interposed by the two protrusions are considered. For the first circle **31** and the third circle **33**, those which are located furthest from adjacent second circles **32** (in FIG. **19**D, the second circles **32** located at both ends of the side of the triangle) are taken. In FIG. **19**D, for example, the first circle **31** and the third circle **33** have centers located on a line segment that connects middle points of the sides of the protrusion. The same overlapping configuration applies also to the cases of FIG. **19**A and FIG. **19**C.

In FIG. **19**D, diameters $R_1$, $R_2$ and $R_3$ of the first, second and third circles satisfy the relation $R_2 = R_3$ and $R_2 > R_1$. As shown in FIG. **19**D, in case the first and third circles are included in the narrow path and the second circle and the third circle do not overlap each other, islands of semiconductor crystal **41** growing from the top faces of the protrusions may join with each other before semiconductor crystal **42** growing from a region between the protrusions reaches the top faces of the protrusions. If this happens, voids are likely to occur in region **44** enclosed by dashed line in FIG. **19**D. Even if a

US 7,683,386 B2

15

diameter of the second circle 32 is increased for a purpose of preventing occurrence of voids, growth in the second circle 32 becomes faster than growth in the first circle 31, and this difference in growth rate within a plane may increase a chance of voids to occur, contrary to an intention. This is because, in case the second circle 32 and the third circle 33 do not overlap each other, growth of crystal in around a center of the narrow path (around a center of the first circle 31, region indicated by dashed line 44) tends to lag behind crystal growth in the second circle 32. As a result, the region enclosed by dashed line 44 in FIG. 19D can be blocked not only at the top by crystal 41 that has grown from the top face of the protrusion, but also on a side by a crystal grown from a region of the second circle 32. This may results in occurrence of voids.

Crystallinity of a semiconductor that grows on a substrate having recesses and/or protrusions depends also on an arrangement of the protrusions (or recesses) on a substrate surface. It is preferable to set a plan-view configuration and arrangement of the protrusions so that a narrow path is not formed between the protrusions as shown in FIG. 19A, 19C. By disposing the protrusions in such an arrangement as diameters of the first, second and third circles satisfy the relationships described above, and preferably the second circle and the third circle overlap each other, it is made possible to further improve crystallinity of a semiconductor and obtain a better semiconductor element.

While description in this specification is focused on a case of forming protrusions on a substrate, description is applicable to a case of forming recesses in a substrate as well. Those skilled in the art should be able to interpret the description in order to understand this variation.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a cross sectional view showing an embodiment of a semiconductor device according to the present invention.

FIGS. 2A through 2E are diagrams showing a process of manufacturing the semiconductor device shown in FIG. 1.

FIGS. 3A through 3D are diagrams schematically showing the propagation of light according to the present invention in comparison to the prior art.

FIG. 4A is a perspective view showing an example of pattern of protrusions in an embodiment of the present invention, and

FIGS. 4B and 4C are perspective views showing examples of pattern of protrusions in case the side face of protrusion consists of a single sloped surface of the same angle of inclination.

FIG. 5A is a sectional view showing an example of pattern of protrusions in an embodiment of the present invention, and

FIG. 5B is a sectional view showing an example of pattern in case the side face of protrusion consists of a single sloped surface of the same angle of inclination.

FIG. 6 is a cross sectional view showing a semiconductor device according to an embodiment of the present invention.

FIGS. 7A through 7H are perspective views showing other examples of pattern of recess or protrusion.

FIGS. 8A through 8C are diagrams showing variations of the configuration of p-side ohmic electrode.

FIGS. 9A through 9D are diagrams showing other variations of the configuration of p-side ohmic electrode.

FIGS. 10A and 10B are diagrams showing further variations of the configuration of p-side ohmic electrode.

FIGS. 11A and 11B are schematic diagrams explanatory of the direction of arranging the recess or protrusion that are formed in hexagonal shape on a substrate.

16

FIG. 12 is an SEM photograph of a protrusion according to an embodiment of the present invention.

FIG. 13 is an SEM photograph of a protrusion according to another embodiment of the present invention.

FIG. 14 is an SEM photograph of a protrusion.

FIG. 15 is a schematic sectional view showing cross section of protrusion in an embodiment of the present invention.

FIGS. 16A and 16B are perspective views showing the protrusion in an embodiment of the present invention.

FIGS. 17A and 17B are schematic sectional views showing the protrusion formed on the substrate in an embodiment of the present invention, and semiconductor grown thereon.

FIGS. 18A through 18G are schematic sectional views showing manufacturing process for the substrate according to an embodiment of the present invention.

FIGS. 19A through 19D are schematic top views showing the pattern of protrusions formed on the substrate top surface according to an embodiment of the present invention.

FIG. 20 is a graph showing electrostatic destruction characteristic according to an embodiment of the present invention.

FIG. 21 is a graph showing luminance of light emitting device according to an embodiment of the present invention.

FIGS. 22A through 22C are a top view showing the structure of light emitting device according to an embodiment of the present invention (FIG. 22A), a sectional view showing the layer structure thereof (FIG. 22B) and a circuit diagram of the layer structure thereof (FIG. 22C).

FIG. 23 is a schematic diagram showing the light emitting device according to an embodiment of the present invention.

FIG. 24 is a schematic sectional view showing the light emitting device according to an embodiment of the present invention.

FIGS. 25A and 25B are a top view showing the light emitting device according to an embodiment of the present invention (FIG. 25A) and a partially sectional schematically view showing the structure thereof along line A-A (FIG. 25B).

As described above, according to the present invention, undesirable light propagation in a light emitting device can be suppressed by forming recesses and/or protrusions in and/or on a substrate surface, which results in an improved light extracting efficiency. Also, occurrence of pits or voids due to the recesses and/or protrusions can be suppressed. Therefore, a high-performance semiconductor device can be provided.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Now the present invention will be described in detail with reference to the accompanying drawings. FIG. 1 shows a preferred embodiment of a semiconductor device according to the present invention, wherein an n-type semiconductor layer 11, an active layer 12 and a p-type semiconductor layer 13 are formed successively on a substrate 10. The substrate 10 has protrusions 20 formed in a repetitive pattern on a surface thereof.

Height of protrusion 20 (depth of recess if a space between two protrusions is regarded as a recess) is preferably in a range from 0.1 μm to 2 μm inclusive. Length "a" of one side of the protrusion 20 if it is a polygon, or diameter of the protrusion if it is a circle, is preferably in a range from 1 μm to 10 μm inclusive. Distance between adjacent protrusions 20 is preferably in a range from 1 μm to 10 μm inclusive.

A process of manufacturing the semiconductor device shown in FIG. 1 will now be described with reference to FIGS. 2A through 2E. First, as shown in FIG. 2A, a protective

US 7,683,386 B2

**17**

film **25** is formed as an etching mask on the substrate **10**. The substrate **10** may be made of sapphire, Si, SiC or the like.

Then as shown in FIG. **2**B, the protective film **25** is formed into a pattern. The pattern of the protective film **25** in plan view may be, for example, as shown in FIGS. **7**A through **7**H (hatching in FIGS. **7**A through **7**H indicates a region where the protective film is formed). FIGS. **7**A through **7**D show examples of the protective film when protrusions are formed on the substrate. When recesses are formed in the substrate, the protective film may be formed in the patterns shown in FIGS. **7**E through **7**H. When the recesses or the protrusions are formed in a circular or polygonal shape, it is preferable to arrange them in a hexagonal pattern in order to reduce pits. In the example shown in FIG. **2**B, the protective film is formed in a circular pattern as shown in FIG. **7**A.

Then as shown in FIG. **2**C, a portion of a surface of the substrate **10** exposed through the protective film **25** is etched. At this time, the protective film **25** is also etched to some extent. Either dry etching or wet etching may be employed in this etching process. Among these, dry etching is preferable. Specifically, gas phase etching, plasma etching, reactive plasma etching (such as RIE, magnetron RIE), ECR plasma etching, sputter etching, ion beam etching and photo-etching may be performed. Reactive ion etching (RIE), above all, is preferably used. For an etching gas, a $Cl_2$ compound or an F compound such as $Cl_2$, $SiCl_4$, $BCl_3$, $HBr$, $SF_6$, $CHF_3$, $C_4F_8$ or $CF_4$ can be used. An inert gas such as Ar may also be used. During first and second steps of etching, a gas having high selective etching capability for the substrate and the mask is preferably used, such as a mixture gas of $SiCl_4$ and $Cl_2$, in a case of a sapphire substrate and mask made of $SiO_2$. During a third step, a gas having selectivity different from that of the second step, preferably a gas having lower selectivity is used, for example $CF_4$, $CHF_3$ or Ar can be used. After etching the exposed portion of the surface of the substrate, the protective film is removed and the substrate is etched further. This results in formation of the protrusions **20** having two sloped surfaces in the surface of the substrate **10**. Instead of this method, the protrusions **20** having two sloped surfaces may also be formed by continuing the etching after the protective film has been completely removed in the process shown in FIG. **2**C. The protrusions **20** having two sloped surfaces may also be formed by changing an etching rate or apparatus amid the course. Recesses having two sloped surfaces may be formed by changing the etching rate or performing another method. For example, after etching the substrate to some extent, etching may be continued with a slower etching rate, so as to form recesses having two sloped surfaces.

Then as shown in FIG. **2**E, the n-type semiconductor layer **11**, the active layer **12** and the p-type semiconductor layer **13** are formed successively one on another in this order on the substrate **10** whereon the protrusions **20** are formed in an ordered pattern.

Growth of a semiconductor, including a GaN semiconductor, on a substrate is significantly affected by a surface condition of the substrate. In case a side face (sloped surface) of a protrusion is formed in one step as shown in FIG. **5**B, significant notches are formed in the side face of the protrusion along the slope as shown in an SEM photograph of FIG. **14**. This situation is schematically shown in FIG. **4**B and FIG. **4**C. Presence of the notches increases a possibility of voids to be generated when growing the semiconductor. This is because not only surface roughness of the side face is different between adjacent protrusions **20**, but also there is significant difference in the surface roughness within a single protrusion. In consequence, a semiconductor grows at different rates near the side face of the protrusion, fast at one point and

**18**

slowly at another, so the semiconductor grown at a fast growing point spreads over a slow growing point. As a result, voids can easily develop in the semiconductor.

