# EXHIBIT 2

# Exhibit 2 – Disputed Claim Terms

| Claim Term | Feit Electric's Claim Construction | Lexington's Claim Construction |
|---|---|---|
| **etched trenches** | etched elongated stripes | an area in the surface of the substrate from which some amount of material is removed in order to create a pattern on the surface of the substrate |
| **microfacets** | planar surfaces on the order of microns in size | very small planes that make up a surface contour |
| **sloped etching profile with a smooth rotation of microfacets** | etched cross-section without sharp corners and with a gradual, incremental rotation in slope from microfacet to microfacet | sloped surface contour without sharp corners above the substrate base |
| **prescribed** | constant | predetermined |
| **profile . . . without a prescribed angle of inclination** | cross-section . . . without a constant angle of inclination such that there are no linear portions | [No construction necessary], otherwise: surface contour... without a predetermined angle of inclination above the substrate base |
| **having** | consisting of | comprising |
| **first layer . . . comprising a plurality of inclined lower portions** | first layer . . . comprising two or more portions that grow from adjacent slopes of the trench so as to meet and combine in the trench region | [No construction necessary], otherwise: first layer having lower portions that contain inclines |
| **layer** | defined thickness of material | a thickness of material, which may be made up of sub-layers, but does not refer to a substrate |