# EXHIBIT 3

## Exhibit 3 – Agreed Constructions

| Claim Term | Agreed Constructions |
|---|---|
| **substrate** | the supporting material upon which the other layers of a light-emitting device are grown |
| **active layer** | the layer in the light-emitting device that emits the light |
| **disposed on** | applied directly or indirectly above |
| **so as to guide the extended lattice defects away from propagating into the active layer** | such that free propagation of extended lattice defects into the active layer is significantly reduced relative to a device made by the same process without the textured districts |