# EXHIBIT 4

JOURNAL OF APPLIED PHYSICS **107**, 073525 (2010)

# The defect character of GaN growth on *r*-plane sapphire

J. Smalc-Koziorowska,[1,2] G. Tsiakatouras,[3] A. Lotsari,[1] A. Georgakilas,[3] and G. P. Dimitrakopoulos[1,a]

[1]*Department of Physics, Aristotle University of Thessaloniki, GR 54124 Thessaloniki, Greece*
[2]*Department of Materials Science, Warsaw University of Technology, 02-507 Warsaw, Poland*
[3]*Department of Physics, Microelectronics Research Group, University of Crete, P.O. Box 2208, GR 71003, Greece and IESL, FORTH, P.O. Box 1527, GR 71110 Heraklion, Greece*

(Received 12 January 2010; accepted 24 February 2010; published online 15 April 2010)

We study the influence of the heteroepitaxial interface on the defect content of nonpolar *a*-plane GaN grown on *r*-plane sapphire, using transmission electron microscopy techniques and the topological theory of interfacial defects. The structural mismatch is accommodated in different ways along distinct in-plane directions. For the misfit along the [0001] direction of GaN, the $I_1$ basal stacking faults constitute the principal relaxation mechanism, through their delimiting partial dislocations. The misfit along $[1\bar{1}00]$ is relaxed by misfit dislocations that have out-of-plane Burgers vectors causing rotational misorientations of the epilayer about [0001]. These misorientations lead to the introduction of low-angle tilt grain boundaries which are defect sources through their associated primary lattice dislocations. Furthermore, semipolar nanocrystals can nucleate on sapphire *p*-plane nanofacets, causing the introduction of threading dislocations (TDs) and stacking faults, when these nanocrystals are overgrown by the nonpolar epilayer. The semipolar nanocrystals bear a high-symmetry 90° $[\bar{1}2\bar{1}0]$ orientation relative to the nonpolar epilayer. The interfacial dislocations at the nonpolar/semipolar boundaries have suitable Burgers vectors to become TDs. These grain boundaries also promote the introduction of stacking faults and pockets of cubic GaN. The coexistence of semipolar orientation variants leads to twin boundaries and associated dislocations. © *2010 American Institute of Physics*. [doi:10.1063/1.3369439]

## I. INTRODUCTION

The growth of nonpolar *a*-plane $(1\bar{1}20)$ GaN on *r*-plane $(1\bar{1}02)$ sapphire is currently under intense investigation in the context of achieving high internal quantum efficiency of nitride quantum well heterostructures by removing the polarization-induced spatial separation of carriers and the quantum-confined Stark effect.[1–7] However, *a*-plane nitride epilayers, grown heteroepitaxially on foreign substrates, contain very large defect densities, such as threading dislocations (TDs) that are detrimental because they induce nonradiative electron-hole recombinations and reduce device efficiency and lifetime.[8] By tailoring the growth processes on sapphire, using either molecular beam epitaxy (MBE) or metal-organic vapor phase epitaxy (MOVPE), it is sought to reduce the defect content. Therefore, if an understanding and control of the defect introduction mechanisms can be attained, routes toward defect reduction can be explored such as the nitridation of the substrate surface for example. Such an approach could also contribute to the reduction in the fabrication cost of future devices by avoiding additional processes such as the cleaving of low-defect polar *c*-plane (0001) templates in nonpolar orientations.[9]

The present contribution focuses on the role of the interfacial region between GaN and *r*-plane sapphire as a source of defects, since this fundamental understanding is still lacking. Although important contributions have been made concerning the structure of this interface,[10,11] extensive understanding of the effects of the mechanisms of misfit accommodation has not been attained so far.

In a recent publication,[12] we have elucidated a parasitic semipolar crystallographic orientation that appears at the interfacial region between *a*-plane GaN and *r*-plane sapphire. Nanocrystals bearing this orientation have been observed in *a*-plane GaN grown by MBE,[12,13] or by MOVPE growth on vicinal *r*-plane sapphire.[14–16] We have shown that the semipolar nanocrystals are caused by certain nanofacets on the surface of the sapphire substrate, in particular the low-energy $\{2\bar{1}\bar{1}3\}_{Al_2O_3}$ *p*-planes.[17,18] In our case of MBE growth, the *p*-plane nanofacets were introduced as a result of the nitridation pretreatment. As we have shown elsewhere,[19] when the nitridation time is kept below 1 h, its principal effect is the formation of an AlN-rich interfacial zone of thickness equal approximately to two monolayers (ML). This zone is formed due to the substitution of oxygen atoms by nitrogen atoms,[20] and reduces the mismatch between the *a*-plane GaN epilayer and the *r*-plane sapphire substrate, as manifested by the spacing of the misfit dislocations (MDs).[19] This is similar to the influence of nitridation in the case of growth on *c*-plane sapphire,[21] but, in the case of *a*-plane growth, the formation of the parasitic semipolar nanocrystals is an additional side-effect.

In the present contribution we undertake to elucidate the following two issues: (a) the mechanisms of misfit accommodation at the GaN-sapphire interface and their effects on defect introduction and (b) the effects of the semipolar nano-

[a]Electronic mail: gdim@auth.gr.

Case 1:12-cv-11554-WGY Document 29 Filed 03/25/13 Page 3 of 11

073525-2    Smalc-Koziorowska *et al.*    J. Appl. Phys. **107**, 073525 (2010)

crystals on the emanation of defects into the nonpolar epilayer. Toward these aims we apply a combined approach of transmission electron microscopy (TEM) observations and topological analysis. Initially an *a priori* analysis of the misfit accommodation at this epitaxial interface is performed using the topological theory of interfaces and defects in crystalline materials.[22–24] Then the experimental results are described and discussed. The influences of the MD arrays, stacking faults (SFs), and parasitic semipolar nanocrystals on the crystal quality of the *a*-plane GaN epilayer are elucidated.

## II. *A PRIORI* MISFIT DEFECT ANALYSIS OF *A*-PLANE GaN ON *R*-PLANE SAPPHIRE

The present section focuses on the mechanisms of plastic accommodation of the biaxial strain due to the structural mismatch between *a*-plane GaN and *r*-plane sapphire. The nonpolar orientation relationship is OR1: $(\bar{1}\bar{1}20)_{\text{n-GaN}}\|(1\bar{1}02)_{\text{Al}_2\text{O}_3}$, $[0001]_{\text{n-GaN}}\|[1\bar{1}0\bar{1}]_{\text{Al}_2\text{O}_3}$, and $[1\bar{1}00]_{\text{n-GaN}}\|[\bar{1}\bar{1}20]_{\text{Al}_2\text{O}_3}$ (where subscript "n-GaN" denotes nonpolar GaN). OR1 yields one low mismatch direction.[10] In particular, the mismatch between the *d*-spacing of the basal $(0002)_{\text{n-GaN}}$ planes and the projected in-plane *d*-spacing of the $(1\bar{1}0\bar{4})_{\text{Al}_2\text{O}_3}$ planes is only +1.2% with respect to sapphire. On the other hand, the mismatch between the *m*-planes of GaN and the *a*-planes of sapphire is +16%. A simple calculation shows that misfit accommodation requires one $(1\bar{1}0\bar{4})_{\text{Al}_2\text{O}_3}$ extra half-plane every 23 nm for the low misfit direction, and one $(\bar{1}\bar{1}20)_{\text{Al}_2\text{O}_3}$ extra half-plane every 1.7 nm for the high misfit direction.

