# EXHIBIT 5

Copyright © 2007 American Scientific Publishers
All rights reserved
Printed in the United States of America

Journal of
Nanoscience and Nanotechnology
Vol. 7, 4053–4056, 2007

# Multi-Wavelength Emitting InGaN/GaN Quantum Well Grown on V-Shaped GaN(1̄101) Microfacet

Eun-Sil Kang[1], Jin-Woo Ju[1], Jin Soo Kim[1], Haeng-Keun Ahn[1], June Key Lee[2], Jin Hyeok Kim[2], Dong-Chan Shin[3], and In-Hwan Lee[1,*]

[1] School of Advanced Materials Engineering and Research Center for Advanced Materials Development, Chonbuk National University, Chonju 561-756, Korea
[2] School of Materials Science and Engineering, Chonnam National University, Gwangju 500-757, Korea
[3] Department of Advanced Materials Engineering, Chosun University, Gwangju 501-759, Korea

InGaN/GaN multiple quantum wells (MQWs) were successfully grown on the inclined GaN(1̄101) microfacets. Conventional photolithography and subsequent growth of GaN were employed to generate the V-shaped microfacets along ⟨11̄20⟩ direction. The well-developed microfacets observed by scanning electron microscopy and the clear transmission electron microscope interfacial images indicated that the MQW was successfully grown on the GaN microfacets. Interestingly, cathodoluminescence (CL) spectra measured on the microfacets showed a continuous change in the luminescence peak positions. The CL peaks were shifted to a longer wavelength from 420 nm to 440 nm as the probing points were changed along upward direction. This could be attributed to the non-uniform distribution of the In composition and/or the wavefunction overlapping between adjacent wells. Present works thus propose a novel route to fabricate a monolithic white light emitting diode without phosphors by growing the InGaN/GaN MQWs on (1̄101) facet.

**Keywords:** GaN, InGaN/GaN Quantum Well, Microfacet, MOCVD.

## 1. INTRODUCTION

InGaN/GaN multiple quantum well (MQW) structures have been intensively investigated because they are used as the active layer of light emitting diodes (LEDs) in the blue-green and near ultra-violet spectral regions.[1] To date, most of these InGaN/GaN heterostructures have been grown on c-plane sapphire substrate which leads to (0001)-oriented GaN with a polar character.[2] Moreover, GaN-based materials have large piezoelectric constants, and thus high piezoelectric fields are induced in these strained layers.[3,4] Previous studies on the strained InGaN/GaN MQWs indicated that the piezoelectric fields are in the order of MV/cm.[2–4] These piezoelectric fields in the QW structures cause the intrinsic quantum-confined Stark effect (QCSE), resulting in red shift of the transition energy and decrease of transition probability.[5,6] Furthermore, the QCSE becomes remarkable with increasing In composition in InGaN/GaN QWs and can be a major drawback for realizing LEDs operating at longer wavelengths.[5–7]

Therefore, it is crucially important for LEDs with higher performances to avoid the QCSE. For this purpose, the use of nonpolar planes such as M-plane (1̄100) or A-plane (112̄0) has been proposed.[8–10] However, in both types of the nonpolar GaN, high density of stacking faults was observed independent of substrates used (γ-LiAlO$_2$ or 4H-SiC).[11,12] Recently, Takeuchi et al. theoretically investigated the crystal orientation dependence of the longitudinal piezoelectric fields induced in wurtzite strained InGaN/GaN heterostructures.[13] They showed that no longitudinal piezoelectric field was induced in orientation with the off angles of 39° and 90° from (0001). This indicates that optical devices with wurtzite nitride-based strained QWs can be significantly improved in terms of light output intensity and stability of emission wavelength by inducing growth along these off-angle orientations. The 90°-inclined plane corresponds to nonpolar planes such as M- or A-plane, while the 39° plane is very close to the angle formed by (1̄101).

The epitaxial lateral overgrowth (ELOG) is a promising technique for obtaining a high-quality epitaxial layer with low threading dislocation density.[14] Especially, the ELOG GaN can be shaped with either rectangular or triangular cross-section by changing growth conditions.[15] In this work, InGaN/GaN MQWs were successfully grown on the inclined GaN(1̄101) microfacets. Conventional

---

*Author to whom correspondence should be addressed.

Case 1:12-cv-11554-WGY   Document 29-1   Filed 03/25/13   Page 3 of 5

Multi-Wavelength Emitting InGaN/GaN Quantum Well Grown on V-Shaped GaN(1101) Microfacet                        Kang et al.

photolithography followed by regrowth of GaN generated the V-shaped (1101) microfacets along ⟨1120⟩ direction. Cathodoluminescence (CL) spectra showed a nonuniform color distribution on the microfacets. This work proposes the novel route to fabricate a monolithic white light emitting diode without phosphors by controlling the growth of the InGaN/GaN MQWs on (1101) facet.

