# EXHIBIT 7



# WILEY ELECTRICAL  AND ELECTRONICS ENGINEERING DICTIONARY

   

## STEVEN M. KAPLAN

# WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY

**Steven M. Kaplan**
Lexicographer



IEEE PRESS



A JOHN WILEY & SONS, INC., PUBLICATION

Copyright © 2004 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representation or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of | merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print, however, may not be available in electronic format.

*Library of Congress Cataloging-in-Publication Data is available.*

Kaplan, Steven M.

Wiley Electrical and Electronics Engineering Dictionary

ISBN 0-471-40224-9

Printed in the United States of America.

10 9 8 7 6 5 4 3 2

**law of matter conservation** Same as **law of mass conservation**.

**law of reflection** A law stating that a wave or ray, such as sound or light, which strikes a reflecting surface at a given angle, is reflected at an equal angle in the opposite direction with respect to a perpendicular line arising from the point of incidence. The striking ray or wave is called incident ray or wave, respectively, and is in the same plane as the reflected ray or wave. Also called **reflection law**.

**LAWN** Acronym for **local-area wireless network**.

**lawnmower** In radars, a type of preamplifier which is especially useful for reducing clutter produced by background electrical noise.

**lawrencium** A synthetic chemical element whose atomic number is 103. It has about 10 known isotopes, all of which are unstable, and is an alpha emitter. The techniques employed to produce this element are utilized to help discover new elements with higher atomic numbers. Its chemical symbol is **Lr**.

**lay** The lateral direction in which a conductor, or group of conductors, is wound around a cable core, or around another layer of conductors. The direction of lay may be left-hand or right-hand. If the conductors form counterclockwise spirals when traveling away from an observer viewing along the longitudinal axis of a cable, then it is left-hand. The converse is true for right-hand. Also called **direction of lay**.

**layer** 1. A defined thickness which is part of a material, or which surrounds it. For example, an atmospheric or ionospheric layer, a layer in a semiconductor, or that produced through plating. 2. In communications and computers, a defined set of capabilities, functions, and protocols which pertain to a given stratum within a hierarchical arrangement. For instance, any of the seven layers within OSI Reference Model.

**layer 1** Within the OSI Reference Model for the implementation of communications protocols, the first, or lowest, of the seven layers. This layer deals with the hardware aspects of sending and receiving data in the network. Layer 1 provides the specifications for the transmission medium, such as fiber-optic cable or coax, for the adapter cards, connectors and their pinouts, and so on. At the sending end this layer accepts the bit stream from layer 2, places it in the physical medium, and at the receiving end extracts the bit stream and returns it to layer 2. Also called **physical layer**.

**layer 2** Within the OSI Reference Model for the implementation of communications protocols, the second lowest level, located directly above layer 1. This layer takes care of functions such as the coding, addressing, and transmission of information between nodes. Also called **data-link layer**.

**Layer 2 Tunneling Protocol** Same as **L2TP**.

**layer 3** Within the OSI Reference Model for the implementation of communications protocols, the third lowest level, located directly above layer 2. This layer deals with tasks pertaining to establishing the route the data will take, and ensuring that said data is delivered. It provides specifications for addressing, the creation of virtual circuits, switching, routing, and the like. Also called **network layer**.

**layer 4** Within the OSI Reference Model for the implementation of communications protocols, the fourth level, located below layer 5 and above layer 3. This layer helps ensure that data transfers between nodes are complete and error free, handling tasks such as flow control, and error detection and correction. Also called **transport layer**.

**layer 5** Within the OSI Reference Model for the implementation of communications protocols, the third highest level, located directly above layer 4. This layer takes care of functions such as establishing, managing, and terminating all exchanges of data. Also called **session layer**.

**layer 6** Within the OSI Reference Model for the implementation of communications protocols, the second highest level, located directly above layer 5. This layer is responsible for the selection and use of a common syntax for representing information, and involves tasks such as encryption, decryption, compression, data conversion, text formatting, and text display. Also called **presentation layer**.

**layer 7** Within the OSI Reference Model for the implementation of communications protocols, the highest level, located directly above layer 6. This layer takes care of the exchange of information between applications, including tasks such as file transfers, email, and access to a remote computer. Also called **application layer**.

