# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEXINGTON LUMINANCE LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 1:12-cv-11554-WGY |
| | § | |
| FEIT ELECTRIC COMPANY, INC. | § | JURY DEMANDED |
| | § | |
| *Defendant*. | § | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiff Lexington Luminance LLC ("Lexington") and Defendant Feit Electric Company, Inc. ("Feit") jointly submit this Claim Construction and Prehearing Statement.

- Length of Hearing: Neither party plans to call witnesses. Lexington anticipates that it will need a total of 60 minutes to provide its technology tutorial and presentation on its substantive positions for the eight disputed claim terms. Feit anticipates that it will need a total of 90 minutes to provide its technology tutorial and presentation on its substantive positions for the eight disputed claim terms. Thus, the parties anticipate that the length of time necessary for the claim construction hearing will be at least 2.5 hours.

- Technology Tutorial: The parties plan on providing tutorials on the relevant technology in the form of presentations by the parties' attorneys at the beginning of the claim construction hearing. The parties propose that Lexington first provide a 15-20 minute tutorial followed by Feit providing a 15-20 minute tutorial.

2

- Order of Terms:  The parties propose that the hearing proceed term-by-term, except where terms are closely related and should be addressed together, as noted below. For each term or group of terms, Lexington will present first and then Feit will respond.  The parties propose the following order of terms:

  1. "Etched Trenches"

  2. "Microfacets" / "Sloped Etching Profile with a Smooth Rotation of Microfacets"

  3. "Prescribed" / "Profile . . . Without a Prescribed Angle of Inclination"

  4. "Having"

  5. "First Layer . . . Comprising a Plurality of Inclined Lower Portions"

  6. "Layer"

- Agreed Constructions: The parties' agreed constructions are attached as Exhibit 1.

- Joint Claim Construction Chart: Attached as Exhibit 2 is a chart noting each party's proposed construction of each term and supporting evidence for the term.

Dated:  April 22, 2013

Respectfully submitted,

*Attorneys for*
*Feit Electric Company, Inc.*

/s/ Gwyn Williams

Gwyn Williams MA#565181
LATHAM &WATKINS LLP
*John Hancock Tower, 20th Floor*
200 Clarendon Street
Boston, MA 02116
Telephone:  (617) 880-4512
Fax: (617) 948-6001
gwyn.williams@lw.com

Admitted *Pro Hac Vice*

Lawrence J. Gotts VA# 25337
LATHAM &WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
larry.gotts@lw.com

Ryan R. Owens CA# 269370
LATHAM &WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Fax: (714) 755-8290
ryan.owens@lw.com

*Attorneys for*
*Lexington Luminance*

/s/ David S. Godkin

David S. Godkin
Anne Marie Longobucco
BIRNBAUM & GODKIN LLP
280 Summer Street
Boston, MA 02210
617-307-6100
godkin@birnbaumgodkin.com
longobucco@birnbaumgodkin.com

Admitted *Pro Hac Vice*

Robert D. Katz
KATZ PLLC
6060 N. Central Express., Suite 570
Dallas, TX 75206
214-865-8000
rkatz@katzlawpllc.com