# EXHIBIT 1

## EXHIBIT 1 – AGREED CONSTRUCTIONS

| Claim Term | Agreed Constructions |
|---|---|
| "substrate" | "the supporting material upon which the other layers of a light-emitting device are grown" |
| "active layer" | "the layer in the light-emitting device that emits the light" |
| "disposed on" | "applied directly or indirectly above" |
| "so as to guide the extended lattice defects away from propagating into the active layer" | "such that free propagation of extended lattice defects into the active layer is significantly reduced relative to a device made by the same process without the textured districts" |