# EXHIBIT 2

EXHIBIT 2 – JOINT CLAIM CONSTRUCTION CHART

| Term | Lexington's Construction | Feit's Construction | Court's Construction |
|---|---|---|---|
| **"etched trenches"** | "areas in the surface of the substrate from which some amount of material is removed in order to create a pattern on the surface of the substrate"<br><br>Intrinsic support:<br>2:27-34; 3:47-4:36; 4:6-8<br><br>Extrinsic support:[1]<br>Kang at 1896 and Fig. 1<br>Cho at D24 and Fig. 2<br>Dictionary of Electronics<br>Sematech Dictionary<br>UniRAM<br>Motorola | "etched stripes"<br><br>Intrinsic support:<br>'851 patent at Claims 1, 4, 5, 12, and 13; 2:22-36; 3:48-50; 3:54-58; 4:5-8; 4:46-61; 6:24-31; Figs. 1A-C, 3A-C, 5A-C, 6A-C, 7A-C; D.I. 32-3 (Prosecution History Excerpts) at 7, 24-25, and 39.<br><br>Extrinsic support:<br>http://www.merriam-webster.com/dictionary/trench; http://oxforddictionaries.com/us/definition/american_english/trench; D.I. 32-1 (Iwaya article); D.I. 32-2 (Ashby article). | |
| **"microfacets"** | "very small planes that make up a surface contour"<br><br>Intrinsic support:<br><br>Extrinsic support:<br>Ceramic Science Dictionary<br>Wikipedia Microfacets<br>Johansson at D11 (Abstract), D12 and Fig. 1 | "planar surfaces on the order of microns or smaller in size"<br><br>Intrinsic support:<br>'851 patent at 3:35-37; 3:39-41; 4:12-13; 4:32-34.<br><br>Extrinsic support:<br>D.I. 29 (Smalc-Koziorowska article); D.I. 29-1 (Kang article); | |

---

[1] A list of abbreviations for Lexington's extrinsic evidence is provided in Appendix A.

1

| Term | Lexington's Construction | Feit's Construction | Court's Construction |
|---|---|---|---|
| | Marlager at D21 and Fig. 4<br>Cho at D25<br>Niki at Fig. 9 | D.I. 29-2 (Nishizuka article); D.I. 27-6 at D11-D30 (Johansson, Mariager, and Cho articles). | |
| **"sloped etching profile with a smooth rotation of microfacets"** | **[No construction necessary], otherwise, "sloped surface contour without sharp corners above any flat substrate base"**<br><br>Intrinsic support:<br>1:66-2:9; 2:30-34; 30:32-36; 4:8-16; 4:21-23; 5:16-17; 5:53-55; 6:10-11; Figs. 2B and 4B, claim 1<br><br>Extrinsic support:<br>Webster's Dictionary<br>Tanaka at E23 and E24. | **"etched cross-section without sharp corners and with a gradual, incremental rotation in slope from microfacet to microfacet"**<br><br>Intrinsic support:<br>'851 patent at Claim 1; 2:1-6; 2:27-34; 2:59; 2:64; 3:1; 3:11; 3:20-21; 3:26-27; 3:35-37; 3:58-59; 4:5-13; 4:10-13; 4:21-23; 4:21-23; 4:25-34; 5:11-20; 5:16-17; 5:53-55; 6:10-18; Figures 1A-C, 3A-C, 5A-C, 6A-C, 7A-C.<br><br>D.I. 32-4 (Shaw article)<br><br>Extrinsic support:<br>http://www.merriam-webster.com/dictionary/rotation. | |
| **"prescribed"** | **"predetermined" or "specific"**<br><br>Intrinsic support:<br>Claim 1<br>1:62-2:26<br><br>Extrinsic support:<br>Webster's Dictionary | **"constant"**<br><br>Intrinsic support:<br>'851 patent at Claim 1; 1:64-2:1; 2:22-25; 2:30-32; 3:37-39; 3:58-59; 4:21-23; 4:62-63; Figures 1A-C, 3A-C, 5A-C, 6A-C, 7A-C. | |

