# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **LEXINGTON LUMINANCE LLC** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 1:12-cv-11554-WGY |
| **FEIT ELECTRIC COMPANY, INC.** | § § | **JURY DEMANDED** |
| *Defendant.* | § § § | |

## DECLARATION OF RYAN R. OWENS IN SUPPORT OF
## FEIT'S MOTION TO STRIKE PORTIONS OF LEXINGTON'S
## <u>EXPERT DECLARATION AND DEPOSITION TESTIMONY</u>

I, Ryan R. Owens, hereby certify pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney at Latham & Watkins LLP, attorneys for defendant Feit Electric Company, Inc. ("Feit") in the above-captioned matter. I submit this Declaration in support of Feit's Motion to Strike Portions of Lexington's Expert Declaration and Deposition Testimony ("Motion to Strike").

2. Attached as Exhibit 1 is a true and correct copy of the Declaration of David P. Bour, Ph.D. (Dkt. 131) submitted in opposition to Feit's motion for summary judgment of non-infringement highlighting the portions relevant to Feit's Motion to Strike.

3. Attached as Exhibit 2 is a true and correct copy of the July 9, 2013 Opening Expert Report of David P. Bour, Ph.D. Concerning Infringement of Lexington Luminance's Patent.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript of the August 12, 2013 deposition of David P. Bour with testimony relevant to the motion to strike highlighted. A portion of these excerpts are redacted.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the transcript of the July 17, 2013 deposition of Dr. Tien Yang Wang with relevant portions highlighted.

I declare under penalty of perjury that the forgoing statements made by me are true and correct.

Dated:	October 8, 2013

By: /s/ Ryan R. Owens

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 21, 2013.

Dated:  October 8, 2013                                        /s/ U. Gwyn Williams

                                                                                U. Gwyn Williams (BBO #565818)
                                                                                LATHAM &WATKINS LLP
                                                                                John Hancock Tower, 20th Floor
                                                                                200 Clarendon Street
                                                                                Boston, MA 02116
                                                                                617-880-4512
                                                                                Fax: 617-948-6001
                                                                                Email: gwyn.williams@lw.com