IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEXINGTON LUMINANCE LLC § § § *Plaintiff*, § § v. § § FEIT ELECTRIC COMPANY, INC. § § *Defendant*. § § | No. 1:12-cv-11554-WGY  JURY DEMANDED |

**FEIT'S *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINIONS
OF PLAINTIFF'S EXPERT, DR. BOUR, ON INFRINGEMENT ISSUES**

I, Elizabeth M. Roesel, hereby certify pursuant to 28 U.S.C. § 1746 that:

1. I am counsel at Latham & Watkins LLP, attorneys for Defendant Feit Electric Company, Inc. ("Feit") in the above-captioned matter. I submit this Declaration in support of Feit's *Daubert* Motion to Exclude Certain Opinions of Plaintiff's Expert Dr. David P. Bour, on Infringement Issues.

2. Attached hereto as Exhibit 1 is a true and correct copy of the July 9, 2013 Expert Report of Dr. Bour Regarding Infringement of U.S. Patent No. 6,936,851.

3. Attached hereto as Exhibit 2 are excerpts from a true and correct copy of the transcript of Dr. Bour's August 12, 2013 deposition.

4. Attached hereto as Exhibit 3 are excerpts from a true and correct copy of the transcript of Lexington's Rule 30(b)(6) witness, Dr. Tien Yang Wang's, July 16-17, 2013 deposition.

5. Attached hereto as Exhibit 4 are excerpts from a true and correct copy of the transcript of the June 24-25, 2013 *Markman* hearing.

1

2

      6.      Attached hereto as Exhibit 5 is a reproduction of Lexington's images of LED cross-sections from Lexington's infringement contentions.

      7.      Attached hereto as Exhibit 6 is a true and correct copy of SEM images from Lexington's claim chart for CFC-DM-300-LED (Bour Depo. Ex. 11).

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: October 23, 2013
                          /s/ Elizabeth M. Roesel
                                      Elizabeth Roesel DC# 416737
                                      LATHAM &WATKINS LLP
                                      555 Eleventh Street, N.W., Suite 1000
                                      Washington, D.C. 20004-1304
                                      Telephone: (202) 637-2214
                                      Fax: (202) 637-2201
                                      elizabeth.roesel@lw.com

**CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 23, 2013.


Dated: October 23, 2013                  /s/ Steven J. Pacini
                                              Steven J. Pacini BBO #676132
                                              LATHAM &WATKINS LLP
                                              John Hancock Tower, 20th Floor
                                              200 Clarendon Street
                                              Boston, MA 02116
                                              Telephone: (617) 880-4516
                                              Fax: (617) 948-6001
                                              steven.pacini@lw.com