# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Lexington Luminance LLC** | **Civil Action**<br>**No: 12cv11554-WGY** |
| **Plaintiff** |  |
| v. |  |
| **Feit Electric Company, Inc.**<br>**Defendant** |  |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

     The Court having been advised on November 25, 2013 that the above-entitled action has been settled:

     IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

 

By the Court,

/s/Matthew A. Paine

**Deputy Clerk**

November 25, 2013

To: All Counsel