**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **LEXINGTON LUMINANCE LLC** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 1:12-cv-11554-WGY |
| | § | |
| **FEIT ELECTRIC COMPANY, INC.** | § | **JURY DEMANDED** |
| | § | |
| *Defendant*. | § | |
| | § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Lexington Luminance LLC ("Lexington") and Defendant Feit Electric Company, Inc. ("Feit") jointly stipulate that all claims and counterclaims of the above-captioned action are dismissed with prejudice.  Lexington and Feit further stipulate that each party shall bear its own costs, fees, and expenses in connection with this action, and that each party waives its rights of appeal.

DATED: December 20, 2013       Respectfully submitted,

**COUNSEL FOR LEXINGTON LUMINANCE LLC**
*/s/ Robert D. Katz*
David S. Godkin
Andrew A. Caffrey III
Birnbaum & Godkin LLP
280 Summer Street
Boston, MA 02210
617-307-6100
godkin@birnbaumgodkin.com
caffrey@birnbaumgodkin.com

Robert D. Katz

Katz PLLC
6060 N. Central Express., Suite 570
Dallas, TX 75206
214-865-8000
rkatz@katzlawpllc.com

**COUNSEL FOR FEIT ELECTRIC COMPANY, INC.**
*/s/ Steven J. Pacini (with permission)*
Steven J. Pacini (BBO #676132)
LATHAM & WATKINS LLP
John Hancock Tower, 20th Floor
200 Clarendon Street
Boston, MA  02116
Telephone:  (617) 880-4516
Email: steven.pacini@lw.com

Gwyn Williams MA#565181
LATHAM &WATKINS LLP
*John Hancock Tower, 20th Floor*
200 Clarendon Street
Boston, MA 02116
Telephone:  (617) 880-4512
Fax: (617) 948-6001
gwyn.williams@lw.com

Lawrence J. Gotts (DC #417219)
Elizabeth M. Roesel (DC #46155)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C.  20004-1304
Telephone:  (202) 637-2214
Email: elizabeth.roesel@lw.com

Ryan R. Owens (CA #269370)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Telephone:  (714) 540-1235
Email: ryan.owens@lw.com

John T. Ryan (CA #211899)
LATHAM & WATKINS LLP
12636 High Bluff Drive
San Diego, CA 92130

Telephone: (858) 523-3930
Fax: (858) 523-5450
Email: jake.ryan@lw.com

Michael B. Eisenberg
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1655
Fax: (212) 751-4864
Email: Michael.eisenberg@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ *Robert D. Katz*
Robert D. Katz