In this embodiment, in contrast, the side face (sloped surface) of the protrusion is formed in two steps as shown in FIG. **5**A. Therefore, while a first sloped surface **22** near the substrate includes some notches, a second sloped surface **23** located above is almost free from notches, as shown in FIG. **12**. This situation is schematically shown in FIG. **4**A, which is a perspective view showing the protrusion **20** schematically. The first sloped surface **22** and the second sloped surface **23** are formed in this order from a bottom of the substrate. Although the first sloped surface **22** includes some notches **24**, the second sloped surface **23** is almost free from notches. Thus in this embodiment, generation of voids is suppressed by the second sloped surface **23** that is free from notches.

Then a device forming process is performed with an electrode formed, so as to finish an LED chip. Holes and electrons are injected from the n-type semiconductor layer **11** and the p-type semiconductor layer **13** into the active layer **12**, where both charges recombine thereby to emit light. The light is extracted through the sapphire substrate **10** or the electrode formed on the p-type semiconductor layer **13**.

In the case of a semiconductor light emitting device of the prior art having a flat substrate, as shown in FIG. **3**A, light that is generated in the active layer **12** and is incident on an interface between the p-type semiconductor layer **13** and the electrode or on an interface between the n-type semiconductor layer **11** and the substrate **10**, with an angle of incidence equal to or larger than a critical angle, is captured within a waveguide so as to propagate laterally.

In case the protrusions **20** are formed on the surface of the substrate **10** as shown in FIG. **3**B or FIG. **3**C, light that is incident on the interface between the p-type semiconductor layer **13** and the electrode or on the interface between the n-type semiconductor layer **11** and the substrate **10**, with an angle of incidence equal to or larger than the critical angle, is scattered or diffracted. Most of this scattered or diffracted light is incident on the interface between the p-type semiconductor layer **13** and the electrode or on the interface between the n-type semiconductor layer **11** and the substrate **10** with an angle of incidence smaller than the critical angle, and can be extracted outside. In case the side face of the protrusion **20** is formed from a sloped surface with a single angle of inclination as shown in FIG. **3**B or FIG. **3**C, however, voids are likely to be generated in the semiconductor layer **11**. When voids are generated in the semiconductor layer, crystallinity of the semiconductor becomes lower and quantum efficiency decreases. In this embodiment, for this reason, the side face of the protrusion is formed from two sloped surfaces of different angles of inclination so as to suppress generation of voids, as shown in FIG. **3**D. This constitution makes it possible to efficiently extract light that has been generated in the active layer and improve the crystallinity of the semiconductor, thereby providing a semiconductor device of higher output power.

In case a contact electrode provided on the p-type semiconductor layer **13** is a transparent electrode, the device is mounted face up but, in a case of a reflecting electrode, the device is mounted face down. The present invention is effective in either mode of mounting. Even in the case of the reflecting electrode, the device can be mounted face up when the electrode has an opening or notch. In this case, too, the present invention achieves a conspicuous effect.

The embodiment described above is an example where the protrusion **20** has a circular shape in plan view, although the protrusion **20** may also be formed in a polygonal shape. In

US 7,683,386 B2

**19**

case the substrate **10** is made of sapphire and the semiconductor **11** is made of GaN, the GaN grows with an offset angle of 30 degrees from a lattice of the sapphire substrate. Therefore, it is preferable to form the protrusion **20** on the sapphire substrate **10** in such a shape as follows. Shape of the protrusion **20** in plan view is a polygon that has sides substantially parallel to A planes (11-20), (1-210) and (-2110) of GaN and vertices in stable growth planes (1-100), (01-10) and (-1010) of GaN. This polygon does not have any side that is parallel to the stable growth planes (1-100), (01-10) and (-1010) of GaN, namely an M-plane. By forming the protrusion **20** of such a shape, it is possible to grow a flat GaN layer with high crystallinity.

Specifically, in case the protrusion **20** has a shape of an equilateral triangle in plan view, it is preferable to form the equilateral triangle from sides that cross (are not parallel to) the M-plane which is a stable growth plane of GaN, when viewed from above. It is more preferable to form the equilateral triangle from sides that are perpendicular to straight lines connecting a center and vertices of an equilateral hexagon that is defined by planes parallel to an A-axis (more specifically, by intersection lines between the planes and the substrate surface) of a nitride semiconductor as its sides; in other words, an equilateral hexagon that is defined by the A-axis of the nitride semiconductor as its sides. By forming the protrusion **20** of such a shape, it is made possible to grow a flat GaN layer that fills a surrounding of the protrusion **20** with high crystallinity.

This is supposedly because a growing rate of GaN becomes higher in a portion where GaN grown from a top face of the protrusion **20**, and GaN grown on a flat surface where the protrusion **20** is not grown, join. While GaN is grown from the top face of the protrusion **20** in a hexagonal crystal structure consisting of sides that are parallel to the A-axis, the growing rate of GaN is higher near the side face of the protrusion **20** where GaN grown from the top face of the protrusion **20** and GaN grown on the flat surface join each other. As a result, growth of GaN near the side face of the protrusion **20** catches up to growth in other regions so that a flat GaN layer is obtained.

The protrusion **20** may also be formed to have an equilateral hexagonal shape. In this case, if orientation flat "a" of sapphire substrate **10** having principal plane in a C-face lies in an A face, for example, the equilateral hexagonal shape may be arranged in a direction shown in either FIG. **11**A or FIG. **11**B. In case GaN is grown on the C plane of the sapphire substrate as described previously, the A plane of the sapphire substrate and the M-plane of GaN become parallel to each other. Therefore, it is preferable to arrange a recess or protrusion of an equilateral hexagon as shown in FIG. **11**A, in which case sides that constitute the equilateral hexagon cross at right angles to one of the M-planes that are stable growth planes of GaN, when viewed from above the substrate. In other words, this means that the equilateral hexagon is formed from sides that are perpendicular to straight lines that connect the center and vertices of an equilateral hexagon that is defined by M-planes of GaN as its sides, when viewed from above the substrate.

The above embodiments of the present invention will now be described in more detail below.

#### Embodiment 1

In a first embodiment of the present invention, the side face of the protrusion consists of at least two sloped surfaces (first sloped surface **22**, second sloped surface **23**) as shown in FIG. **4**A and FIG. **5**A. An inclination angle $\theta_2$ on a top face side of

**20**

the protrusion is smaller than an inclination angle $\theta_1$ on a bottom side. The inclination angle $\theta$ is an angle between the side face and a bottom of the protrusion. In case recesses are formed in the substrate, an inner wall of each recess is also formed so that the inclination angle $\theta_2$ of an upper inner wall is larger than an inclination angle $\theta_1$ of a lower inner wall. The inclination angle $\theta_i$ of the inner wall is a complementary angle of angle $\Phi_i$ between the inner wall and a bottom surface of the recess.

$$\theta_i = 180° - \Phi_i \ (i=1, 2)$$

When inclination angle $\theta_3$ is defined as an angle between the top face and the side face of the protrusion, in case the top face is substantially parallel to the substrate surface, angle $\Phi_2$ between the upper inner wall and the bottom surface of the recess is nearly equal to the inclination angle $\theta_3$ of the protrusion. Preferably, the first sloped surface **22** and the second sloped surface **23** are located at the bottom and top of the protrusion and/or the recess, respectively. This makes manufacturing easier, causes a semiconductor layer to grow favorably near the protrusion and enables to be suppressed occurrence of pits and voids.

#### Embodiment 2

In a second embodiment of the invention, a side face of the protrusion is formed as a curved surface. In case an entire side face of the protrusion is formed of a single curved surface, a radius of curvature may be made larger on a top face side and smaller on a bottom side.

Alternatively, such a configuration may also be employed as the bottom side being flat, i.e., an upper side of the side face is curved and the lower side is flat. Moreover, a plurality of curved portions and a plurality of flat portions may be formed on the side face of the protrusion. For example, in a structure of the first embodiment where the first and second sloped surfaces are formed, the second sloped surface may be formed as a curved surface with the first sloped surface consisting of a substantially flat surface. A condition of the side face may be selected as required in accordance with substrate material, an etching condition, material of a semiconductor layer and other factors.

It is preferable to form the entire side face as a curved surface and make inclination angle $\theta_2$ on the top face side of the protrusion smaller than inclination angle $\theta_1$ on the bottom side, as shown in FIG. **15**. This configuration makes changes in a shape and surface area of a semiconductor layer growing on the substrate smoother. That is, a better crystal can be grown while suppressing occurrence of abnormal crystal growth. Inclination angle $\theta_m$ can be decreased when the side face is formed as a single curved surface rather than having a partially curved portion or a plurality of curved surfaces. If the inclination angle $\theta_m$ can be decreased, ratio of an area of the side face to an area of the substrate surface can be increased so as to achieve a higher efficiency of extracting light.

#### Embodiment 3

#### Structure of Light Emitting Device

Constitution of a semiconductor light emitting device according to the present invention will be described in detail. There are no specific requirements for a size and thickness of the substrate **10** which may be of any constitution as long as it allows epitaxial growth of a semiconductor thereon. The

US 7,683,386 B2

21

22

substrate used to grow a nitride semiconductor thereon may be made of an insulating material such as sapphire or spinel (MgAl$_2$O$_4$) having a principal plane as a C plane, R plane or A plane, or an oxide such as lithium niobate or neodymium gallate that forms a lattice junction with silicon carbide (6H, 4H, 3C), silicon, ZnS, ZnO, Si, GaAs, diamond, or oxide substrates such as lithium niobate or neodymium gallate, which can provide a good lattice match with a nitride semiconductor. A substrate made of a nitride semiconductor such as GaN or AlN may also be used provided that it is thick enough to form devices thereon (over several tens of micrometers). A substrate made of different material may be cut with an offset angle. If a C plane of sapphire is used, the offset angle is preferably in a range from 0.01° to 3.0°, and more preferably from 0.05° to 0.5°.