However, this analysis of predicted spacings of extra half-planes is not sufficient to determine the actual defect state of the interface, due to the additional constrain that the misfit accommodation must be carried by admissible interfacial defects. There are three possibilities of such defects: in the first case, the defects are dislocations with lattice Burgers vectors, and may be introduced by dislocation glide processes (Matthews–Blakeslee mechanism),[25] or by in-plane sources (e.g., Frank–Read sources), or by spontaneous formation (People–Bean mechanism[26]) when a critical thickness is attained. However, only one of the wurtzite lattice vectors, the $\mathbf{c}=[0001]$ vector, lies in the *a*-plane. The $\mathbf{a}_i=1/3\langle 2\bar{1}\bar{1}0\rangle$, as well as the $(\mathbf{a}_i+\mathbf{c})$ Burgers vectors, are out-of-plane and have components normal to the interface. If such components are annihilated by appropriate steps on the sapphire substrate surface, then the MDs would have an associated step character. Such defects are termed disconnections,[27] and their systematic introduction as periodic arrays is possible on vicinal substrates.[28] In addition to MDs and disconnections, the third feasible way to accommodate the misfit strain is through an array of SFs. In the simplest case the interfacial defects are the partial dislocations (PDs) that delimit the SFs. Below we explore the admissible defect arrays for relaxing the misfit along $[0001]_{\text{n-GaN}}$ and $[1\bar{1}00]_{\text{n-GaN}}$.



FIG. 1. Schematic illustration of possible mechanisms of misfit accommodation along $[0001]_{\text{n-GaN}}$. In (a), a $\mathbf{c}$ or $(\mathbf{a}_i+\mathbf{c})$ lattice dislocation is decomposed on the heteroepitaxial interface. The two partials are separated by "SF-like" interfacial structure. In (b), the lattice dislocation is decomposed on the basal plane. The two partials are separated by a $I_1$ SF.

### A. Misfit accommodation along $[0001]_{\text{n-GaN}}$

We consider initially defects that are aligned parallel to the $[1\bar{1}00]_{\text{n-GaN}}$ direction and accommodate the $f_a=1.2\%$ misfit along $[0001]_{\text{n-GaN}}$. In this case, the lattice vector for edge-type lattice dislocations is $[0001]_{\text{n-GaN}}$. However such MDs would be associated with two extra half-planes. They may dissociate, for example, according to the reaction $[0001]_{\text{n-GaN}}=1/6[2\bar{2}03]+1/6[\bar{2}2 03]$. The screw components of the two PDs cancel out in pairs, whereas the edge components are $1/2[0001]_{\text{n-GaN}}$. The process is illustrated schematically in Fig. 1(a). Such dissociation is favored both by the $b^2$ energy criterion, as well as by the fact that the Burgers vectors of the partials are glissile on the interfacial plane. However, the dissociation of the $[0001]_{\text{n-GaN}}$ Burgers vector would mean that the heteroepitaxial structure changes between the partial MDs, due to the superposition of a $(\bar{1}\bar{1}20)_{\text{n-GaN}}$ SF parallel to the interface. Hence their motion would be opposed by the surface tension due to the creation of distinct interfacial structure. Alternatively, the misfit may be relieved by the PDs of $I_1$ basal SFs (BSFs),[29] emanating into the epilayer in the manner illustrated in Fig. 1(b). Since this situation does not arise by an in-plane dissociation of a lattice dislocation, the interfacial structure is conserved on either side of the SF. On the other hand, although favorable under the $b^2$ criterion, for either $\mathbf{c}$ or $(\mathbf{a}_i+\mathbf{c})$ Burgers vectors, this process requires dislocation climb.

### B. Misfit accommodation along $[1\bar{1}00]_{\text{n-GaN}}$

In this case the MDs have line directions along $[0001]_{\text{n-GaN}}$ and they must accommodate the $f_b=16\%$ misfit. Such dislocations can be $\mathbf{a}_i$ or $(\mathbf{a}_i+\mathbf{c})$-type but these Burgers vectors are inclined relative to the interface. For example, the $1/3[\bar{2}110]_{\text{n-GaN}}$ vector has a $\mathbf{b}_v=1/6[\bar{1}\bar{1}20]_{\text{n-GaN}}$ vertical edge component, in addition to the $1/2[\bar{1}100]_{\text{n-GaN}}$ misfit-relieving edge component. Since, in order to relieve the misfit, the predicted average dislocation spacing is $r=1.7$ nm, this vertical component leads to a predicted *rotational* misorientation of the epilayer about $[0001]_{\text{n-GaN}}$ by an angle $\theta_m=b_v/r=5.4°$, assuming a regular array of such defects with same sense of Burgers vectors.[28] Depending on the sense of the Burgers vector, the rotational misorientations



FIG. 2. SAED pattern of the nonpolar epilayer and sapphire substrate obtained in cross-section along the $[0001]_{n\text{-}GaN}\|[1\bar{1}0\bar{1}]_{Al_2O_3}$ zone axis. The arc-shaped GaN reflections denote a range of misorientations up to $\pm 5.6°$ from the nominal nonpolar orientation OR1.

can be clockwise or anticlockwise. On the other hand, by alternating Burgers vectors with upward and downward senses (e.g., $1/3[\bar{1}2\bar{1}0]_{n\text{-}GaN}$ and $1/3[\bar{2}110]_{n\text{-}GaN}$), the long range rotational misorientation of the epilayer cancels out.