## 2. EXPERIMENTAL DETAILS

The samples were grown on (0001) plane sapphire ($Al_2O_3$) substrates by MOCVD (Veeco D180 GaN). Trimethylgallium (TMGa), trimethylindium (TMIn) and ammonia ($NH_3$) were used as precursors for Ga, In, and N, respectively. Prior to the growth, sapphire substrates were heated to 1125 °C in hydrogen ambient for 5 min to remove surface contaminants. A 30 nm thick GaN nucleation layer was grown at 530 °C, followed by growth of nominal 1.5 $\mu$m thick undoped GaN layer and 2.5 $\mu$m thick Si-doped $n$-type GaN at the elevated temperature of 1048 °C. After the first MOCVD growth, a 100 nm-thick $SiO_2$ film was deposited by plasma-enhanced chemical vapor deposition (PECVD) on the underlying GaN. Conventional photolithography and reactive ion etching (RIE) were used to form patterned stripes. The photomask was designed to have 4 sections of different patterns in 2 inch wafer. Three quarters were composed of stripes with an identical 4 $\mu$m window and different width of mask (4, 7, and 10 $\mu$m), oriented along the GaN ⟨1120⟩ directions. One quarter with a 4 $\mu$m window and 7 $\mu$m mask was patterned on the wafer to check the growth in the perpendicular ⟨1100⟩ directions. The sample was then loaded in to the MOCVD chamber to form V-shaped GaN(1101) microfacets along ⟨1120⟩ directions. The growth was carried out at 1033 °C and 200 torr for 3 hours with V/III ratio of 1700. Subsequently, five periods InGaN/GaN MQWs were grown at 750 °C (well) and 850 °C (barrier), respectively. Finally the MQW was capped with a 100 nm-thick undoped GaN layer. $N_2$ gas was used as the carrier gas during the growth of the MQW active region in order to enhance the efficiency for indium incorporation, while $H_2$ gas was used as the carrier gas to grow the remaining parts of the sample. Four samples will be compared.

Samples were grown with different window/mask width of 4/4, 4/7, and 4/10 $\mu$m (labeled as sample A, B, and C, respectively) along the GaN ⟨1120⟩ directions. Sample D was grown on 4/7 $\mu$m stripe along ⟨1100⟩ direction.

The optical characteristics of the MQWs were evaluated using CL and photoluminescence (PL) measurements. A modified JEOL-840A scanning electron microscope (SEM) using a 15 keV e-beam was used for CL measurements at room temperature. A He-Cd laser (325 nm) was used for PL excitation with power densities up to 10 W/cm². The microstructure was studied by a transmission electron microscope (TEM) operated at 200 kV. The TEM specimen was prepared by conventional $Ar^+$ milling.

## 3. RESULTS AND DISCUSSION

Figure 1 shows the cross-sectional SEM images of the V-shaped GaN(1101) microfacets along ⟨1120⟩ directions for different mask width. The height of the pyramidal GaN was increased with increasing mask width. On the other hand, the (0001) plane was broadened by decreasing mask width. These different morphologies can be attributed to the difference in vertical and lateral growth rates after the coalescence of the base area has taken place. At first, only the V-shaped GaN(1101) microfacets were facilitated to grow until the neighbor GaN facets were joined. After that the lateral growth rate was accelerated, which led to gradual broadening of the top (0001) area. Thus, V-shaped GaN grown on the narrow mask width has a wider (0001) plane because neighbor GaN facets meet earlier. Sample D revealed a fully coalesced rectangular cross section (not shown here) as is expected for ELOG with ⟨1100⟩ stripe.[14, 15]

To further investigate the interfacial structure of InGaN/GaN MQWs on the GaN facet, TEM was performed. Figure 2 shows the cross-sectional TEM images of sample C viewed along the ⟨1120⟩ direction. The clear interfacial contrast in Figure 2(b) indicates that the MQW was successfully formed on the GaN facets and the thickness of MQW was varied with position. Figure 2(b) compares the MQW in the upper and lower part of the (1101) facet. The thickness of InGaN well was invariant to be 1.7 nm. The GaN barrier thickness in the upper and lower



**Fig. 1.** Cross-sectional SEM images of the V-shaped GaN(1101) microfacets along ⟨1120⟩ directions for different mask width: (a) 4 $\mu$m, (b) 7 $\mu$m, and (c) 10 $\mu$m.