**layer winding** A coil-winding method in which each layer is wound over the layer within it, all layers being separated by an insulating layer.

**layered architecture** An architecture, such as that of a communications or neural network, which is hierarchically organized into **layers (2)**.

**layered network** A network which is hierarchically organized into **layers (2)**.

**layout** The arrangement of components or devices in an object or system. For example, the layout of the components on a printed circuit. Also, a graphical representation of such an arrangement. Also, the process of arranging said components or devices.

**lazy evaluation** A programming method in which certain actions only take place when necessary. For instance, a given calculation is performed only when demanded as an input for another calculation.

**lazy-H antenna** An antenna array consisting of two vertically-stacked collinear elements. It features vertical and horizontal directivity. Also called **H antenna**.

**lb** Abbreviation of **pound**.

**Lb** Symbol for **lambert**.

**lb ft** Abbreviation of **pound-foot**.

**LBA** 1. Abbreviation of **logical block addressing**. 2. Abbreviation of **link budget analysis**.

**lbf** Abbreviation of **pound force**.

**lbf ft** Abbreviation of **pound-foot**.

**lbf/ft$^2$** Abbreviation of **pounds per square foot**.

**lbf/in$^2$** Abbreviation of **pounds per square inch**.

**LC** Abbreviation of **liquid crystal**.

*LC* Abbreviation of **inductance-capacitance**. 1. A combination of inductance and capacitance in a circuit. 2. A circuit or device with a combination of inductance and capacitance, such as that provided by coils and capacitors. For example, certain types of filters. 3. Pertaining to an *LC* (1), or that incorporating such a combination.

*LC* **circuit** Abbreviation of **inductance-capacitance circuit**. A circuit composed of, or incorporating inductances and capacitances.

**LC connector** A fiber-optical cable connector that is similar, but smaller, than an SC connector. An SC connector has a 2.5 mm ferrule, while an LC connector has a 1.25 mm ferrule.

*LC* **filter** Abbreviation of **inductance-capacitance filter**. A filter composed of, or incorporating inductances and capacitances.

*LC* **meter** Abbreviation of **inductance-capacitance meter**. A meter which measures and indicates inductances and capacitances.

*LC* **network** Abbreviation of **inductance-capacitance network**. An electric network composed of, or incorporating inductances and capacitances.

of 44.1, as the latter has been divided by 2. Also spelled **submultiple**.

**subnanosecond** A time interval shorter than a nanosecond. Also spelled **sub-nanosecond**.

**subnet** Abbreviation of **subnetwork**.

**subnet mask** Abbreviation of **subnetwork mask**.

**subnetwork** A network within a larger network. For example, the Internet is a worldwide network of interconnected autonomous networks, each of which is a subnetwork. Its abbreviation is **subnet**. Also spelled **sub-network**.

**subnetwork mask** A bit combination which identifies which portion of an IP address corresponds to the network or subnetwork, and blocks out the rest. For example, a network may use the same values in the first three address fields of a four field address such as WWW.XXX.YYY.ZZZ, and block out, or mask, all but the ZZZ portion, since it is the only one that will vary. Its abbreviation is **subnet mask**. Also spelled **sub-network mask**. Also called **address mask**, or **network mask**.

**subnotebook** Same as **subnotebook computer**. Also spelled **sub-notebook**.

**subnotebook computer** A computer which is lighter and smaller than a notebook computer, but larger than a handheld computer. Such a computer usually weighs less than one kilogram, and generally features computing power similar to a desktop model. Also spelled **sub-notebook computer**. Also called **subnotebook**, or **mini-notebook**.

**subpanel** A panel which forms part of a larger panel. For instance, that which provides additional controls. Also spelled **sub-panel**.

**subprogram** A part, such as a subroutine or module, of a larger program. For example, a subroutine can be invoked by a program to perform a given task, then return control to the invoking program. Also spelled **sub-program**.

**subroutine** Within a computer program, a small group of instructions which perform a given task. Also spelled **sub-routine**. Also called **routine (1)**, **function (3)**, or **procedure (2)**.