| Term | Lexington's Construction | Feit's Construction | Court's Construction |
|---|---|---|---|
| | Catalina<br>Instance<br>TruePosition | Extrinsic support:<br>D.I. 27-4 (dictionary definitions of "prescribed"). | |
| **"profile . . without a prescribed angle of inclination"** | **[No construction necessary]**, otherwise, **"surface contour… without a predetermined [or specific] angle of inclination above any flat substrate base"**<br><br>Intrinsic support:<br>Figs. 2B and 4B, claim 1<br>30:32-36; 4:13-16; 5:16-17<br><br>Extrinsic support:<br>Webster's Dictionary | **"cross-section . . . without a constant angle of inclination such that there are no linear portions"**<br><br>Intrinsic support:<br>'851 patent at Claim 1; 1:64-2:1; 2:22-25; 2:30-32; 3:37-39; 3:58-59; 4:21-23; 4:62-63.<br><br>Extrinsic support:<br>http://www.thefreedictionary.com/angle+of+inclination. | |
| **"having"** | **"comprising"**<br><br>Intrinsic support:<br>Figs. 2B and 4B, claim 1<br>5:16-17; 6:10-11 | **"consisting of"**<br><br>Intrinsic support:<br>'851 patent at Claim 1; 2:1-6; 2:27-34; 2:59; 2:64; 3:1; 3:11; 3:20-21; 3:26-27; 3:35-37; 3:58-59; 4:5-13; 4:21-23; 4:25-34; 5:11-20; 5:16-17; 5:53-55; 6:10-18; Figures 1A-C, 3A-C, 5A-C, 6A-C, 7A-C. | |

3

| Term | Lexington's Construction | Feit's Construction | Court's Construction |
|---|---|---|---|
| **"first layer . . comprising a plurality of inclined lower portions"** | [No construction necessary], otherwise, "first layer comprising lower portions that contain inclines"<br><br>Intrinsic support:<br>Figs. 1B, 1C, 2B, and 4B, claim 1 2:15-18; 3:41-42; 4:47-55; 5:16-17; 6:10-11<br><br>Extrinsic support:<br>Cho at D24 and Fig. 2 | "first layer . . . comprising two or more portions that grow from adjacent slopes of the trench so as to meet and combine in the trench region"<br><br>Intrinsic support:<br>'851 patent at Claim 1; Abstract; 2:15-18; 4:46-61; 5:7-11; Figures 1A-C. | |
| **"layer"** | "a thickness of material, which may be made up of sub-layers, but does not refer to a substrate"<br><br>Intrinsic support:<br>Claim 1<br><br>Extrinsic support:<br>Oxford Dictionary<br>Seoul | "defined thickness of material"<br><br>Intrinsic support:<br>'851 patent at Claim 1; 1:22-23; 7:21-25.<br><br>Extrinsic support:<br>D.I. 29-3 (Wiley Electrical and Electronics Engineering Dictionary at "layer" and "substrate"). | |