The semiconductor light emitting device according to the present invention may have such a structure as electrodes of different types of electrical conductivity are provided on the same side of the substrate as shown in FIG. 6, FIG. 25A and FIG. 25B. An electrically conductive substrate may also be used with electrodes for a first conductivity type layer and second conductivity type layer provided on opposite sides of the substrate, respectively.

In case a nitride semiconductor is used as the semiconductor, it is preferable to use a nitride semiconductor having a composition represented by a general formula In$_x$Al$_y$Ga$_{1-x-y}$N (0≦x, 0≦y, x+y≦1). B, P or As may be included in the nitride semiconductor. The n-type nitride semiconductor 11 and the p-type nitride semiconductor 13 may be formed in either a single layer or multi-layer structure. The nitride semiconductor is doped with an n-type impurity or p-type impurity. For the n-type impurity, Group IV elements or Group VI elements such as Si, Ge, Sn, S, O, Ti, Zr may be used, and preferably Si, Ge or Sn is used and more preferably Si is used. While there is no restriction on the p-type impurity, Be, Zn, Mn, Cr, Mg or Ca may be used and Mg is preferably used. Thus, both types of a nitride semiconductor can be formed. The active layer 12 is preferably formed as a single quantum well (SQW) structure or multiple quantum well (MQW) structure.

The embodiments shown in FIG. 6 and FIGS. 25A-25B have such a structure that a light emitting element 101 is formed on the substrate 10, with electrodes 16, 14 provided on the layers 11, 13 of different conductivity types, respectively, of the light emitting element. While a device structure made by stacking the p-type layer 13 and the n-type layer 11 in a particular order is described as an example in this specification, an order of stacking these layers is not restricted to that described in the specification. The light emitting device may have any proper structure as long as it has at least a layer of first conductivity type 11 and a layer of second conductivity type 13. More preferably, the active layer 12 is provided between the layer of first conductivity type 11 and the layer of second conductivity type 13.

Alternatively, a base layer 11a that provides a base for element structure 101 may be formed between the substrate 10 and an n-type layer 11b of the layer of first conductivity type as shown in FIG. 25B.

Now a method of manufacturing the light emitting device shown in FIG. 6 will be described below.

It is preferable to form a buffer layer (not shown) before growing n-type nitride semiconductor 11 on substrate 10. The buffer layer is preferably made of a nitride semiconductor represented by a general formula Al$_a$Ga$_{1-a}$N (0≦a≦0.8), more preferably a nitride semiconductor represented by a general formula Al$_a$Ga$_{1-a}$N (0≦a≦0.5). Thickness of the

buffer layer is preferably in a range from 0.002 to 0.5 μm, more preferably from 0.005 to 0.2 μm, and most preferably 0.01 to 0.02 μm. Semiconductor layers of better crystallinity can be formed on the substrate by making a thickness of the buffer layer smaller than a height of a protrusion (or depth of a recess) of the substrate. For example, a semiconductor layer of satisfactory crystal structure can be made with less voids, pits and dislocations. The buffer layer is grown at a temperature preferably in a range from 200 to 900° C., and more preferably from 400 to 800° C. This makes it possible to reduce dislocations and pits generated on a nitride semiconductor. An Al$_x$Ga$_{1-x}$N (0≦x≦1) layer may also be formed by an ELO (epitaxial lateral overgrowth) method on a substrate made of different material. The ELO (epitaxial lateral overgrowth) method is a process of growing a nitride semiconductor in a lateral direction so as to bend and converge a threading dislocation and decrease dislocations. The buffer layer may be formed as a multiple layer structure, which includes a low-temperature growth layer and a high-temperature growth layer. The high-temperature growth layer may be a GaN layer grown without doping or one that is doped with an n-type impurity. Thickness of the high-temperature growth layer is preferably at least 1 μm, and more preferably at least 3 μm. The high-temperature growth layer is grown at a temperature preferably in a range from 900 to 1100° C., and more preferably at least 1050° C.

Then the n-type semiconductor layer 11 is grown.

First, an n-type contact layer is grown. The n-type contact layer has such a composition that has band gap energy larger than that of the active layer, preferably Al$_j$Ga$_{1-j}$N (0<j<0.3). While there is no limitation to a thickness of the n-type contact layer, it is preferably at least 1 μm, and more preferably at least 3 μm. Then, an n-type cladding layer is grown. The n-type cladding layer includes Al. While there is no limitation to concentration of the n-type impurity, it is preferably in a range from 1×10$^{17}$ to 1×10$^{20}$/cm$^3$, more preferably from 1×10$^{18}$ to 1×10$^{19}$/cm$^3$. The n-type impurity may also be included with graded concentration. When an Al content is graded, the cladding layer can also perform a better function of carrier confinement.

The active layer 12 used in the present invention is preferably formed as a quantum well structure that consists of at least a well layer having a composition of Al$_a$In$_b$Ga$_{1-a-b}$N (0≦a≦1, 0≦b≦1) and a barrier layer having a composition of Al$_c$In$_d$Ga$_{1-c-d}$N (0≦c≦1, 0≦d≦1, c+d≦1). Output power of the light emitting device can be made higher by forming the active layer from a nitride semiconductor without doping or while doping with an n-type impurity. It is more preferable that the well layer is grown without doping and the barrier layer is grown while doping with an n-type impurity in order to increase output power and light emission efficiency of the light emitting device. When Al is included in the well layer of the light emitting device, it is possible to emit light in a wavelength region where it is difficult to emit light with a conventional well layer made of InGaN, namely wavelengths near 365 nm, that corresponds to a band gap energy of GaN, and shorter.

Thickness of the well layer is preferably in a range from 1 nm to 30 nm inclusive, more preferably from 2 nm to 20 nm inclusive and most preferably from 3.5 nm to 20 nm inclusive. When smaller than 1 nm in thickness, this layer cannot satisfactorily function as the well layer. When the thickness is at least 2 nm, a relatively homogeneous layer can be obtained without fluctuation in thickness. When the thickness is at least 3.5 nm, output power can be increased further. This is because a thicker well layer allows for injection of more carriers so as to emit light with high efficiency and high internal quantum

23

efficiency through recombination of carriers as in an LD driven with a high current, and this effect is remarkable particularly in a multiple quantum well structure. In a case of single quantum well structure, an effect of increasing output power similarly to the above can be achieved by setting the thickness to at least 5 nm. When the well layer is thicker than 30 nm, on the other hand, crystallinity of a quaternary mixed crystal of lnAlGaN becomes lower, resulting in lower performance of the device. By setting the thickness of the well layer to at most 20 nm, it is possible to grow a crystal while suppressing occurrence of crystal defects. While there is no limitation to the number of well layers, it is preferable to provide at least four well layers which enables a thickness of the well layer to be at most 10 nm, while decreasing a thickness of the active layer. This is because the thicker the layers that constitute the active layer, the thicker the active layer and higher a value of Vf becomes. In a case of a multiple quantum well structure, it is preferable that at least one of a plurality of well layers is not thicker than 10 nm, and it is more preferable that all well layers are not thicker than 10 nm.

A barrier layer, similarly to the well layer, is preferably doped with an n-type impurity or undoped. In case the barrier layer is doped with an n-type impurity, concentration of the n-type impurity is preferably at least $5 \times 10^{16}/cm^3$. In a case of an LED, the impurity concentration is preferably in a range from $5 \times 10^{16}$ to $2 \times 10^{18}/cm^3$. In a case of a high output LED or LD, the impurity concentration is preferably in a range from $5 \times 10^{17}$ to $1 \times 10^{20}/cm^3$, and more preferably in a range from $1 \times 10^{18}$ to $5 \times 10^{19}/cm^3$. In this case, it is preferable that a well layer either does not substantially include an n-type impurity or is undoped. When the barrier layer is doped with an n-type impurity, either all barrier layers in the active layer may be doped, or some of the barrier layers may be doped while leaving others undoped. In case only some of the barrier layers are doped with an n-type impurity, it is preferable to dope the barrier layers that are located on an n-type layer side in the active layer. When an nth barrier layer Bn (n is a positive integer) from the n-type layer side is doped, preferably the first through nth barrier layers are all doped with an impurity, and such a light emitting device can be made as electrons are efficiently injected into the active layer so as to achieve high efficiency of light emission and high internal quantum efficiency. With regard to the well layer, too, an effect similar to that of the barrier layer can be achieved by doping an mth well layer Wm (m is a positive integer) from the n-type layer side. Similar effects can also be achieved by doping both the barrier layer and the well layer.

Then a plurality of layers as described below are formed as the p-type nitride semiconductor layer 13 on the active layer 12. As for a p-type cladding layer, while there are no limitations to its composition as long as it has band gap energy larger than that of the active layer so as to be capable of confining a carrier within the active layer, the composition is preferably $Al_kGa_{1-k}N$ ($0 \le k \le 1$), and more preferably $Al_kGa_{1-k}N$ ($0 < k < 0.4$). While there is no limitation to thickness of the p-type cladding layer, it is preferably in a range from 0.01 to 0.3 μm, and more preferably from 0.04 to 0.2 μm. Concentration of a p-type impurity is preferably in a range from $1 \times 10^{18}$ to $1 \times 10^{21}/cm^3$, more preferably from $1 \times 10^{19}$ to $5 \times 10^{20}/cm^3$. The p-type impurity in the range described above enables it to decrease bulk resistivity without deteriorating crystallinity. The p-type cladding layer may be formed either as a single layer structure or a multiple layer structure (super lattice structure). In a case of the multiple layer structure, the p-type cladding layer may comprise a layer represented by $Al_kGa_{1-k}N$ described above and other nitride semiconductor layers having a band gap energy smaller than that

24

of the former. The layer of smaller band gap energy may have a composition represented by $In_jGa_{1-j}N$ ($0 \le l < 1$) or $Al_mGa_{1-m}N$ ($0 \le m < 1$), similarly to the case of the n-type cladding layer. Thickness of each layer constituting the multiple layer structure in the case of super lattice structure is preferably at most 100 Å, more preferably at most 70 Å and more preferably in a range from 10 to 40 Å. In case the p-type cladding layer is formed as a multiple layer structure consisting of layers having larger band gap energy and layers having smaller band gap energy, the p-type impurity may be added to at least either the layers having larger band gap energy or the layers having smaller band gap energy. When both the layers having larger band gap energy and the layers having smaller band gap energy are doped, doses may be the same or different.