In addition to the lattice vectors, a contribution to the misfit relaxation may also be exerted by the PDs of SFs on the inclined $(\bar{1}2\bar{1}0)_{n\text{-}GaN}$ and $(2\bar{1}\bar{1}0)_{n\text{-}GaN}$ prismatic planes. Such prismatic stacking faults (PSFs) have been observed to terminate closed domains bounded by $I_1$ BSFs.[30]

## III. EXPERIMENTS

*A*-plane GaN epilayers were grown by rf plasma source MBE (rfMBE) on nominally on-axis *r*-plane sapphire. Prior to growth, the sapphire surface was nitridated at either 200 or 800 °C. Nitridation times ranged from 15 min up to 2 h. Following nitridation, GaN buffer layers of thicknesses ranging from 15 up to 60 nm were grown. The buffer layer growth temperature was either 450 or 800 °C. Then 1 $\mu$m GaN was deposited at 715 °C. Both stoichiometric as well as N-rich growth conditions were studied. The growth mode was monitored *in situ* using reflection high-energy electron diffraction. TEM observations were performed using selected-area electron diffraction (SAED), diffraction contrast, and high-resolution TEM (HRTEM), on a JEOL 2011 electron microscope operating at 200 kV ($C_s = 0.5$ mm, point resolution=0.194 nm). Cross-sectional, as well as plan-view specimens were prepared by mechanical polishing followed by Ar$^+$ ion milling. Quantitative study of relative variations in lattice constants was performed using geometrical phase analysis (GPA) of HRTEM images.[31,32]

## IV. RESULTS AND DISCUSSION

### A. Misfit accommodation between *a*-plane GaN and *r*-plane sapphire

#### 1. Effects of the MDs

Figure 2 is a SAED pattern of the nonpolar epilayer viewed along the $[0001]_{n\text{-}GaN}$ zone axis. The arc-shaped GaN



FIG. 3. (Color online) (a) Cross-sectional HRTEM image of the heteroepitaxial interface between nonpolar *a*-plane GaN and *r*-plane sapphire, viewed along $[0001]_{n\text{-}GaN}\|[1\bar{1}0\bar{1}]_{Al_2O_3}$. The inset is the corresponding fft diffractogram showing small ($\sim 3°$) rotational misalignment between $(1\bar{1}00)_{n\text{-}GaN}$ and $(\bar{1}\bar{1}20)_{Al_2O_3}$. (b) Corresponding GPA map of the reduced relative variation in the *d*-spacing of vertical lattice planes, having as reference the *d*-spacing of the $(\bar{1}\bar{1}20)_{Al_2O_3}$ planes. The map was obtained using a spatial resolution of 1.1 nm. A periodic array of MDs is discernible. The superimposed arrows indicate the sense of their Burgers vectors as determined by circuit mapping. The inset is a Bragg image of the interfacial region, obtained by using the in-plane spatial frequencies $1\bar{1}00_{n\text{-}GaN}$ and $\bar{1}\bar{1}20_{Al_2O_3}$; MDs are depicted by the terminating extra half-lattice fringes at the sapphire side (indicated by arrows).

reflections indicate a range of misorientations up to $\pm 5.6°$ from the nominal OR1. We investigate if such misorientations can be attributed to MD arrays with out-of-plane Burgers vectors, as discussed in Sec. II B.

Figure 3(a) is a cross-sectional HRTEM image along $[0001]_{n\text{-}GaN}$ showing good interfacial structure of the heteroepitaxial interface between sapphire, nitridated for 15 min at 800 °C, and GaN grown under N-rich conditions. In the inset of Fig. 3(a) the corresponding diffractogram obtained by fast-Fourier transform (fft) is given, and it is observed that the $(1\bar{1}00)_{n\text{-}GaN}$ planes are rotationally misaligned with respect to the $(\bar{1}\bar{1}20)_{Al_2O_3}$ planes by $\sim 3°$. Figure 3(b) is the map of the reduced relative variation in the *d*-spacing of lattice planes normal to the interface, having as reference the $(\bar{1}\bar{1}20)_{Al_2O_3}$ *d*-spacing [i.e., $(d-d_{Al_2O_3})/d_{Al_2O_3}$]. The resulting variation between GaN and sapphire, averaged over 25 nm along the interface, was $16.2 \pm 0.4\%$. This yields $d = 0.2762$ nm, for the $(1\bar{1}00)_{n\text{-}GaN}$ planes, in exact agreement with the expected value for relaxed GaN. In addition, Fig. 3(b) shows good periodicity of MD strain fields at the het-

073525-4 Smalc-Koziorowska *et al.* J. Appl. Phys. **107**, 073525 (2010)

Case 1:12-cv-11554-WGY Document 29 Filed 03/25/13 Page 5 of 11

eroepitaxial interface. This periodicity is also well visible in the extra half-planes shown in the Bragg-filtered image, obtained from Fig. 3(a) by employing only the $1\bar{1}00_{\text{n-GaN}}/\bar{1}\bar{1}20_{\text{Al}_2\text{O}_3}$ in-plane spatial frequencies, and given as inset in Fig. 3(b). Circuit mapping has been employed to determine the Burgers vectors of the MDs and to ascertain their influence on the rotational misorientation. The resulting orientations of the Burgers vectors are indicated in Fig. 3(b). The derivation of these vectors and their influence are described below.

Figure 4(a) shows in detail a closed right-handed circuit *sklmnopqrs* around one MD (assuming out-of-paper dislocation line direction). This circuit maps to *sklmnopqrf* in the perfect GaN crystal, as shown again in Fig. 4(a). This mapping follows the Frank–Bilby method,[23,33,34] and yields that the Burgers vector is the out-of-plane vector $\mathbf{b}=\mathbf{fs}=1/3[\bar{2}110]_{\text{n-GaN}}$, in agreement with our *a priori* analysis (Sec. II) and the paper of Kröger *et al.*[11] We note of course that this Burgers circuit does not exclude the possibility of an additional **c**-type screw component of the Burgers vector, since this component would be along the zone axis and hence not discernible by HRTEM. Mapping of the same circuit to the bicrystalline reference space (or dichromatic complex), in Fig. 4(b), gives the Volterra operations that introduce the MD.[22–24] In Fig. 4(b), the GaN and sapphire crystals are designated white ($\lambda$) and black ($\mu$), respectively, in accordance with dichromatic bicrystallography. For GaN, the Volterra operation that is accommodated through the defect is the out-of-plane step vector $\mathbf{t}(\lambda)_i=1/3[1\bar{2}10]_{\text{n-GaN}}$. The in-plane component of $\mathbf{t}(\lambda)_i$ is compensated by an extra half-plane in sapphire introduced by the operation $\mathbf{t}(\mu)_j$. The out-of-plane component $\boldsymbol{b}_v=1/6[\bar{1}\bar{1}20]_{\text{n-GaN}}$ is not compensated, causing the rotation of the GaN lattice in the opposite sense relative to the Burgers vector.