Kang et al.     Multi-Wavelength Emitting InGaN/GaN Quantum Well Grown on V-Shaped GaN($1\bar{1}01$) Microfacet





Fig. 3. Room temperature PL spectra for sample C and D having 4/7 μm stripe pattern parallel to $\langle 11\bar{2}0 \rangle$ and $\langle 1\bar{1}00 \rangle$, respectively.



Fig. 2. Cross-sectional TEM images viewed along the $\langle 11\bar{2}0 \rangle$ direction, showing (a) entire region and (b) magnified image of area on the ($1\bar{1}01$) facet.

part was 3.8 nm and 5.8 nm, respectively. It is unclear at the moment why the growth rate of GaN barrier is position-dependent. It is noteworthy that the growth rate of the well and the barrier on ($1\bar{1}01$) facet is significantly smaller than that on (0001) plane. For the growth of InGaN/GaN MQW we applied the same growth recipe as a blue LED that aimed well and barrier thickness of 2.5 nm and 15 nm, respectively. This different growth rate is attributable to the fact that the incorporation efficiency of adatom at the growth front depends on crystallographic orientation.[16]

Figure 3 shows room temperature PL spectra for sample C and D. The PL spot size was 100 μm in diameter.

Although both samples have the same 4/7 μm stripe pattern, the different direction resulted in remarkably different PL spectra. Sample D exhibited intense PL at 480 nm from the high quality blue InGaN/GaN MQW grown on the ELOG. On the other hand, sample C grown on ($1\bar{1}01$) facet featured a broad radiative recombination. Weaker PL intensity for sample C may be to the fact that the MQW was grown by using the recipe established for GaN (0001) plane, without optimizing its own process parameters.

In an attempt to examine the broad PL characteristics for MQWs grown on ($1\bar{1}01$) facet, CL spectra were analyzed. Figure 4 shows the position dependence CL spectra for sample A measured at room temperature. As the e-beam is moved from the bottom to the top edge of the facet, a 20 nm red-shift (from 420 nm to 440 nm) of the MQW emission peak wavelength was observed, leading to the distinct C-shaped peak position. This is an interesting observation because it suggests a monolithic white LED without phosphors can be fabricated by growing the MQWs on ($1\bar{1}01$) facet and controlling the overall difference between the peak positions. Srinivasan et al. reported that the spatial variation in the CL wavelength was caused by the variation in well width along the slope of the GaN facet.[17]

In this work, the well thickness is uniform and the barrier thickness is different along the facet, as seen in the TEM micrograph in Figure 2(b). We consider that the CL peak shift along the facet can be caused by the change in barrier thickness (4–6 nm): the barrier is thin enough to allow the adjacent wavefunction to overlap.[18,19] The wavefunction overlapping between adjacent wells will cause red-shift of CL peak, which will be larger with decreasing barrier thickness. Nishizuka et al. and Zhang et al. attributed the evolution of peak position to In compositional variation in the QW along the facet because of a longer migration length of In than Ga.[20,21] Therefore, in-depth compositional analysis is needed to clarify the reason for the C-shaped peak evolution because we can not rule out, at this moment, the possibility of In compositional variation along the facet. We believe that by controlling

Case 1:12-cv-11554-WGY   Document 29-1   Filed 03/25/13   Page 5 of 5

Multi-Wavelength Emitting InGaN/GaN Quantum Well Grown on V-Shaped GaN($1\bar{1}01$) Microfacet    Kang et al.



**Fig. 4.** Room temperature CL spectra measured on the microfacets at different positions as indicated in the left SEM image.

growth parameters and mask geometries, not only the overall difference between the peak positions can be further increased but also a desired wavelength can be produced. Present works thus propose the fabrication of a monolithic white light emitting diode without phosphors by controlling the growth of InGaN/GaN MQWs on ($1\bar{1}01$) facet.

## 4. CONCLUSION

We have investigated the growth of InGaN/GaN MQWs formed on V-shaped GaN($1\bar{1}01$) microfacet. The clear TEM interfacial images indicated that the MQW was successfully grown on the GaN facets. PL spectra for the MQW on the microfacets featured a broad radiative recombination while the rectangular (0001) plane exhibited blue luminescence. CL measured on the microfacets showed a continuous change of the luminescence peak positions. The CL peaks were shifted to a longer wavelength from 420 nm to 440 nm as the probing points changed. This could be attributed to the non-uniform distribution of the In composition and/or the wavefunction overlapping between adjacent wells. We believe that by controlling growth parameters and mask geometries, not only the overall difference between the peak positions can be further increased but also a desired wavelength can be produced. Present works thus propose the fabrication of a monolithic white light emitting diode without phosphors by growing the InGaN/GaN MQWs on ($1\bar{1}01$) facet.