**subschema** A subset within a **schema**. It may consist, for instance, of a database description from the perspective of a specific application, or the part of a database pertaining to a given department within an enterprise. Also spelled **sub-schema**.

**subscribe** 1. To pay or otherwise sign-up for a given service, such as CATV. 2. To authorize an entity to send information. For example to agree to become part of a mailing list.

**subscriber** A user or other entity which has been authorized to utilize or receive one or more services. For example, a user who has paid for access to the Internet, telephone service, or satellite channels.

**Subscriber Identity Module** Same as **SIM**.

**Subscriber Identity Module card** Same as **SIM card**.

**subscriber line** A pair of wires, or its equivalent, extending from a telephone central office to the premises of a customer. Also called **subscriber loop**, **loop (7)**, **local loop**, **local line**, or **line loop**.

**subscriber line interface circuit** A circuit, usually in the form of a chip, that converts a two-wire subscriber line signal into a four-wire signal, and vice versa, at a central office, PBX, or the like, and which in addition performs other functions such as line supervision. Its acronym is **SLIC**.

**subscriber loop** Same as **subscriber line**.

**subscription television** Same as **subscription TV**.

**subscription TV** Abbreviation of **subscription** television. Also called **pay TV**. 1. A service in which payment is made to be able to view TV content which is otherwise unavailable at a given location. Examples include pay-per-view, and premium channels. A decoder box is usually necessary for such programming. 2. Any TV service which requires payment. These include **subscription TV (1)**, basic satellite, premium cable, and so on.

**subset** A set which is contained within or forms part of another larger set.

**subsonic** Pertaining to, generating, sensitive to, or utilizing **subsonic frequencies**. Also spelled **sub-sonic**. Also called **infrasonic**.

**subsonic frequency** A frequency below the range that humans can hear. That is, below about 20 Hz. Also spelled **sub-sonic frequency**. Also called **subaudible frequency**, or **infrasonic frequency**.

**subsonic phenomena** Phenomena occurring within, or pertaining to **subsonic frequencies**. Also spelled **sub-sonic phenomena**. Also called **infrasonic phenomena**.

**substation** A station which is a part of a larger station, which supplements a larger station, or which is located between larger stations or between a larger station and another location. For example, a station between a power station and a group of homes. Also spelled **sub-station**.

**substitution method** 1. A method of measurement in which an unknown quantity is determined via the replacement with known quantities which have the same effect as that which has been replaced. For example, the determination of an unknown resistance by placing a resistor with a known value in its place. 2. The substitution of a component or device with an equivalent one, for testing, troubleshooting, or performing repairs.

**substrate** 1. The base layer, or other surface upon which something is deposited, etched, attached, or otherwise prepared or fabricated. A substrate also provides physical support and insulation. For example, the base film of a magnetic tape, or the plastic base of a compact disc. 2. A **substrate (1)** utilized in the manufacturing of circuits and microcircuits. Such a substrate may be made, for instance, of ceramic, plastic, glass, or a semiconductor material. An active substrate has active elements, such as transistors, formed directly on it, while passive substrates have components mounted upon them.

**substring** A subset within, or portion of, a **string**. Also spelled **sub-string**.

**subsystem** Also spelled **sub-system**. 1. A system which is a part of, or assists, a larger system. Cache memory, for instance, is a specialized high-speed storage subsystem. 2. A system which is subordinate to another system.

**subterranean** Located or utilized beneath the surface of the earth.

**subtitles** In TV programming, and similar multimedia presentations such as films presented in theaters, the providing of text, and symbols such as ♫, which are intended to accurately transcribe the dialogue and describe the sounds of that being presented. A decoder is not necessary to show subtitles, as the displayed text and symbols are always superimposed on the viewed image. Useful, for instance, for those with reduced hearing. This contrasts with **closed-captioning**, which requires a decoder to appear on-screen.

**subtracter** Same as **subtractor**.

**subtracter circuit** Same as **subtractor**. Also spelled **subtractor circuit**.

**subtractive color** A color formed by a **subtractive mixture**.

**subtractive color process** A method of producing colors through a **subtractive mixture**. Also called **subtractive process**, or **subtractive synthesis**.

**subtractive color system** A system of combining subtractive primary colors in varying proportions to yield a full range of colors.