4

# APPENDIX A

**Abbreviations for Lexington's Extrinsic Evidence**

| | |
|---|---|
| Kang | Dong-Hun Kang, Eun-Su Jang, Heon Song, Dong-Wook Kim, Jin-Soo Kim, In-Hwan Lee, Santhakumar Kannappan and Cheul-Ro Lee, "Growth and Evaluation of GaN Grown on Patterned Sapphire Substrates," Journal of the Korean Physical Society, Vol. 52, No. 6, June 2008, pp. 1895-99. (D.I. 27-3). |
| UniRAM | *UniRAM Technology, Inc. v. Monolithic System Technology, Inc.*, 2006 U.S. Dist. LEXIS 21661 (N.D. Cal., March 30, 2006) (construing a trench as "a recess in the surface of the substrate"). |
| Motorola | *Motorola, Inc. v. Analog Devices, Inc.*, No. 1:03-CV-131 (E.D. Tex., March 23, 2004) ("[b]oth parties agree that 'trench' is defined in the Sematech Dictionary as 'a deeply etched area used to isolate one area from another or to form a storage capacitor on a silicon wafer.'") |
| Cho | Jaehee Cho, Jeong Wook Lee, Jin Seo Im, Cheolsoo Sone, Yongjo Park, Dongko Kim, Heonsu Jeon, Euojoon Yoon, Dong-Seok Leem, and Tae-Yeon Seong, "Recent development of patterned structure light-emitting diodes," Invited Paper, Fifth International Conference on Solid State Lighting, Proc. of SPIE Vol. 5941 (SPIE, Bellingham, WA, 2005). (D.I. 27-6 at D23–D30). |
| Sematech Dictionary | http://www.sematech.org/publications/dictionary/ti_to_tz.htm (last visited March 25, 2013) (defining "trench" as "a deeply etched area used to isolate one area from another or to form a storage capacitor on a silicon wafer"). |
| Dictionary of Electronics | Modern Dictionary of Electronics (7th ed., 1999). (D.I. 31-2). |
| Ceramic Science Dictionary | Dictionary of Ceramic Science and Engineering (1984). (D.I. 27-6 at D1-D6). |
| Wikipedia Microfacets | http://en.wikipedia.org/wiki/Microfacet#Microfacets (last visited March 25, 2013). |
| Johansson | Jonas Johansson, Lisa S. Karlsson, C. Patrik T. Svensson, Thomas Martensson, Brent A. Wacaser, Knut Deppert, Lars Samuelson and Werner Seifert, "Structural properties of <111> B-oriented III-V nanowires," Nature Publishing Group (2006). (D.I. 27-6 at D11-D17). |
| Marlager | Simon O. Marlager, Christian M. Schleputz, Martin Aagesen, Claus B. Sorensen, Erik Johnson, Philip R. Willmott, and Robert Feidenhans, "High-resolution three-dimensional reciprocal space mapping of semiconductor nanostructures," Phys. Status Solidi A 206, No. 8, 1771-1774 (2009). (D.I. 27-6 at D18-D22). |
| Niki | U.S. Patent No. 7,759,140. (D.I. 31-3). |
| Webster's Dictionary | Webster's New World College Dictionary (4th ed., 2001). (D.I. 27-7 at E2-E5, defining "profile"). (D.I. 27-4, defining "prescribed"). |

| | |
|---|---|
| Tanaka | U.S. Patent No. 7,683,386.  (D.I. 27-7 at E6-E50). |
| Catalina | *Catalina Marketing International, Inc. v. Coolsavings.com, Inc., et al.*, 115 Fed. Appx. 84 (Fed. Cir., Nov. 19, 2004) (unpublished) (construing "<u>prescribed</u> coupon limits" as "<u>predetermined</u> limits on the number of coupons collectively and per store.") (emphasis added). |
| Instance | *Instance v. On Serts Systems, Inc., et al.*, 1997 U.S. App. LEXIS 3080 (Fed. Cir., Feb., 21, 1997) (unpublished) (reasoning that a <u>prescribed</u> distance is a <u>predetermined</u> distance) (emphasis added). |
| TruePosition | *TruePosition, Inc. v. Andrew Corp.*, 2007 U.S. Dist. LEXIS 62702 (D. Del., Aug. 23, 2007) (construing "<u>prescribed</u> set of reverse control channels" to mean "a <u>predetermined</u> range of frequencies that transmit control information in only one direction, from a cellular telephone to a cell site.") (emphasis added). |
| Oxford Dictionary | Illustrated Oxford Dictionary (1998).  (D.I. 27-5). |
| Seoul | *Seoul Semiconductor Co. Ltd. v. Nichia Corp., et al.*, 596 F. Supp. 2d 1005 (E.D. Tex. 2009) (construing "layer" as "a thickness of material, which may be made up of sub-layers, but does not refer to a substrate in a device unless the substrate is an electronically active portion of the device.") |