Then a p-type contact layer is formed on the p-type cladding layer. The p-type contact layer is preferably formed from a composition of $Al_fGa_{1-f}N$ ($0 \le f < 1$), and more preferably $Al_fGa_{1-f}N$ ($0 \le f < 0.3$) which enables it to achieve good ohmic contact with p-type electrode 14 that is an ohmic electrode. Concentration of the p-type impurity is preferably at least $1 \times 10^{17}/cm^3$. It is preferable that the p-type contact layer has such a graded composition as a p-type impurity concentration is higher and mix proportion of Al is lower on an electrically conductive substrate side. In this case, the composition may be graded either continuously or stepwise. For example, the p-type contact layer that makes contact with the ohmic electrode and has high p-type impurity concentration and low Al content, and a second p-type contact layer that has low p-type impurity concentration and high Al content. The first p-type contact layer enables it to achieve good ohmic contact and the second p-type contact layer suppresses self-absorption of emitted light.

After forming nitride semiconductor layers on the substrate 10 in the process described above, a wafer is taken out of a reaction apparatus and is subjected to heat treatment at least 400° C. in an atmosphere that includes oxygen and/or nitrogen. This process removes hydrogen that is bonded in the p-type layer, so as to form the p-type nitride semiconductor layers that show p-type conductivity.

Then the p-type electrode 14 that achieves ohmic contact is formed on a surface of the p-type contact layer. The p-type electrode may be formed by a CVD process, sputtering, vapor deposition or the like. The p-type electrode is preferably formed from material described previously. Sheet resistance can be decreased by forming a multiple layer structure of at least two layers with a total thickness of at most 50000 Å, compared with a singular layer structure having a uniform thickness.

The p-type electrode may be formed in various shapes such as rectangular, stripes, square or lattice in plan view. For example, the p-type electrode 14 may be formed over the entire surface of the p-type semiconductor layer, then openings 18 are formed in dots as shown in FIG. 9A and FIG. 9B. The p-type electrode may also be formed in such shapes as rhombic, parallelogram, mesh, stripes or comb as shown in FIG. 9C and FIG. 9D. A branching shape such that a single stem branches into a plurality of portions as shown in FIG. 8A and FIG. 10A may also be employed. Plurality of branch electrodes that are electrically connected may be formed in stripes while the p-type electrode has openings 18 as shown FIG. 10B. Moreover, circular pattern may be employed. By using such a p-type electrode structure in combination with the substrate having the recess or protrusion formed thereon, the efficiency of extracting light can be further improved.

US 7,683,386 B2

25                                                                  26

In a case of a p-type electrode having openings (through holes) 18 that reach a surface of the p-type semiconductor layer and are surrounded by electrodes, areas S of a portion surrounded by an outermost periphery of the p-type electrode (total area of the electrode including the openings) and total length L of a circumference of the openings preferably satisfy a relation $L/S \geqq 0.024$ $\mu m/\mu m^2$. This enables to be made a semiconductor light emitting device that allows efficient emission of light from a surface of the p-type semiconductor layer and has a low value of Vf.

The openings preferably have substantially identical shapes, which makes it easier to form the openings and achieve uniform light emission in the surface. It is also preferable that each of the openings has substantially the same area, which also contributes to achieving uniform light emission in the surface.

The p-type electrode 14 is an ohmic electrode used for supplying current to the device through ohmic contact with a surface of p-type nitride semiconductor layer 13. In a nitride semiconductor device, it is a common practice to form a p-type pad electrode 15 for connection by wire bonding, besides the p-type electrode 14 for ohmic contact, and connect the p-type pad electrode 15 and the p-type electrode 14 that is an ohmic electrode. The p-type pad electrode 15 may be either provided on the p-side layer 13, or provided outside of the p-side layer 13 with metal wiring, for example, via an insulating film on the n-type layer 11 whereon n-type electrode 16 is formed. When the p-type pad electrode 15 is formed on the p-side layer 13, the p-type pad electrode 15 may partially overlap the p-type electrode 14, or the p-type pad electrode 15 may be formed on the p-type electrode 14. Since the p-type pad electrode 15 is provided for a purpose of packaging with wires, it may have any thickness as long as it does not damage the semiconductor device when mounting. In case light is extracted from a side where the p-type pad electrode 15 is formed, it is necessary to form the p-type pad electrode 15 as small as possible.

The p-type pad electrode 15 is preferably made of a material that bonds well. Specifically, Co, Fe, Rh, Ru, Ti, V, Cr, Zr, Nb, Mo, Hf, Ta, W, Re, Mn, Al, Zn, Pt, Au, Ru, Pd or Rh may be used. Preferably, at least one kind selected from among a group consisting of Ag, Al, Pt, Cu, Ni, Ti, Au and Rh, and an oxide, nitride and the like thereof, are used. More preferably, at least one kind selected from among a group consisting of Ag, Al and Pt is used. The p-type pad electrode may be made as a single layer, alloy or multiple layers.

The n-type electrode 16 is formed on the surface of the n-type contact layer. For the n-type electrode 16, in addition to the electrode described above, W/Al, Ti/Al, Ti/Al/Ni/Au, W/Al/W/Pt/Au or Al/Pt/Au or the like may be used. Thickness of the n-type electrode 16 is preferably in a range from 0.1 to 1.5 μm. The n-type electrode 16 serves as a pad electrode for bonding as well as making ohmic contact. The n-type electrode 16 may also be formed as two layers of a pad electrode for bonding and an ohmic electrode that makes ohmic contact with the n-side layer 11, which may be formed at the same time in substantially the same shape. An n-type electrode for ohmic contact and an n-type pad electrode may also be formed one on another in different processes in different shapes.

Forming an electrode on a nitride semiconductor layer and then applying heat treatment makes it possible to accelerate alloy formation, achieve good ohmic contact with the semiconductor layer, and decrease contact resistance between the semiconductor layer and the electrode. Temperature of heat treatment is preferably in a range from 200 to 1200° C., more preferably in a range from 300 to 900° C., and most preferably

in a range from 450 to 650° C. It is preferable that ambient gas includes oxygen and/or nitrogen. The heat treatment may also be performed in an ambient gas that includes an inert gas such as Ar or in air atmosphere.

The semiconductor device of the present invention may have a protective film 17 formed from SiO₂, ZrO₂, TiO₂, Al₂O₃, or an oxide that includes at least one element selected from among a group consisting of V, Zr, Nb, Hf, Ta or SiN, BN, SiC, AlN, AlGaN, and the like. Continuously on a side face of the device nitride semiconductor layers are stacked. The protective film is preferably an insulating film, which enables to be made a semiconductor device of high reliability. When the insulating film is provided on a surface of the p-type layer where the electrode is not formed, it is possible to effectively suppress migration of the electrode.

Then the wafer is divided by scribing or dicing into chips of a nitride semiconductor device whereon electrodes are formed as shown in FIG. 6.

This embodiment has been described for a case where light is extracted from the surface of the nitride semiconductor layer where the electrode is formed, although light may also be extracted from the substrate side. In this case, the p-side pad electrode 15 is preferably formed in oval shape as shown in FIG. 8B. A metallization layer (bump) is formed on the p-side pad electrode 15, instead of wire, for the connection with external electrodes or the like, for face down mounting as shown in FIG. 22B. The metallization layer may be made of Ag, Au, Sn, In, Bi, Cu, Zn or the like. In the case of face down mounting, the pad electrode is heated and expands in volume which, together with the pressure applied, causes the material that makes the pad electrode likely to flow toward the side face. In the nitride semiconductor light emitting device of this embodiment, however, such trouble can be prevented since the electrode is alloyed as described above. The structure of this embodiment also has high heat dissipating characteristic and improved reliability.

With the semiconductor device of the present invention, in a case of a gallium nitride-based semiconductor light emitting device (which includes at least gallium and nitrogen), for example, white light can be emitted with high output power by applying a mixture of fluorescent material and a resin to a surface of the light emitting device whereon an electrode has been formed.

The light emitting element 100 of the present invention may have such a structure that is with the electrodes 14 and 16, one piece each, of the layers 11, 13 of the first and second conductivity types provided on the same side of the substrate, as shown in FIG. 8A, FIG. 8B, FIG. 9A, FIG. 9B and FIG. 10A. Alternatively, as shown in FIG. 8C, FIG. 10B, FIG. 22A and FIG. 25A, one or both of the electrodes 14, 16 of the layers 11, 13 of different conductivity types is formed in plurality in one light emitting device. As explained in FIG. 25B, structure of the light emitting element is such that a light emitting portion 151 having the layers 11, 13 of the first and second conductivity types and preferably the active layer 12 interposed therebetween, a non-light emitting portion 152, where the layer of first conductivity type is exposed and electrode is provided, are provided in the substrate surface. The electrodes 14, 16 of the layers 11, 13 of different conductivity types are provided in plurality, making pairs. The electrode 14 and 16 have extended portions 14x and 16x, respectively, so that the light emitting portion 151 is interposed by the extended portions 14x and 16x. The light emitting device can be divided into a functional part 157 which receives electric current and functions as the light emitting element and a non-functional part 158 that is mostly passive such as the portion surrounding the light emitting element.

US 7,683,386 B2

27 28

The functional part **157** includes at least one light emitting portion **151** and the non-light emitting portion **152** where electrodes are formed. The non-functional part **158** consists mainly of the non-light emitting portion **152**.