Using such circuit mapping, it was found that, in Fig. 3, six out of the eight indicated MDs have upward sense of the step vector and only two correspond to a downward sense. A pair of MDs, with opposite step senses, cancel each other's effect on the lattice rotation as discussed in Sec. II B. Hence out of these eight MDs, only a net four dislocations induce lattice rotation. This is consistent with the misalignment by $\sim 3°$ of the epilayer about $[0001]_{\text{n-GaN}}$, measured on the fft diffractogram of Fig. 3(a). The sense of the rotational misalignment is consistent with the step sense of the dominant MDs. The observed misalignment in this particular area is smaller than that predicted *a priori* for an array of MDs with parallel Burgers vectors, and, overall, there is a range of misalignments manifested by the arc-shaped reflections in the SAED pattern of Fig. 2. In addition to the MD pairs with opposite step senses, the rotational effect of MDs can also be compensated by *p*-plane sapphire nanofacets which are almost parallel to the $\{10\bar{1}0\}_{\text{n-GaN}}$ planes, as shown in the Volterra-type schematic illustration of Fig. 4(c). The maximum misorientation observed by SAED (Fig. 2) is consistent with the *a priori* predicted value of $\theta_m=5.4°$. We point out that arc-shaped reflections were observed only at SAED patterns recorded along the $[0001]_{\text{n-GaN}}$ zone axis. No arc-shaped reflections were observed along the vertical orienta-





FIG. 4. (Color online) (a) Part of the HRTEM image of Fig. 3(a), showing a Burgers circuit around one MD. This circuit is also shown mapped to the GaN reference space, yielding closure failure $\mathbf{fs}=\mathbf{b}=1/3[\bar{2}110]$. (b) Mapping of the Burgers circuit to the bicrystalline reference space. The translation operations $\mathbf{t}(\lambda)_i$ and $\mathbf{t}(\mu)_j$ that introduce the MD in a Volterra-type manner are indicated. [Circle size and coloring denote distinct atomic species as indicated on the image, shading denotes distinct levels along the projection direction, vector $\xi$ denotes the out-of-paper sense of the dislocation's line direction, and $\Lambda=(2/3)^{1/2}(c/a)_{\text{Al}_2\text{O}_3}$]. (c) Schematic illustration of a *p*-plane sapphire nanofacet overgrown by a corresponding $(0\bar{1}10)$ nanofacet of GaN. The step vectors and the step heights are indicated.

tion $[1\bar{1}00]_{\text{n-GaN}}$, thus providing further confirmation that the rotational misalignment is the effect of the MDs.

Due to the rotational effect of the MDs, it is expected that low-angle tilt grain boundaries (LAGBs) are introduced among coalesced GaN islands. These boundaries should have $[0001]_{\text{n-GaN}}$ tilt axis and a tilt angle equal to $\Theta \lesssim 2\theta_m$





FIG. 5. (Color online) (a) Cross-sectional HRTEM image of two adjacent GaN grains taken along the $[0001]_{n\text{-GaN}}$ zone axis. The orientation of a tilt LAGB is indicated with an arrow. Closed Burgers circuits are indicated around two of the primary dislocations. The Burgers circuit is shown mapped to the perfect GaN crystal whereby closure failure **fs** arises. The inset is the fft diffractogram with indicated double $1\bar{1}00_{n\text{-GaN}}$ spatial frequencies due to the 7.13° tilt angle. (b) Bragg-filtered image obtained by using only the in-plane $1\bar{1}00_{n\text{-GaN}}$ spatial frequencies. The extra half-planes associated with the dislocations are indicated by arrows. (c) The GPA phase map obtained by using the in-plane $1\bar{1}00_{n\text{-GaN}}$ spatial frequencies. The phase changes due to the periodic array of primary dislocations of the LAGB are evident.

$=10.8°$. Figure 5(a) illustrates a HRTEM image of such a LAGB, viewed along the $[0001]_{\text{GaN}}$ tilt axis. In the inset of Fig. 5(a), the corresponding diffractogram, obtained by fft, is given, where it is noted that the $(1\bar{1}00)_{n\text{-GaN}}$ planes of the abutting nonpolar GaN grains are rotated by $\Theta=7.13°$. Figure 5(b) is the Bragg-filtered image, obtained using the $1\bar{1}00_{n\text{-GaN}}$ spatial frequencies, which shows the extra half-planes due to four periodically arranged primary dislocations that comprise the LAGB. Figure 5(c) is the corresponding GPA phase map whereby it is observed that the array of primary LAGB dislocations gives rise to periodically-arranged abrupt phase changes, visible as fringes terminating on the LAGB plane. Another array of such fringes is introduced by the MDs at the GaN/sapphire interface. As discussed in detail by Hÿtch *et al.*,[31] a displacement field $\mathbf{u}(\mathbf{r})$, e.g., due to a dislocation, can introduce a spatially dependent phase term $P_g(\mathbf{r})=-2\pi\mathbf{g}\cdot\mathbf{u}(\mathbf{r})$ in the Fourier component of the HRTEM image corresponding to the reciprocal space vector **g**. When a dislocation comprises an extra half-plane vertical to **g**, the normalized phase $P_g(\mathbf{r})$ increases gradually going around the dislocation core, until it changes abruptly between 0 and $2\pi$ radians (corresponding to a black-to-white color transition in the visualization of the phase). The termination points of the $2\pi$ phase shifts indicate the locations of the dislocation cores.

The Burgers vector of these LAGB dislocations was found to be $1/3[\bar{1}2\bar{1}0]$ using circuit mapping as shown in Fig. 5(a), and their average spacing along the boundary plane was 2.32 nm. The tilt angle, $\Theta$, and the angle, $\phi$, describing the deviation of the boundary plane from the symmetrical position, were calculated using the Read–Schockley formulas for tilt grain boundaries,[35] and were found to be, respectively, $\Theta=7.18°$ and $\phi=15.64°$. The value of measured $\Theta$ is almost the same, while, for the deviation of the LAGB from the symmetrical (vertical) position, we measured $\phi=\sim20°$. These values are in satisfactory agreement with the Read–Schockley prediction.

### 2. Effects of the SFs

Plan-view TEM observations of our GaN epilayers showed that they typically exhibited TD density of the order of $10^{10}$ cm$^{-2}$ and BSF density of the order of $10^5$ cm$^{-1}$ [Fig. 6(a)]. It is interesting that the average density of BSFs is of the same order as that of the spacing of extra half-planes required for misfit accommodation along $[0001]_{n\text{-GaN}}$. The density of an array of (0002) extra half-planes, spaced apart by 23 nm in order to fully accommodate the misfit, is equal to $4.3\times10^5$ cm$^{-1}$. This indicates that the BSFs constitute the principal mechanism of strain relaxation along the $[0001]_{n\text{-GaN}}$ direction. In order to further prove this point, we illustrate in Fig. 6(b) a plan-view HRTEM image of the heteroepitaxial interface. The image exhibits Moiré fringes due to the 16% mismatch along $[1\bar{1}00]_{n\text{-GaN}}$. In the same region, $I_1$ BSFs are observed showing that SF emanation initiates from the GaN/sapphire interface. In Fig. 6(b), one $I_1$ SF is shown to terminate at a PD. This partial is viewed edge-on and it coincides with a terminating Moiré fringe, signifying the nodal balance between the partial and a lattice MD along the [0001] direction. Such a reaction is illustrated schematically in Fig. 6(c), i.e., $\mathbf{a}_i+\mathbf{PD1}=\mathbf{PD2}$, where, for example, $\mathbf{a}_i=1/3[\bar{1}2\bar{1}0]$, $\mathbf{PD1}=1/6[2\bar{2}03]$, and $\mathbf{PD2}=1/6[02\bar{2}3]$.