**Acknowledgment:** This work was supported by the Korea Research Foundation Grant (R08-2003-000-10832-0) and Post BK21 Program funded by the Korean Government (MOEHRD).

## References and Notes

1. S. Nakamura and G. Fasol, The Blue Laser Diode, Springer, Berlin (1997).
2. F. Bernardini, V. Fiorentini, V. Vanderbilt, *Phys. Rev. B* 56, R10024 (2000).
3. O. Ambacher, J. Smart, J. R. Shealy, N. G. Weimann, K. Chu, M. Murphy, W. J. Schaff, L. F. Eastman, R. Dimitrov, L. Wittmer, M. Stutzmann, W. Rieger, and J. Hilsenbeck, *J. Appl. Phys.* 85, 3222 (1999).
4. O. Ambacher, B. Foutz, J. Smart, J. R. Shealy, N. G. Weimann, K. Chu, M. Murphy, A. J. Sierakowski, W. J. Schaff, L. F. Eastman, R. Dimitrov, A. Mitchell, and M. Stutzmann, *J. Appl. Phys.* 87, 334 (2000).
5. T. M. Hsu, C. Y. Lai, W.-H. Chang, C.-C. Pan, C.-C. Chuo, and J.-I. Chyi, *Appl. Phys. Lett.* 84, 1114 (2004).
6. N. A. Shapiro, Y. Kim, H. Feick, E. R. Weber, P. Perlin, J. W. Yang, I. Akasaki, and H. Amano, *Phys. Rev. B* 62, R16318 (2000).
7. T. Takeuchi, S. Sota, M. Katsuragawa, M. Komori, H. Takeuchi, H. Amano, and I. Akasaki, *Jpn. J. Appl. Phys.* 36, L382 (1997).
8. T. Koyama, T. Onuma, H. Masui, A. Chakraborty, B. A. Haskell, S. Keller, U. K. Mishra, J. S. Speck, S. Nakamura, S. P. DenBaars, T. Sota, and S. F. Chichibua, *Appl. Phys. Lett.* 89, 091906 (2006).
9. A. Chakraborty, K. C. Kim, F. Wu, J. S. Speck, S. P. DenBaars, and U. K. Mishra, *Appl. Phys. Lett.* 89, 041903 (2006).
10. A. Hakraborty, B. A. Haskell, H. Masui, S. Keller, J. S. Speck, S. P. Denbaars, S. Nakamura, and U. H. K. Mishra, *Jpn. J. Appl. Phys.* 45, 739 (2006).
11. D. N. Zakharov, Z. Liliental-Weber, B. Wagner, Z. J. Reitmeier, E. A. Preble, and R. F. Davis, *Phys. Rev. B* 71, 235334 (2005).
12. M. D. Craven, S. H. Lim, F. Wu, J. S. Speck, and S. P. DenBaars, *Appl. Phys. Lett.* 81, 469 (2002).
13. T. Takeuchi, H. Amano, and I. Akasaki, *Jpn. J. Appl. Phys.* 39, 413 (2000).
14. Y. Kato, S. Kitamura, K. Hiramatsu, and N. Sawaki, *J. Cryst. Growth* 144, 133 (1994).
15. D. Kapolnek, S. Keller, R. Vetury, R. D. Underwood, P. Kozodiy, S. P. DenBaars, and U. K. Mishra, *Appl. Phys. Lett.* 71, 1204 (1997).
16. K. Hiramatsu, *J. Phys.: Condens. Matter* 13, 6961 (2001).
17. S. Srinivasan, M. Stevens, F. A. Ponce, and T. Mukai, *Appl. Phys. Lett.* 87, 131911 (2005).
18. Y. Nakata, Y. Sugiyama, T. Futatsugi, and N. Yokoyama, *J. Cryst. Growth* 175/176, 713 (1996).
19. R. Heitz, A. Kalburge, Q. Xie, M. Grundmann, P. Chen, A. Hoffmann, A. Madhukar, and D. Bimberg, *Phys. Rev. B* 57, 9050 (1998).
20. K. Nishizuka, M. Funato, Y. Kawakami, Y. Narukawa, and T. Mukai, *Appl. Phys. Lett.* 87, 231901 (2005).
21. X. Zhang, P. D. Dapkus, D. H. Rich, I. Kim, J. T. Kobayashi, and N. P. Kobayashi, *J. Electron. Mater.* 29, 10 (2000).

Received: 4 May 2007. Revised/Accepted: 22 May 2007.