The light emitting device shown in FIGS. **8**C, **10**B and **25**A has a plurality of light emitting portions **151** provided on the substrate, and the light emitting portions **151** are connected to each other, for example, as shown in FIGS. **25**A and **25**B. The electrodes **16** of the layer **11** of the first conductivity type, namely the electrode forming portions **152** are also provided in plurality. The light emitting device **100** shown in FIG. **22**A, in contrast, has a plurality of light emitting portions **151**, but the light emitting portions **151** are separate from each other. The plurality of electrodes of the electrode forming portion **152** are also provided separately. In this way, plurality of the light emitting portions may be provided while being separated from or connected to each other in the light emitting device **100** (or functional portion **157**).

According to the present invention, as shown in FIG. **25**B, transverse propagation of light in the element **101**, particularly in the layer **11** of the first conductivity type that constitutes the light emitting portion **151** is suppressed by the recess or protrusion **20** formed on the surface of the substrate **10**, thus enabling it to extract light efficiently. Particularly in a region where the layer of the first conductivity type is exposed, since a strong optical waveguide is formed by air (or a protective film), the layer of the first conductivity type and substrate, transverse propagation of light is likely to occur. Even in such a region, transverse propagation of light can be changed into longitudinal direction by providing the recesses or protrusions **20** on the substrate, so as to extract light efficiently in the direction perpendicular to the substrate surface (on the side where the element is formed, or on the opposite side where the substrate is exposed).

A light propagating region exists on the substrate side from exposed portion **11**s of the layer of the first conductivity type, also in the non-functional portion **158**. Therefore, light propagation loss can be reduced also in the non-functional portion **158** by providing the recesses or protrusions **20** on the substrate.

In a case of a light emitting device that emits light from an electrode forming surface thereof, an electrode **14** that is permeable to light is provided by virtue of translucent material or an opening in the light emitting portion **151**. Even in such a case, electrode **16** and a pad **16**b of the layer **11** of the first conductivity type, or a pad electrode **15** and a pad **15**b of the layer of the second conductivity type are not transparent in most cases. When this is the case, light is extracted from a region where the non-transparent electrode is not formed. Therefore, it is particularly preferable that recesses or protrusions are provided on the substrate in a region where the non-transparent electrode is not formed (for example, a region of the non-light emitting portion **152** where the non-transparent electrode is not formed). When light is extracted from the electrode forming surface, while it is important that the electrode **14** formed on the light emitting portion **151** is permeable to light, other electrodes may also be made permeable to light. For example, the electrode **16** of the layer **11** of the first conductivity type and also the pad electrodes may be made permeable to light.

In the light emitting device that has large area and a plurality of light emitting portions as shown in FIGS. **8**C, **10**B, **22**A and **25**A, distribution of light intensity within plane is likely to occur. For example, there occurs difference in light intensity in the light emitting portions **151**, the non-functional portion **152** where the electrode **16** is formed and the non-functional portion **158** around the element. Difference in light intensity may also occur among the non-functional portions **152**. As a result, light intensity is likely to be distributed unevenly throughout the chip. In the light emitting device of the present invention, uneven distribution of light intensity is mitigated by forming the protrusions **20** on the substrate surface. When the chip area increases, the region where the layer of the first conductivity type increases, and therefore propagation and loss of light tend to increase. This problem is also improved by forming the recesses or protrusions on the substrate surface. Thus the present invention is preferably applied to a light emitting device that has large area and a plurality of light emitting portions.

In a case of a light emitting device that emits light from a back of a substrate, it is preferable to form recesses or protrusions over an entire surface of the substrate. In case an electrode forming surface of light emitting device **100** is connected to a base **104** (or element mounting surface or the like) as shown in FIG. **22**B, for example, light can be extracted satisfactorily from a back surface of the substrate **10** by providing protrusions **20** over an entire surface of the substrate **10**.

In the light emitting device of the present invention, recess and protrusion section **6**x, **6**y that functions as a light extracting and light reflecting portion may be provided on the electrode forming surface as shown in FIG. **25**B. Specifically, the recess and protrusion section **6**x, **6**y is formed on a surface of the semiconductor layer **101** outside the light emitting portion **151**, preferably along the side face of the light emitting portion **151**. The recess and protrusion section **6**x, **6**y can be formed by partial etching of the semiconductor layer **101**. For example, the n-type layer **11** that becomes the electrode **16** forming surface by etching, and the recess and protrusion section **6**x, **6**y may be formed at the same time. The light emitting device **100** shown in FIG. **25**A is a variation of the light emitting element shown in FIG. **10**B where recess or protrusion **6** is provided. Sectional view of FIG. **25**B schematically shows a section along line A-A of the light emitting device shown in FIG. **25**A.

As shown in FIG. **25**B, the recess and protrusion section **6**x is provided in a non-current injected portion **158** (non-functional portion) along the periphery of the light emitting device. The recess and protrusion section **6**y, on the other hand, is provided in a functional portion (current injected portion) **157** between the electrode **16** of the layer of the first conductivity type and the light emitting portion **151**. More specifically, the recess and protrusion section **6**y is provided in the light emitting device (functional portion **157**) along the side face of the light emitting portion **151** that is provided in singularity or plurality, between the electrode **16** and the light emitting portion **151**.

The recess and protrusion section **6**x reflects light that emerges from the light emitting device mainly sideways, namely light that propagates horizontally from the light emitting portion **151**, and directs the light in a vertical direction, namely in a direction substantially perpendicular to the electrode forming surface. This increases a component of light perpendicular to the electrode forming surface. The recess and protrusion section **6**y that is provided in the functional portion **157**, on the other hand, has a function to prevent light from being absorbed by the electrode **16** or being entrapped in another light emitting portion that is adjacent thereto, in addition to a function similar to that of the recess and protrusion section **6**x. As a result, extraction loss of light can be reduced and efficiency of light emission can be improved.

In the light emitting device of the present invention, it is preferable to provide the recess and protrusion section **6**y between the light emitting portion **151** and the electrode **16**,

US 7,683,386 B2

29 30

and provide the protrusions **20** on the substrate surface that overlaps thereon. Particularly, in case the electrode **16** that is provided in a part of the non-light emitting portion **152** shields light emitted from adjacent light emitting portion **151**, light can be effectively extracted by cooperation of the recess and protrusion section **6**y and the protrusions **20** to an exterior of the device, especially in a direction perpendicular to the electrode forming surface. The recess and protrusion section **6**y also has a favorable effect on light propagating from a substrate side. That is, the recess and protrusion section **6**y provided on the electrode forming portion **152** makes it difficult for light propagating from the substrate side to propagate toward the side face of the light emitting portion, thereby suppressing light loss due to the electrode and the light emitting portion.

A side face of the recess and protrusion section **6**x, **6**y may also be formed in a shape similar to that of the side face of the protrusion **20** provided on the substrate surface. In this case, a method similar to that of forming the protrusions **20** on the substrate may be employed. The recess and protrusion section **6**x, **6**y formed on the semiconductor layer **101** has a function of extracting light that propagates in a layer, and a function to advantageously reflect light that is extracted from the light emitting portion **151** located nearby to an exterior. When the recess and protrusion section **6**x, **6**y is formed in a shape similar to that of the side face of the protrusion provided on the substrate surface, a contact area of a bottom of the recess or protrusion and an interior portion of the element increases, thereby enabling more light to be extracted from inside of the element. Moreover, since an inclination angle of the side face of the recess and protrusion section **6**x, **6**y becomes smaller on a top face side, it is made possible to advantageously reflect light, that propagates from adjacent light emitting portion **151**, in a direction perpendicular to the substrate surface.

In case a plurality of light emitting portions having complicated shape and/or structure are provided as shown in FIGS. **8**C, **10**B, **22**A and **25**A, greater loss occurs when extracting light. The loss can be decreased by forming the functional recess and protrusion section shown as **6**x, **6**y. Also in a light emitting device where the light intensity is unevenly concentrated in a particular direction, uneven distribution of light can be improved by providing the protrusions **20** on the substrate and the recess and protrusion section on the semiconductor layer, so that the light emitting device having high directivity can be obtained. It is preferable to provide the recess and protrusion section like so as to surround the light emitting portion **151** in the functional portion **157** of the light emitting device as shown in FIG. **25**B. It is also preferable to provide the recess and protrusion section **6**x, **6**y so as to surround the electrode **16** that is provided in conjunction with the light emitting portion **151**. It is more preferable to provide the recess and protrusion section **6**x, **6**y on substantially the entire periphery. Particularly in case the light emitting portion is surrounded by other light emitting portions as shown in FIG. **25**A, light tends to be trapped as the light emitting portion is surrounded by the adjacent light emitting portions. This loss can also be mitigated by the recess and protrusion section **6**x, **6**y. Most preferably, as shown in FIGS. **25**A, **25**B, the recess and protrusion section **6**x, **6**y is provided so as to surround the light emitting portion **151** on almost the entire periphery, and also surround the electrode **16** on almost the entire periphery thereof.

As described previously, the recess and protrusion section **6**x, **6**y may be formed at the same time when the electrode forming surface **11**s of the layer **11** of first conductivity type is exposed by etching. This provides an advantage with respect to a manufacturing process, since the recess and protrusion section **6**x, **6**y separated from a current injection electrode (for example, **14**) and the light emitting portion **151** can be easily formed.

Bottom of the recess and protrusion section **6**x, **6**y may or may not correspond to the electrode forming surface **11**s. For example, when the bottom of the recess and protrusion section **6**x, **6**y is located in the layer **11**b of first conductivity type that is deeper than the electrode forming surface, light that propagates horizontally in the base layer **11**a and light reflected from the substrate **10** can be extracted efficiently. It is particularly preferable that the recess and protrusion section **6**x, **6**y penetrates the layer **11**b of first conductivity type and reaches the base layer **11**a, namely reaches the depth where the non-functional portion is partly provided, and more preferably the recess and protrusion section **6**x, **6**y is formed at such a depth where the substrate is exposed. This makes it possible to isolate the layer **11**b of first conductivity type and the base layer **11**a, so that light propagating therein can be extracted efficiently. At this time, if the recess and protrusion section **6**x, **6**y is provided in the element **157** at the depth where the layer **11**b of first conductivity type is partially or entirely removed, current diffusion path is interrupted. Therefore, it is preferable to divide the recess and protrusion section **6**y in a plurality of regions in order to secure the current diffusion path. By providing the recess and protrusion section **6**y in a fragmentary condition when viewed from above, the region between the portions of the recess and protrusion section **6**y can be made the current diffusion path.