FIG. 6. (a) Plan-view bright-field TEM image of the nonpolar GaN epilayer, recorded with **g** $1\bar{1}00_{n\text{-GaN}}$, showing BSFs. (b) Plan-view HRTEM image of the GaN/sapphire interface. Moiré fringes are discernible due to the 16% lattice mismatch along $[1\bar{1}00]_{n\text{-GaN}}$. In the vertical direction, a $I_1$ BSF terminated by a PD is indicated. The partial coincides with the termination of a Moiré fringe. (c) Schematic illustration of the nodal balance between **a**-type MDs along [0001], and the PDs bounding the $I_1$ SF.

FIG. 7. Filtered HRTEM image obtained from the image of Fig. 3(a) after removal of the spatial frequencies due to GaN. The sapphire is stepped and exhibits nanofacets attributed to the nitridation pretreatment.

## B. The semipolar orientation and its effects on defect introduction

In a previous paper we have discussed that $p$-plane nanofacets, introduced at the $r$-plane sapphire surface by the nitridation pretreatment, are responsible for the introduction of a parasitic semipolar orientation.[12] The semipolar orientation relationship is OR2: $\{0001\}_{s\text{-GaN}} \sim \| p$-plane $(2\bar{1}\bar{1}3)_{Al_2O_3}$ ($\sim 2°$ deviation), $[\bar{1}2\bar{1}0]_{s\text{-GaN}} \| [10\bar{1}1]_{Al_2O_3}$ and $(10\bar{1}1)_{s\text{-GaN}} \| (\bar{1}2\bar{1}0)_{Al_2O_3}$ (where subscript "s-GaN" denotes semipolar GaN). Furthermore, in Fig. 4(c) we have shown that $p$-plane nanofacets may also contribute to the reduction in the rotational misalignment introduced by the array of MDs. The $p$-plane nanofacets become apparent in cross-sectional HRTEM after filtering out the GaN spatial periodicities, as demonstrated in Fig. 7 which is obtained from the image of Fig. 3(a).

In order to appreciate the influence of the nitridation pretreatment in the introduction of $p$-plane nanofacets, the initial stages of GaN nucleation were studied by plan-view TEM observations of a 15 nm GaN nucleation layer grown at 450 °C under N-rich conditions, after nitridation of the substrate for 15 min at 800 °C. The particular growth conditions favor the formation of a high density of $a$-plane GaN islands.

Figure 8 illustrates plan-view TEM images showing that the $a$-plane GaN nanocrystals grow in a rectangular facetted morphology and form a regular pattern approximately aligned along $[\bar{1}\bar{1}20]_{Al_2O_3}$. The nanocrystals are elongated along the $[1\bar{1}00]_{n\text{-GaN}} \| [\bar{1}\bar{1}20]_{Al_2O_3}$ direction and coalesced along $[0001]_{n\text{-GaN}} \| [1\bar{1}0\bar{1}]_{Al_2O_3}$. This arrangement is attributed to the low surface energy of the stepped nitridated sapphire surface. The $[1\bar{1}0\bar{1}]_{Al_2O_3}$ direction is the line of intersection of the $r$-plane with the $p$-plane as explained in Fig. 3(c) of Smalc-Koziorowska et al.[12] This is also consistent with the experimental and calculated Wulff plots of $Al_2O_3$ given by other authors.[17,18]

The cross-sectional TEM observations have shown that the percentage of substrate surface coverage by the semipolar phase depends on the growth conditions. Measurements were obtained by averaging the surface coverage from at least 10 interfacial regions. When Ga-rich growth conditions were employed, the surface coverage was $\sim 10\%$ on average for up to 1 h of nitridation time but it increased to approximately 50% at 2 h nitridation. The average diameter of the semipolar crystallites was $\sim 10$ nm irrespective of nitridation duration, although, for longer nitridation times, larger crystallites, exceeding 50 nm in diameter, were also observed. On the other hand, under N-rich conditions the semipolar phase was suppressed.

The semipolar crystallites were observed to act as defect sources. Figures 9(a) and 9(b) show a cross-sectional TEM and a HRTEM image, respectively, illustrating the emanation



FIG. 8. (a) Low magnification and (b) high magnification plan-view bright-field TEM images, obtained with **g** $0002_{n\text{-GaN}}$, showing $a$-plane GaN nanocrystals of almost rectangular facetted morphology that form a regular pattern approximately aligned along $[\bar{1}\bar{1}20]_{Al_2O_3}$. The nanocrystals are elongated along $[1\bar{1}00]_{GaN}/[\bar{1}\bar{1}20]_{Al_2O_3}$, and coalesced along $[0001]_{GaN}/[1\bar{1}0\bar{1}]_{Al_2O_3}$. In the inset of (a), the SAED pattern illustrates the crystallographic orientation.





FIG. 9. (a) Two-beam bright-field cross-sectional TEM image, recorded with **g** $0002_{\text{n-GaN}}$, showing an emanating TD (arrowed). The semipolar regions are manifested by Moiré fringes. (b) Cross-sectional HRTEM fringe image recorded using only the $0002_{\text{n-GaN}}$ and $1\bar{1}0\bar{4}_{\text{Al}_2\text{O}_3}$ reflections. The image shows a TD connected to a small semipolar island. (c) HRTEM fringe image recorded along the $[1\bar{1}00]_{\text{n-GaN}}/[\bar{1}\bar{1}20]_{\text{Al}_2\text{O}_3}$ zone axis, showing a BSF emanating from a semipolar island. The BSF is terminated by a PSF.

FIG. 10. (Color online) (a) Cross-sectional HRTEM image of a semipolar nanocrystal viewed along the $[\bar{1}2\bar{1}0]_{\text{s-GaN}}$. Nonpolar *a*-plane GaN is viewed along $[\bar{1}2\bar{1}3]_{\text{n-GaN}}$, whereas the sapphire is viewed along $[10\bar{1}\bar{1}]_{\text{Al}_2\text{O}_3}$. The cubic part is viewed along $[110]_{\text{c-GaN}}$. A TD is observed to emanate from the semipolar/nonpolar GB (arrowed). (b) fft diffractogram of (a) showing principal crystal planes. (c) GPA phase image of (a) obtained using the $0002_{\text{s-GaN}}/1\bar{1}1_{\text{c-GaN}}/10\bar{1}0_{\text{n-GaN}}/2\bar{1}\bar{1}3_{\text{Al}_2\text{O}_3}$ spatial frequencies. Fringes terminating inside the material indicate the locations of interfacial dislocation cores.

of TDs from the nanocrystals into the epilayer. Such TDs can arise due to material coalescence caused by the lateral overgrowth of the crystallites by the *a*-plane GaN. Figure 9(c) is an HRTEM image showing the emanation of a BSF. The BSF terminates on a $(\bar{1}\bar{1}20)_{\text{n-GaN}}$ PSF parallel to the heteroepitaxial interface. The configuration is consistent with the d'Aragona and Delavignette mechanism,[36] thus supporting the postulate that the defects are introduced due to the coalescence of nonpolar wings overgrowing the semipolar nanocrystals.