Various plan-view configurations and arrangements of the recess and protrusion section **6**x, **6**y may be employed similarly to the protrusions of the substrate. FIG. **25**A shows triangular arrangement of circles similar to that of the protrusions shown in FIG. **19**A. Light that has propagated horizontally in the device emerges from the side faces of the device in various directions. Therefore, it is preferable to provide the recess and protrusion section **6**x, **6**y so as to effectively obstruct the emergence of light in all directions from the side faces of the light emitting device. Specifically, it is preferable to provide the recess and protrusion section **6**x, **6**y periodically in two rows, more preferably three rows or more along the side face of the light emitting element as shown in FIG. **25**A. Moreover, it is preferable to make the plan-view configuration of the recess and protrusion section **6**x, **6**y in substantially circular or oval shape so as to advantageously reflect light incident in various directions. Among the side faces of the recess and protrusion section **6**x, **6**y, the side face that faces the light emitting element is preferably a curved surface.

Embodiment 4

Light Emitting Device)

A fourth embodiment is an element stack **103** comprising light emitting element **100** mounted on a stack base **104** on an electrode forming surface thereof. Also, a light emitting device made by packaging the light emitting element **100** or the element stack **103** will be described.

(Element Stack)

FIG. **22**B is a schematic sectional view of the element stack **103**. A base **104** has a plurality of connection electrodes (not shown) each corresponding to electrodes **14**, **16** of light emitting element **100**, while being electrically insulated from each other. The electrodes and light emitting structure that are separated from each other on a light emitting element side may also be electrically connected with each other by electrodes of base **104** side.

US 7,683,386 B2

31

An element other than the light emitting element **100** may also be provided on the base **104**. Here, a current, electrostatic protective element is formed in the base **104** as indicated by an equivalent circuit diagram of FIG. **22**C, as shown in FIG. **22**B. The current, electrostatic protective element is constituted from a p-type layer (a layer of a first conductivity type) **115**a and an n-type layer (a layer of a second conductivity type) **115**b provided in the base **104**. At least two element portions may be provided on the base **104** and connected with the electrodes of the light emitting element **100** externally of the base and mounting base **201** (FIG. **24**). A protective element may be mounted on a mounting portion **222** in light emitting device **200** and connected with a light emitting element (refer to FIG. **24**).

The electrodes **14**, **16** on light emitting element **100** side and the electrodes of the base **104** are connected via connecting member **114**. Alternatively, a part of the electrodes on the light emitting element **100** side or part of the electrode **112** on the base **104** side may be used as the connecting member. For example, a connecting layer may be formed instead of pads **16**b, **15**b of the light emitting element **100**.

The base **104** may also be a sub mount such as a heat sink that does not have an element structure. The base **104** and an exterior portion may be connected through a connection electrode by wire bonding or the like. The electrodes of the element portion of the base **104** or the electrodes that connect an interior and exterior of the base may also be formed on a mounting surface and used as the electrodes or connection layer **114** for connecting the light emitting element.

(Light Emitting Device **200**)

FIG. **23** and FIG. **24** show light emitting devices comprising the light emitting element **100** or the element stack **103** on a device base. In the example shown in FIG. **24**, two leads **210**a and **210**b are fastened onto device base **220**. One of the leads, **210**a, is a mount lead. The mount lead **210**a functions as mounting base **201**, and the light emitting element **100** (stack **103**) is mounted via connection layer **114** (or the bonding layer **204**) in a housing portion (recess) **202** of the device base **201**. A side face **203** of the housing portion **202** of the mounting base **201** and a side face **221** of an opening **205** of the device base **220** function as light reflectors. The mounting base **201** that is the mount lead may also be used as a heat sink **205** for the light emitting element and connected to an external heat sink. The device base **220** also has opening **225** in light extracting surface **223**, so that a top face of the mounting base **201** is exposed through the opening **225** as a terrace **222**. A protective element and other elements may be mounted on the terrace **222**. The recess **202** of the mounting base **201** and an interior of the opening **225** of the device base **220** are filled with a translucent sealing member **230**. Lead electrode **210**b comprises an inner lead **212**a provided inside of the device base **220** and an external lead **212**b that is an extension thereof to outside of the device base **220**, so as to be connected with the outside thereby. The light emitting element **100** (stack **103**) is electrically connected to the leads **210**a and **210**b via a wire **250** or connection member **204**.

In the example shown in FIG. **23**, the light emitting element **100** is mounted on the bonding member **204** on the mounting base **201** that is insulated from the leads **210**a and **210**b. A reflecting portion is provided on a recess side face **203** of the mounting base **201** that houses the light emitting element **100**. The mounting base **201** may also be connected to an external heat sink as the heat sink **205**. The light emitting element **100** is connected by the wire **250** to leads **211**a and **211**b. The leads **210**a and **210**b are electrically connected to an exterior via external leads **211**a and **212**b. Separation of the mounting

32

base **201** and lead **210** makes the light emitting device of excellent thermal design. The recess **202** of the mounting base and the opening of the device base **220** may be sealed with the translucent sealing member **230**. Light emission with desired directivity can be obtained by providing an appropriate optical system (lens) in a light extracting portion. The lens may be optically connected with the sealing member **230**. Or, alternatively, the sealing member **230** itself may be formed in the shape of a lens.

(Light Converting Member)

A light converting member **106** or a light conversion layer **231** may be provided in the light emitting device as shown in FIG. **23**. The light converting member **106** or the light conversion layer **231** absorbs a part of light emitted by the light emitting element **100** and emits light of a different wavelength, and may contain a fluorescent material. The light converting member **106** or the light conversion layer **231** is formed so as to cover a part of the light emitting element **100** or an entirety thereof. Alternatively, the light converting member may also be formed as a coating film **105** that covers a part of the stack base **104** as shown in FIG. **24**. For a binder of the fluorescent material, an oxide or a hydroxide that includes at least one element selected from a group consisting of Si, Al, Ga, Ti, Ge, P, B, Zr, Y, Sn, Pb and an alkaline earth metal is preferably used. The binder can be produced from an organometallic compound that includes at least one element selected from a group consisting of Si, Al, Ga, Ti, Ge, P, B, Zr, Y, Sn, Pb and an alkaline earth metal (preferably plus oxygen). The organometallic compound includes a compound having an alkyl group and an allyl group. Examples of the organometallic compound include metal alkoxide, metal diketonate, metal diketonate complex and metal carboxylate.

The light converting member may also be provided as part of the sealing member **230** of the light emitting device **200**. For example, the light converting member may be provided as a layer **231** provided on the sealing member **230**a or between sealing members **230**a and **230**b, apart from the light emitting element **100**, as shown in FIG. **23**. Moreover, the sealing member **230** in its entirety may also be used as the light converting layer by dispersing the light converting member in the sealing member **230**. The light converting member may also be provided as a sedimentation layer in the recess (housing portion) of the device base **220** or the mounting base **201**. Furthermore, as shown in FIG. **24**, the light converting member may be included in the film **105** that covers the substrate where protrusions are provided and/or the light emitting element **100**.

In case the coating film is provided on a surface of the substrate opposite to the element forming surface, namely a back of the substrate and a side face of the substrate, if there is a significant difference in intensity of light emerging from the side face and the back surface of the substrate, color of light produced by blending converted light and light emitted by the light emitting element varies depending on a direction (color unevenness). Particularly when at least two fluorescent materials, specifically at least two kinds of fluorescent material having different wavelengths of converted light are used for the light converting member, a problem of color unevenness becomes profound. The substrate having the protrusions **20** provided on the light emitting element of the present invention as described above can suppress color unevenness. While the coating film **105** of the chip has been described, similar effects can be achieved also in the case of a light converting member in the sealing member, or in the case of extracting light from the light emitting element side.

US 7,683,386 B2

33
34

Examples of the fluorescent material described above are as follows. As the fluorescent material that emits green light, $SrAl_2O_4$:Eu, $Y_2SiO_5$:Ce, Tb, $MgAl_{11}O_{19}$:Ce, Tb, $Sr_7Al_{12}O_{25}$:Eu, (at least one of Mg, Ca, Sr and Ba) $Ga_2S_4$:Eu may be used. As the fluorescent material that emits blue light, $Sr_5(PO_4)_3Cl$:Eu; $(SrCaBa)_5(PO_4)_3Cl$:Eu; $(BaCa)_5(PO_4)_3Cl$: Eu; (at least one of Mg, Ca, Sr and Ba)$_2B_5O_9Cl$:Eu, Mn; (at least one of Mg, Ca, Sr and Ba) $(PO_4)_6Cl_2$:Eu, Mn may be used. As the fluorescent material that emits red light, $Y_2O_2S$: Eu; $La_2O_2S$:Eu; $Y_2O_3$:Eu; $Gd_2O_2S$:Eu may be used. A composition that includes YAG makes it possible to emit white light so as to greatly broaden applications including the light source for illumination. YAG is a material represented by $(Y_{1-x}Gd_x)_3(Al_{1-y}Ga_y)_5O_{12}$:R (R is at least one element selected from Ce, Tb, Pr, Sm, Eu, Dy, Ho, and satisfies 0<R<0.5), for example, $(Y_{0.8}Gd_{0.2})_3Al_5O_{12}$:Ce, $Y_3(Al_{0.8}Ga_{0.2})_5O_{12}$:Ce.

While nitride-based fluorescent material is used as fluorescent material that emits reddish light in this embodiment, the light emitting device of the present invention may also be provided with a YAG-based fluorescent material and a fluorescent material that can emit reddish light. Fluorescent materials that can emit reddish light are those which emit light upon excitation by light of wavelength from 400 to 600 nm, for example, $Y_2O_2S$:Eu; $La_2O_2S$:Eu; CaS:Eu; SrS:Eu; ZnS: Mn; ZnCdS:Ag, Al; ZnCdS:Cu, Al; and the like. Use of the YAG-based fluorescent material and the fluorescent material that can emit reddish light enables color rendering performance of the light emitting device to be improved.