Since the overgrown material is crystalline, then in order to justify the claim that the semipolar nanocrystals act as defects sources, we need to verify the dislocation continuity conditions so that the emanating defects are connected to interfacial defects at the nonpolar/semipolar grain boundaries (GBs). Figure 10(a) is a HRTEM image of a semipolar nanocrystal viewed along the $[10\bar{1}\bar{1}]_{\text{Al}_2\text{O}_3}$ direction that is inclined at ~103° relative to the substrate normal.[12] For this projection, the *a*-plane GaN is viewed along $[\bar{1}2\bar{1}3]_{\text{n-GaN}}$, whereas the semipolar nanocrystal is viewed along $[\bar{1}2\bar{1}0]_{\text{s-GaN}}$. The nanocrystal also includes an upper part of sphalerite cubic structure, due to a succession of BSFs. The cubic part is viewed along $[110]_{\text{c-GaN}}$ (where subscript "c-GaN" denotes cubic GaN). The nanocrystal has nucleated on the $(2\bar{1}\bar{1}3)_{\text{Al}_2\text{O}_3}$ *p*-nanofacet of the *r*-plane substrate surface. In Figs. 10(a) and 10(b), the crystal planes that are almost parallel are indicated. The relative orientation between nonpolar and semipolar corresponds approximately to a 90° rotation about $[\bar{1}2\bar{1}0]$, thus resulting to a high order of common symmetry and a very good fit between the two phases. The



FIG. 11. (a) Cross-sectional HRTEM image of the $(10\bar{1}0)_{s\text{-GaN}}/(\bar{1}2\bar{1}2)_{n\text{-GaN}}$ GB between the semipolar crystallite and nonpolar matrix viewed along $[\bar{1}2\bar{1}0]_{s\text{-GaN}}$ and $[\bar{1}2\bar{1}3]_{n\text{-GaN}}$. (b) Plan-view HRTEM observation showing the same GB viewed along $[\bar{1}1 2\bar{3}]_{s\text{-GaN}}$ and off $[\bar{1}1\bar{2}0]_{n\text{-GaN}}$. The GB plane intersects the foil surface along the $[\bar{1}2\bar{1}1]_{s\text{-GaN}}$ direction.

dichromatic pattern, i.e., the composite formed by the two interpenetrating lattices, has symmetry $P4'/mmm'$ (where the primes denote antisymmetry operations,[37] and the $90°[\bar{1}2\bar{1}0]$ rotation is the fourfold antisymmetry operation). The set of coincident point symmetry operations is {1 (the identity), $\bar{1}$, $2_{[0001]_s}\|2_{[10\bar{1}0]_n}$, $m_{(0001)_s}\|m_{(10\bar{1}0)_n}$, $2_{[10\bar{1}0]_s}\|2_{[0001]_n}$, $m_{(10\bar{1}0)_s}\|m_{(0001)_n}$, $2_{[\bar{1}2\bar{1}0]_s}\|2_{[\bar{1}2\bar{1}0]_n}$, and $m_{(\bar{1}2\bar{1}0)_s}\|m_{(\bar{1}2\bar{1}0)_n}$} (subscripts $s$ and $n$ denote semipolar and nonpolar, respectively). We note that part of this coincident symmetry is suppressed in the dichromatic complex, due the nonholosymmetric spacegroup of wurtzite ($P6_3mc$); hence the dichromatic complex has symmetry $Pm'm2'$.

The GPA phase image of Fig. 10(c) has been obtained using the $0002_{s\text{-GaN}}/1\bar{1}1_{c\text{-GaN}}/10\bar{1}0_{n\text{-GaN}}/2\bar{1}\bar{1}3_{Al_2O_3}$ spatial frequencies. In a manner similar to Fig. 5(c), the fringes that terminate inside the material indicate the locations of dislocations that introduce extra half-planes along the corresponding lattice periodicities. It is seen that, in addition to the heteroepitaxial interface giving rise to a regular array of MDs [owing to the 24.4% mismatch between the basal planes of semipolar GaN and the $(2\bar{1}\bar{1}3)$ planes of sapphire], the semipolar crystallite is also surrounded by interfacial dislocations residing at its GBs with the nonpolar matrix.

Let us concentrate on one of the nonpolar/semipolar GBs, in particular the planar boundary on the right hand side of the image, which can be seen to give rise to an emanating TD [arrowed in Fig. 10(a)]. This GB is viewed edge-on in Fig. 11(a) and its orientation is $(10\bar{1}0)_{s\text{-GaN}}/(\bar{1}2\bar{1}2)_{n\text{-GaN}}$. This orientation has also been confirmed on plan-view observations, as shown in Fig. 11(b), where such inclined GBs have been observed to intersect the foil surface. Figure 12(a) indicates a Burgers circuit drawn around an interfacial dislocation of this GB. The extra half-plane of the dislocation accommodates the 6.6% mismatch between the $(0002)_{s\text{-GaN}}$ and $(10\bar{1}0)_{n\text{-GaN}}$ planes. This circuit is shown mapped to the bicrystalline reference space in Fig. 12(b), whereby we now designate semipolar GaN as crystal $\lambda$, and nonpolar GaN as crystal $\mu$. Circuit mapping identifies the Burgers vector of this dislocation as $\mathbf{b}^\lambda = \mathbf{v}(\lambda)_i = 1/6[02\bar{2}3]$ when expressed in the coordinate frame of semipolar GaN. This out-of-plane Burgers vector is associated with an interfacial step of one



FIG. 12. (Color online) (a) Enlarged cross-sectional HRTEM image of the $(10\bar{1}0)_{s\text{-GaN}}/(\bar{1}2\bar{1}2)_{n\text{-GaN}}$ GB with a closed Burgers circuit indicated around an interfacial dislocation. (b) Volterra-type schematic illustration of the bicrystalline reference space, showing the step operation corresponding to the interfacial dislocation. The circuit depicted in (a) is also indicated. [Crystal $\lambda$ is semipolar GaN, and crystal $\mu$ is nonpolar GaN. Circle size and coloring denote distinct atomic species, vector $\xi$ denotes the out-of-paper sense of the dislocation's line direction, and $\Lambda = (2/3)^{1/2}(c/a)_{GaN}$.]

ML, in addition to the extra half-plane. When expressed in the coordinate frame of nonpolar GaN, this Burgers vector, $\mathbf{b}^\mu$, is found to be almost equal to the lattice vector $\mathbf{t}(\mu)_j = \mathbf{a}_j = 1/3[11\bar{2}0]$.