The YAG-based fluorescent material formed as described above and the fluorescent material that can emit reddish light represented by nitride-based fluorescent material can be used in such a manner that at least two kinds thereof exist in one color conversion layer at a lateral side face of the light emitting device, or at least one kind thereof exists in each of two color conversion layers. With such a constitution, light of mixed color can be obtained through mixing of light emitted by different kinds of fluorescent material.

Selecting fluorescent materials as described above enables to be made a light emitting device that can emit light with various wavelengths with high efficiency of extracting light. The light emitting device of the present invention is not limited to the visible region but may also be used for emitting an ultraviolet ray together with a fluorescent material that is excited by the ultraviolet ray and emits visible light. Further, the light emitting device can be applied to light of various wavelengths and electromagnetic radiation.

EXAMPLES

Now examples of the present invention will be described, but the present invention is not limited to these examples and may be applied to various other forms on the basis of the technical idea of the present invention.

Characteristics of the semiconductor light emitting elements having protrusions of Examples A, B and C to be described below were evaluated with results as shown in FIGS. 20, 21.

Sapphire substrates having a principal plane in a C plane and an orientation flat surface in an A plane are used.

In Example A, protrusions having a shape of an equilateral triangle measuring about 5 μm on one side are formed at a distance of 2 μm (distance between adjacent sides) on a substrate surface. The protrusions are disposed in such an arrangement that sides of adjacent protrusions 20 oppose each other substantially parallel as shown in FIG. 19D. A parallelogram enclosed by dashed line 43 having interior angles of about 60° and 120° is regarded as a unit cell that is

repeated in directions of axes 51, 52 periodically at equal intervals. Sides of the protrusions are formed parallel to an M-plane.

The protrusions are formed by a method shown in FIGS. 2A-2E, FIGS. 18A-18F. First, protective film 25 that makes a mask is formed from $SiO_2$ on the substrate and is shaped in a desired configuration by photolithography and RIE as shown in FIG. 2B, FIG. 18A. Then RIE etching is performed by using $Cl_2/SiCl_4$ as shown in FIG. 2C, FIG. 18B (first step). Depth of etching is set to about 1 μm so that protective mask 25 is almost totally removed. Then etching is continued so as to form protrusions having two inclined surfaces as shown in FIG. 2D, FIG. 18C (second step). This results in formation of the protrusions 20 having the first sloped surface 22 and the second sloped surface 23 as shown in FIG. 5A. As will be described later in Example 1, a base layer made of GaN in thickness of about 4 μm, an n-type layer such as an n-type contact layer, an active layer and a p-type layer are formed on the substrate to make a semiconductor element. The n-type layer is partially exposed to form an n-type electrode therein. A transparent electrode of Ni/Au is formed over substantially an entire surface of the p-type layer, thereby making the light emitting element.

Example B is a variation of example A where the protrusions of the substrate are formed in circular shape as shown in Example 1, FIG. 4A, FIG. 19A and FIG. 19B. Protrusions having a diameter of 4 μm are arranged at intervals of 1.5 μm. A parallelogram enclosed by a dashed line having interior angles of about 60° and 120° is regarded as unit cell 53 that is repeated in directions of axes 51, 52 periodically as shown in FIG. 19A.

Example C is a variation of the substrate manufacturing process of Example B where the second step of etching is followed by RIE etching with $CF_4$ as a third step so as to form a side face (curved surface protruding outwardly) as shown in FIG. 18D, FIG. 15 and FIG. 16A.

Following results are obtained through observation of a surface and measurement of element characteristics of Examples A, B and C having the protrusions formed in different patterns as described above. An electrostatic destruction characteristic is shown in FIG. 20. Graph 61 shows electrostatic withstanding voltage in a forward direction, and graph 62 shows electrostatic withstanding voltage in a backward direction. Examples A and B show substantially the same electrostatic withstanding voltage in the forward direction, with Example B showing less data dispersion in the characteristics than Example A. Example C shows remarkably higher electrostatic withstanding voltage than Examples A and B. It can be seen that Example C shows small data dispersion comparable to that of Example B.

In terms of electrostatic withstanding voltage in the backward direction, too, Example A and Example B are comparable similarly to a case of forward direction, while Example C shows greatly improved electrostatic withstanding voltage. It can be seen that circular shapes of Examples B and C show less data dispersion in the characteristics than the triangular shape of Example A. Electrostatic withstanding voltage was measured under conditions of 200 pF and 0Ω. Breakdown voltage was measured on 10 pieces of each Example. Mean value, maximum value (maximum value is evaluated as "2500 V" if a sample is not destroyed at 2500 V) and minimum value of these measurements are plotted as shown in the graphs of FIG. 20.

Measurements of luminance of the light emitting element chips in the Examples show that Example B has slightly higher luminance than Example A as shown in FIG. 21. Output power is significantly higher in Example C than in

US 7,683,386 B2

35                                                                 36

Examples A and B, showing improvement of about 14% over Example A. With regards to Vf, Example B shows a value 0.02 V higher and Example C shows a value about 0.06 V higher than that of Example A. Variability of wavelength of emitted light within a wafer is comparable among the Examples.

Conditions of wafers whereon the semiconductor is formed are observed with an optical microscope for pits and are observed with TEM for threading dislocation, in order to compare crystallinity among the Examples. Example A shows many pits with a high density, showing unsatisfactory crystal growth in a large region. Example B shows less pits as a whole than Example A, showing unsatisfactory crystal growth in a smaller region. In Example C, pits are hardly observed, and unsatisfactory crystal growth is observed in only a smaller region. In Example A, voids 44 are observed at near a center of opposing sides of the triangular protrusions as shown in FIG. 19D. Observation of a cross section shows that occurrence of threading dislocation is less and crystallinity is better in Example A than in Example B. Inclination angle $\theta_m$ of an entire sloped surface of each protrusion observed with SEM is from about 65° to 70° in Example B and from about 45° to 50° in Example C.

This suggests that smaller inclination angle increases the effect of extracting light and improves the efficiency of light emission in Example C. In Example C, it is supposed that the notch 27a shown in FIG. 18E is smoothed in the third step, and the side faces of the protrusions are smoothed (refer to FIG. 16) so as to form the curved surface 26, thus resulting in reduced pits in the semiconductor layer, reduced threading dislocation and reduced unsatisfactory growth. As a result, higher yield, less variability and higher output power are obtained in Example B than in Example A, and in Example C than in Example B.

Observation of the inclination angle $\theta_m$ of the entire sloped surface of the protrusion and surface condition of the side face of the protrusion while changing an etching condition in Example C shows as follows. When duration of etching in the third step is made longer, the inclination angle continues to decrease while craters appear due to damage by etching on a top face of the protrusion, a flat surface between the protrusions and a side face of the protrusion, with deteriorating crystallinity. Thus, it is desirable to set a proper duration of etching. Then, an etching gas used in the third step is changed. With Ar gas, a shape of the protrusion and electrostatic withstanding voltage that are intermediate between Examples A and C are obtained, and the inclination angle of the protrusion is about 60°. When SiCl₄ is used as the etching gas, the inclination angle is about 70°, slightly decreasing from the second step, while only a part on the top face side is turned into a curved surface. When etching with SiCl₄ gas is added following the third step of Example C, protrusions having an inclination angle of about 50°, comparable to that of Example C are obtained. When SiCl₄/Cl₂ gas is used in the etching of the third step, an inclination angle of about 58°, which is larger than that of Example C, is obtained. A decreasing trend of a radius of curvature of the curved surface on the side face of the protrusion is also observed. From findings described above, it is preferable to use CF₄ and Ar as the etching gas in the third step.

Example 1

A sapphire substrate of which a principal plane lies in C plane (0001) having orientation flat in A-plane (11-20) is used as a substrate. First, an SiO₂ film 25 is formed on sapphire substrate 10 to make an etching mask as shown in FIG. 2A.

Then, a round photo mask having a diameter of 5 μm is used to etch protective film 25 made of SiO₂ and the sapphire substrate 10 to a depth of 1 μm by RIE as shown in FIGS. 2B, 2C. After removing the protective film 25, a surface of the sapphire substrate 10 is further etched so as to form a repetitive pattern of protrusions 20, shown in FIG. 2D, having sloped surfaces formed in two steps (regions that are not etched are indicated by hatching). A diameter of the top surface of the protrusion 20 is 3 μm and distance between adjacent protrusions 20 is 1.5 μm. Angle of inclination $\theta_1$ of first sloped surface 22 on a side face of the protrusion 20 is 70°, and angle of inclination $\theta_2$ of second sloped surface 23 is 20° (FIG. 12).

On the sapphire substrate 10 whereon a repetitive pattern of the protrusion 20 has been formed, a low-temperature growth buffer layer of $Al_xGa_{1-x}N$ ($0 \leq x \leq 1$) is formed to a thickness of 100 Å, a GaN layer is formed to a thickness of 3 μm, an Si-doped GaN layer is formed to a thickness of 4 μm and a GaN layer is formed to a thickness of 3000 Å, as n-type semiconductor layers. Next, an active layer of a multiple quantum well structure is formed to make a light emitting region by forming six well layers of InGaN each 60 Å thick and seven barrier layers of Si-doped GaN each 250 Å thick alternately. The barrier layer to be formed last may be undoped GaN. By forming the first layer made of undoped GaN on the low-temperature growth buffer layer, the protrusions 20 can be embedded more uniformly so as to obtain high crystallinity of a semiconductor layer to be formed thereon.

After forming the active layer of multiple quantum well structure, 200 Å of Mg-doped AlGaN, 1000 Å of undoped GaN and 200 Å of Mg-doped GaN are grown as a p-type semiconductor layer. The undoped GaN layer formed as the p-type semiconductor layer shows a property of p-type due to Mg diffusing therein from an adjacent layer.

Then the Si-doped GaN layer is exposed by etching from the Mg-doped GaN, the p-type semiconductor layer, the active layer and part of the n-type semiconductor layer, so as to form an n-type electrode.