The Burgers vector of these GB dislocations is an intriguing finding. In the coordinate frame of semipolar GaN, the Burgers vector $\mathbf{v}(\lambda)_i$ is not a lattice vector. In fact it is the same vector as that of the PDs that delineate the $I_1$ BSFs. Hence, in the semipolar GaN it is possible that instead of exhibiting localized interfacial dislocations, the GB acts as a source of $I_1$ BSFs, justifying the large density of these defects in the nanocrystal. On the other hand, in the nonpolar GaN, the Burgers vector is almost equal to a lattice vector $\mathbf{t}(\mu)_j = \mathbf{a}_j$. This means that it is relatively easy for this defect to emanate from the nonpolar/semipolar GB and to become a TD, as is actually observed in Fig. 10(a), since it has suitable Burgers vector. (We note that due to the small mismatch between $\mathbf{v}(\lambda)_i$ and $\mathbf{t}(\mu)_j$, a residual Burgers vector equal to $\mathbf{b}_{res} = \sim 1/4[0001]$ is formally required for the nodal balance at the point of emanation of a TD.)

In addition to becoming sources of TDs and SFs, the semipolar nanocrystals also cause the introduction of twin boundaries due to the coexistence of their variants, as has been initially discussed in our previous contribution.[12] There

073525-9    Smalc-Koziorowska *et al.*    J. Appl. Phys. **107**, 073525 (2010)



FIG. 13. Schematic illustration of the possible **c**-axis orientations in the nonpolar and semipolar GaN leading overall to eight possible variants for their coexistence.

are three orientation variants of the fourfold antisymmetry operation, i.e., the three $\langle 2\bar{1}\bar{1}0\rangle$ axes. However, one of the three, in particular the variant corresponding to the growth direction $[\bar{1}\bar{1}20]$ of the nonpolar GaN, requires, for its nucleation, *p*-plane nanofacets inclined at ~75° relative to the substrate surface, and has not been observed. The semipolar variants observed so far correspond to the two *p*-plane nanofacets inclined at ~26° relative to the substrate surface. Taking also into account the orientation of the polar c-axis, there are eight possible ways of nonpolar/semipolar coexistence shown schematically in Fig. 13. Figure 14(a) is a plan-view HRTEM image of the sapphire-GaN interfacial region, showing the coexistence of the semipolar orientation variants in twin relationship, manifested through the Moiré pattern due to the GaN/sapphire mismatch. The image has been recorded along the $[2\bar{2}01]_{Al_2O_3}$ zone axis, which is tilted at an angle of 6° from the substrate normal. In Fig. 14(a), the diffractogram obtained by the fft of this image is given and Fig. 14(b) is the corresponding SAED pattern from the same interfacial area. It is deduced that the observed Moiré pattern is of the rotational-translational type,[38] due to the $1\bar{1}0\bar{4}_{Al_2O_3}$ and $1\bar{1}00_{GaN}$ reflections forming a tilt angle $\alpha=3.8°$. The Moiré fringe spacing is $D=\sim 2.5$ nm, and the fringe rotation angle is $\omega=39.6°$.[38] At part of the image, the two sets of twin-related Moiré fringes intersect end-on. As expected, this direction is vertical to the $11\bar{2}0_{Al_2O_3}$ reflection, which is consistent with Fig. 8, i.e., this is the line of intersection of the *p*-plane nanofacets inclined at ~26° relative to the substrate surface. At the areas where the twin boundary deviates from this symmetric orientation (presumably due to the out-of-plane growth of the semipolar crystallites), periodic extra Moiré fringes appear, signifying the introduction of dislocations on the twin boundary that accommodate this deviation.[38]

## V. CONCLUSIONS

The influence of the heteroepitaxial interface on the defect content of nonpolar *a*-plane GaN grown on *r*-plane sapphire has been studied, by integrating multiple TEM techniques with topological analysis. The *a priori* topological analysis of the misfit accommodation has been confirmed *a posteriori* by TEM observations. It has been shown that the structural mismatch is accommodated in different ways along distinct in-plane directions. Along the in-plane $[0001]_{n-GaN}\|[1\bar{1}0\bar{1}]_{Al_2O_3}$ direction, type $I_1$ BSFs provide the principal relaxation mechanism through PDs at the GaN/sapphire interface. On the other hand, along $[1\bar{1}00]_{n-GaN}\|[\bar{1}\bar{1}20]_{Al_2O_3}$, the misfit is relaxed by $\mathbf{a}_i$ or ($\mathbf{a}_i+\mathbf{c}$)-type MDs with out-of-plane Burgers vectors. The vertical components of these Burgers vectors lead to rotational misorientations of the epilayer by up to ±5.4° about the $[0001]_{n-GaN}$ direction. As a result, arc-shaped GaN reflections appear in SAED patterns obtained along the $[0001]_{n-GaN}$ zone axis. Furthermore, the coalescence of rotationally misoriented GaN islands leads to the introduction of LAGBs that may reach a maximum tilt angle equal to 10.8°. The LAGBs are defect sources since they comprise arrays of lattice dislocations that accommodate the tilt angle.



FIG. 14. (a) Plan-view HRTEM image of the interfacial regions between semipolar GaN and sapphire showing the coexistence of twin variants. The image has been recorded along the $[2\bar{2}01]_{Al_2O_3}$ zone axis which is tilted at an angle of 6° from the substrate normal $[1\bar{1}0(2/\Lambda^2)]_{Al_2O_3}$. The diffractogram obtained by fft of this image is given as inset. (b) Corresponding SAED pattern taken from the same interfacial area. The pattern is recorded along $[2\bar{2}01]_{Al_2O_3}$, and off the $[\bar{1}\bar{1}20]_{n-GaN}$ zone axis, as well as off the $\langle\bar{1}2\bar{1}3\rangle_{s-GaN}$ zone axes of the semipolar twin variants.

A secondary semipolar epitaxial orientation is the result of nucleation on energetically favorable *p*-plane nanofacets on the surface of the *r*-plane sapphire substrate that, in our case, were promoted by the nitridation pretreatment. The semipolar orientation is itself energetically favorable since it is related to the nonpolar one by a ~90° rotation around $\langle\bar{1}2\bar{1}0\rangle$ axes, which results in a high order of common symmetry between the two phases. Such misoriented nanocrystals are overgrown by the dominant nonpolar material leading to defect introduction, namely TDs and SFs, as a result of lateral coalescence. We have determined that the interfacial dislocations at the semipolar/nonpolar GBs have suitable Burgers vectors in order to easily become TDs. In addition, the nonpolar/semipolar GBs can become sources of SFs, promoting the formation of pockets of cubic GaN inside the nanocrystals. Furthermore, the coexistence of semipolar orientation variants leads to additional defects, namely twin boundaries and associated dislocations.

Case 1:12-cv-11554-WGY  Document 29  Filed 03/25/13  Page 11 of 11

073525-10  Smalc-Koziorowska *et al.*  J. Appl. Phys. **107**, 073525 (2010)

Overall, for *a*-plane GaN grown on *r*-plane sapphire we have identified nanoscale mechanisms occurring at the interfacial region, that cause the introduction of additional defects compared to polar growth. These are attributed to the misfit accommodation, and to morphological features of the sapphire surface that promote the introduction of semipolar nanocrystals.