Then a transparent p-type electrode made of Ni/Au is formed over an entire surface of the p-type semiconductor layer, and a p-type pad electrode made of W/Pt/Au is formed on the transparent p electrode at a position opposing an exposed surface of the n-type semiconductor layer. The n-type electrode made of W/Pt/Au is formed on the exposed surface of the n-type semiconductor layer.

Last, the wafer is divided into rectangular chips so as to obtain semiconductor chips measuring 350 μm square. Each semiconductor chip is mounted on a lead frame that has a reflector, thereby making a bullet-shaped LED. The LED emits light having wavelength of 400 nm with output power of 14.0 mW for a forward current of 20 mA.

Comparative Example 1

A bullet-shaped LED was made similar to Example 1 except for forming a recess or protrusion in a single step on a surface of a sapphire substrate as a Comparative Example. Output power of the LED was 9.8 mW for a forward current of 20 mA.

Example 2

A sapphire substrate of which a principal plane lies in C plane (0001) having orientation flat in A plane (11-20) is used as a substrate. A protective film is used to form circular protrusions having a diameter of 3 μm on sapphire substrate 10. A diameter of a top surface of the protrusion is 2 μm and

US 7,683,386 B2

<table>
<tr><td>37</td><td>38</td></tr>
</table>

a distance between adjacent protrusions is 1.0 µm. Angle of inclination $\theta_1$ of a sloped surface on a side face of the protrusion is 70°, and angle of inclination $\theta_2$ is 20°. The protrusions are formed in a pattern shown in FIG. 7B. In other respects, this Example is similar to Example 1. Output power of the LED thus obtained was 14.0 mW for a forward current of 20 mA.

### Example 3

Projections are formed on a substrate under the following conditions. In other respects, this Example is similar to Example 1. A photo mask having a shape of an equilateral triangle measuring 5 µm along one side is aligned so that one side of the equilateral triangle is perpendicular to an orientation flat. After etching protective film **25** made of SiO$_2$ and sapphire substrate **10** to a depth of 1 µm by RIE so that sides of the equilateral triangle become substantially parallel to M planes (1-100), (01-10) and (-1010) of sapphire as shown in FIGS. 2B, 2C, the protective film **25** is removed. A surface of the sapphire substrate **10** is further etched so as to form a repetitive pattern of protrusions **20** shown in FIG. 2D. Length a of one side of a top surface of the protrusion is 2 µm and distance b between adjacent protrusions is 1.5 µm. Angle of inclination $\theta_1$ of a side face of the protrusion is 70°, and angle of inclination $\theta_2$ is 20° (FIG. 13). Output power of an LED thus obtained was 12.0 mW for a forward current of 20 mA.

The present invention has been fully described by way of preferred embodiments while making reference to the accompanying drawings. Various variations and modifications of the present invention are apparent to those skilled in the art. Such variations and modifications are understood to fall within the scope of the present invention to the extent that the variations and modifications do not deviate from the appended claims.

What is claimed is:

**1**. A semiconductor light emitting device comprising:
a transparent substrate including a surface for growing semiconductor layers including an active layer, said surface having protrusions, with a side face of each of said protrusions defining a first inclination angle on a lower portion of said side face and a second inclination angle on an upper portion of said side face, said first inclination angle being greater than said second inclination angle; and
semiconductor layers, of material different from a material of said transparent substrate, on said surface of said transparent substrate, said semiconductor layers covering said protrusions,
wherein either
(i) said upper portion of said side face of each of said protrusions is flat and said lower portion of said side face of each of said protrusions is rough, or
(ii) said upper portion of said side face of each of said protrusions has a surface roughness that is smaller than a surface roughness of said lower portion of said side face of each of said protrusions,
wherein light is reflected at an interface between said protrusions and said semiconductor layers, and
wherein a groove is formed at a bottom periphery of each of said protrusions.

**2**. The semiconductor device according to claim **1**, wherein said side face of each of said protrusions defines said first inclination angle and said second inclination angle by virtue of comprising two surfaces each having a different inclination angle.

**3**. The semiconductor device according to claim **2**, further comprising:
a buffer layer between said surface of said transparent substrate and said semiconductor layers, said buffer layer having a thickness that is less than a height of said protrusions, said buffer layer having island portions provided on top faces of said protrusions with at least a portion of said side face of each of said protrusions not being covered by said buffer layer, and said buffer layer comprising layer portions provided on said surface of said transparent substrate between said protrusions and separated from said island portions.

**4**. The semiconductor device according to claim **2**, wherein one of said two surfaces is on a lower side of each of said protrusions and the other of said two surfaces is on an upper side of said each of said protrusions, with the inclination angle of said one of said two surfaces being greater than the inclination angle of said other of said two surfaces.

**5**. The semiconductor device according to claim **4**, wherein the inclination angle of said one of said two surfaces is larger than 45° and smaller than 90°.

**6**. The semiconductor device according to claim **4**, wherein said material of said transparent substrate is selected from the group consisting of sapphire, SiC and spinel, and said each of said protrusions has one of a circular, triangular, parallelogram and hexagonal profile in plan view.

**7**. The semiconductor device according to claim **2**, wherein said protrusions are arranged in a repetitive pattern.

**8**. The semiconductor device according to claim **1**, wherein said side face of each of said protrusions comprises a curved side face.

**9**. The semiconductor device according to claim **8**, wherein said side face of each of said protrusions defines said first inclination angle and said second inclination angle by having said curved side face define said first inclination angle on a lower portion of said curved face and said second inclination angle on an upper portion of said curved side face.

**10**. The semiconductor device according to claim **8**, wherein said curved side face comprises a convexly curved side face.

**11**. A semiconductor light emitting device comprising:
a transparent substrate including a surface for growing semiconductor layers including an active layer, said surface having protrusions, with a side face of each of said protrusions defining a first inclination angle on a lower portion of said side face and a second inclination angle on an upper portion of said side face, said first inclination angle being greater than said second inclination angle; and
semiconductor layers, of material different from a material of said transparent substrate, on said surface of said transparent substrate, said semiconductor layers covering said protrusions,
wherein said lower portion of said side face of each of said protrusions has notches, said notches being oriented longitudinally, and said upper portion of said side face of each of said protrusions has either no substantial notches or has notches of at least one of a smaller width and a smaller number than a width and a number, respectively, of said notches in said lower portion of said side face of each of said protrusions, and
wherein light is reflected at an interface between said protrusions and said semiconductor layers.

US 7,683,386 B2

39

40

**12**. The semiconductor device according to claim **11**, wherein

said side face of each of said protrusions defines said first inclination angle and said second inclination angle by virtue of comprising two surfaces each having a different inclination angle.

**13**. The semiconductor device according to claim **12**, further comprising:

a buffer layer between said surface of said transparent substrate and said semiconductor layers, said buffer layer having a thickness that is less than a height of said protrusions, said buffer layer having island portions provided on top faces of said protrusions with at least a portion of said side face of each of said protrusions not being covered by said buffer layer, and said buffer layer comprising layer portions provided on said surface of said transparent substrate between said protrusions and separated from said island portions.

**14**. The semiconductor device according to claim **12**, wherein

one of said two surfaces is on a lower side of each of said protrusions and the other of said two surfaces is on an upper side of said each of said protrusions, with the inclination angle of said one of said two surfaces being greater than the inclination angle of said other of said two surfaces.

**15**. The semiconductor device according to claim **14**, wherein

the inclination angle of said one of said two surfaces is larger than 45° and smaller than 90°.

**16**. The semiconductor device according to claim **14**, wherein

said material of said transparent substrate is selected from the group consisting of sapphire, SiC and spinel, and

said each of said protrusions has one of a circular, triangular, parallelogram and hexagonal profile in plan view.

**17**. The semiconductor device according to claim **12**, wherein

said protrusions are arranged in a repetitive pattern.

**18**. The semiconductor device according to claim **11**, wherein

said side face of each of said protrusions comprises a curved side face.

**19**. The semiconductor device according to claim **18**, wherein

said side face of each of said protrusions defines said first inclination angle and said second inclination angle by having said curved side face define said first inclination angle on a lower portion of said curved face and said second inclination angle on an upper portion of said curved side face.

**20**. The semiconductor device according to claim **18**, wherein

said curved side face comprises a convexly curved side face.

**21**. A light emitting device comprising:

a transparent substrate having a surface for growing semiconductor layers including an active layer, said surface having protrusions spaced apart from one another,

a semiconductor light emitting element including semiconductor layers formed on said surface of said transparent substrate, said semiconductor light emitting element covering said protrusions,

wherein a width of a cross section of said protrusions at a base of each of said protrusions is greater than a width of a cross section of each of said protrusions at a top of each of said protrusions, such that

(i) circumscribed by side faces of two closest ones of said protrusions at the bases of these two protrusions is a first circle that is co-planar with said surface of said transparent substrate,

(ii) circumscribed by side faces of at least three adjacent ones of said protrusions at the bases of these at least three protrusions, with two of these at least three protrusions being said two closest ones of said protrusions, is a second circle that is co-planar with said surface of said transparent substrate, and

(iii) circumscribed by the side faces of said two closest ones of said protrusions at the tops of these two protrusions is a third circle that is co-planar with top surfaces of these two protrusions,

with a diameter of said second circle being larger than a diameter of said first circle and smaller than a diameter of said third circle, and with said third circle and said second circle overlapping each other,

wherein an inclination angle of the side face of each of said protrusions is smaller near a top of the protrusion than near a base of the protrusion,

wherein light is reflected at an interface between said protrusions and said semiconductor layers, and

wherein a side face of each of said protrusions has longitudinally-oriented notches.

**22**. The light emitting device according to claim **21**, wherein

said protrusions are disposed periodically.

**23**. The light emitting device according to claim **22**, wherein

said side face of said each of said protrusion comprises a convexly curved side face.

**24**. The light emitting device according to claim **21**, wherein

said base of said each of said protrusions is circular, and said protrusions being disposed periodically includes said protrusions being substantially equally spaced in two axial directions that define an angle of about 60°.

\*    \*    \*    \*    \*