## ACKNOWLEDGMENTS

This work has been supported under the European Community's Marie Curie Research Training Network PARSEM (Grant No. MRTN-CT-2004-005583). The authors wish to thank Professor Ph. Komninou, Assistant Professor Th. Kehagias, and Assistant Professor J. Kioseoglou for fruitful discussions.

[1] D. Fuhrmann, U. Rossow, C. Netzel, H. Bremers, G. Ade, P. Hinze, and A. Hangleiter, Phys. Status Solidi C **3**, 1966 (2006).
[2] T. Takeuchi, S. Sota, M. Katsuragawa, M. Komori, H. Takeuchi, H. Amano, and I. Akasaki, Jpn. J. Appl. Phys., Part 2 **36**, L382 (1997).
[3] B. A. Haskell, S. Nakamura, S. P. DenBaars, and J. S. Speck, Phys. Status Solidi B **244**, 2847 (2007).
[4] U. T. Schwarz and M. Kneissl, Phys. Status Solidi (RRL) **1**, A44 (2007).
[5] P. Waltereit, O. Brandt, A. Trampert, H. T. Grahn, J. Menniger, M. Ramsteiner, M. Reiche, and K. H. Ploog, Nature (London) **406**, 865 (2000).
[6] S.-M. Hwang, Y. G. Seo, K. H. Baik, I.-S. Cho, J. H. Baek, S. Jung, T. G. Kim, and M. Cho, Appl. Phys. Lett. **95**, 071101 (2009).
[7] J. S. Speck and S. F. Chichibu, MRS Bull. **34**, 304 (2009).
[8] J. Jasinski, Z. Liliental-Weber, H. P. Maruska, B. H. Chai, D. W. Hill, M. M. C. Chou, J. J. Gallagher, and S. Brown, *New Applications for Wide-Bandgap Semiconductors*, edited by J.-I. Chyi, S. J. Pearton, J. Han, A. G. Baca, and W. H. Chang, MRS Symposia Proceedings Vol. 764, (Materials Research Society, Pittsburgh, 2003), p. 369.
[9] I. Grzegory, H. Teisseyre, B. Lucznik, B. Pastuszka, M. Bockowski, and S. Porowski, in *Nitrides with Nonpolar Surfaces*, edited by T. Paskova (Wiley, New York, 2008), Chap. 3.
[10] P. Vennéguès and Z. Bougrioua, Appl. Phys. Lett. **89**, 111915 (2006).
[11] R. Kröger, T. Paskova, S. Figge, D. Hommel, A. Rosenauer, and B. Monemar, Appl. Phys. Lett. **90**, 081918 (2007).
[12] J. Smalc-Koziorowska, G. P. Dimitrakopulos, S.-L. Sahonta, G. Tsiakatouras, A. Georgakilas, and Ph. Komninou, Appl. Phys. Lett. **93**, 021910 (2008).
[13] L. Zhou, R. Chandrasekaran, T. D. Moustakas, and D. J. Smith, J. Cryst. Growth **310**, 2981 (2008).
[14] T. Shibata, K. Asai, Y. Nakamura, M. Tanaka, K. Kaigawa, J. Shibata, and H. Sakai, J. Cryst. Growth **229**, 63 (2001).
[15] K. Kusakabe, S. Ando, and K. Ohkawa, J. Cryst. Growth **298**, 293 (2007).
[16] K. Kusakabe, D. Terui, T. Yamazaki, I. Hashimoto, and K. Ohkawa, Appl. Phys. Lett. **92**, 171912 (2008).
[17] A. Marmier and S. C. Parker, Phys. Rev. B **69**, 115409 (2004).
[18] M. Kitayama and A. M. Glaeser, J. Am. Ceram. Soc. **85**, 611 (2002).
[19] J. Smalc-Koziorowska, Ph. Komninou, S.-L. Sahonta, J. Kioseoglou, G. Tsiakatouras, and A. Georgakilas, Phys. Status Solidi C **5**, 3748 (2008).
[20] R. Felice and J. E. Northrup, Appl. Phys. Lett. **73**, 936 (1998).
[21] A. Georgakilas, H. M. Ng, and Ph. Komninou, in *Nitride Semiconductors: Handbook on Materials and Devices*, edited by P. Ruterana, M. Albrecht, and J. Neugebauer (Wiley, New York, 2003), Chap. 3.
[22] G. P. Dimitrakopulos, Ph. Komninou, Th. Karakostas, and R. C. Pond, in *Nitride Semiconductors: Handbook on Materials and Devices*, edited by P. Ruterana, M. Albrecht, and J. Neugebauer (Wiley, New York, 2003), Chap. 7; G. P. Dimitrakopulos, Ph. Komninou, and R. C. Pond, Phys. Status Solidi B **227**, 45 (2001).
[23] R. C. Pond and J. P. Hirth, Solid State Phys. **47**, 288 (1994).
[24] G. P. Dimitrakopulos, Th. Karakostas, J. G. Antonopoulos, and R. C. Pond, Interface Sci. **5**, 35 (1997).
[25] J. W. Matthews and A. E. Blakeslee, J. Cryst. Growth **27**, 118 (1974).
[26] R. People and J. C. Bean, Appl. Phys. Lett. **47**, 322 (1985).
[27] R. C. Pond, X. Ma, J. P. Hirth, and T. E. Mitchell, Philos. Mag. **87**, 5289 (2007).
[28] M. Aindow and R. C. Pond, Philos. Mag. A **63**, 667 (1991).
[29] J. P. Hirth and J. Lothe, *Theory of Dislocations*, 2nd ed. (Wiley-Interscience, New York, 1982), p. 354.
[30] D. N. Zakharov, Z. Liliental-Weber, B. Wagner, Z. J. Reitmeier, E. A. Preble, and R. F. Davis, Phys. Rev. B **71**, 235334 (2005).
[31] M. J. Hÿtch, J.-L. Putaux, and J.-M. Peìnisson, Nature (London) **423**, 270 (2003).
[32] M. J. Hÿtch, E. Snoeck, and R. Kilaas, Ultramicroscopy **74**, 131 (1998).
[33] F. C. Frank, *Symposium on the Plastic Deformation of Crystalline Solids* (The Physical Society, London, 1950), p. 150.
[34] B. A. Bilby, in *Progress in Solid Mechanics*, edited by I. N. Sneddon and R. Hill (North-Holland, Amsterdam, 1960, Vol. 1), p. 329.
[35] W. T. Read and W. Shockley, Phys. Rev. **78**, 275 (1950).
[36] F. Secco d'Aragona and P. Delavignette, J. Phys. Colloq. **27**, C3 121 (1966).
[37] R. C. Pond and D. S. Vlachavas, Proc. R. Soc. London, Ser. A **386**, 95 (1983).
[38] P. B. Hirsch, A. Howie, R. B. Nicholson, D. W. Pashley, and M. J. Whelan, *Electron Microscopy of Thin Crystals* (Butterworths, London, 1965).